# EXHIBIT D



# Universal Quick Start Guide



Guide Compatible with MAVIC 3

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

# Table of Contents

| | |
|---|---|
| Tools Needed | 3 |
| Tools Needed | 3 |
|     Unboxing Tools | 3 |
|     RC Installation Tools | 3 |
| Unboxing and Placement | 4 |
|     Unboxing | 4 |
|     Placement | 4 |
| Inspect Interior | 5 |
|     Unlock Unit | 5 |
|     Shipping Foam Inspection | 5 |
| Connect Power and Ethernet | 6 |
|     Access IO Panel Ports | 6 |
|     Login to Dashboard | 7 |
|     Accessing Hextronics Dashboard | 7 |
| Hardware Test | 9 |
| HexDashboard Test | 9 |
| Accessories | 12 |
|     Drone Preparation | 12 |
|     Install Prop Guards and 3D Printed Feet | 12 |
|     Magnetic Charger and 3D Printed Battery Guide Assist | 13 |
| RC Set Up | 15 |
|     DJI RC Pro Setup | 15 |
| Operational Test | 16 |
|     Open Box and Conduct Test Run | 16 |
|     Flight Software Subscription Confirmation | 18 |
|     Mavic 3 RC: Download and Link FlytBase App | 18 |
|     Final Step of Manual Assembly | 19 |

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Tools Needed

### Unboxing Tools

1. Power Drill / ¼" Bit Driver
2. T-25 Torx bit



### RC Installation Tools

1. Phillips head screwdriver size PH0
2. Phillips head screwdriver size PH2



© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Unboxing and Placement

### Unboxing

Inspect the shipment to ensure it is in good condition and that the pallet is intact for movement. Move the shipment using one of the following methods:

- A pallet jack *(See image below for entry point)*
- Multiple healthy able-bodied individuals via lifting handles. This method is recommended for short distances only.
- Mechanical lifting machinery via the lifting ports or the pallet entry points.

Open the wooden crate to release the Universal station and remove the protective foam packaging. Inspect the interior of the crate and remove all components of the Universal.  Cut the gantry shipping ties for easy removal of the universal.

### Placement

Place the station on a flat-level surface or on the hex-stand with open and clear airspace. Remove the packaging from the top of the shell after placing the station.



Open the provided box and remove components - It should contain a yellow cable and a black folder.

Ensure reliable power and ethernet connections are available at the final placement location. Alternatively, you can keep the unit indoors for initial hardware and software inspections, and later install the unit outdoors when ready to proceed with final site deployment and flight operations.

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

*Contact Support@hextronics.tech for assistance with mounting your station to custom platforms. Once you have placed the Universal station at your desired location, please continue to the next steps for the initial setup of the station.*

## Inspect Interior

### Unlock Unit

Use the provided key from the accessories to unlock the locking mechanism. Slide the shell to the backwards and then upwards to disengage the internal guides.



Lift and remove the shell from the station entirely.

### Shipping Foam Inspection

Inspect interior of the unit for any shipping foam that may be supporting the gantry.



© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Connect Power and Ethernet

### Assemble Waterproof Ethernet Adapter

Connect an Ethernet cable to the left side port on the IO Panel.

Slide on  the smaller circular connector to the gray cable and then attach the blue rubber stop closer to the port. On that same gray cable put on the black waterproof connector and screw it tightly onto the circular connector. Connect the ports of the cables (gray and yellow) and then screw the black connector components together tightly  to secure water tightness.  The Hex Uni Getting Started video demonstrates this attachment. .

### Access IO Panel Ports

Connect an Ethernet cable to the left side port on the IO Panel.
Plug in the main power cable to the right side port on the IO Panel.



Further assembly might be required for the outdoor waterproof adapter for the Ethernet and power cable. Ensure red light is on and green light is blinking.

© 2024 Hex, INC. All Rights Reserved                                                                                        6

**HEXTRONICS**

## Login to Dashboard

## Accessing Hextronics Dashboard

Power on the unit & allow the system to boot up for about 1-2 mins. Access the Hextronics dashboard by one of the two following methods:

Using the provided Dashboard URL
*Example: https://hexone-000000000000.hextron.tech/login*



Scan the QR code located in the black envelope provided with the system.



Note: This QR code is not valid - just an example.

© 2024 Hex, INC. All Rights Reserved

If the dashboard is visible and IoT connection is confirmed please skip step 4 and proceed to the **Hardware Test** section on the next page.



If you encounter a "no connection error," contact the Hextronics support team.

**Thank you for using the Hextronics Dashboard.**

In order to access your drone station, please make sure it is powered on and has a good internet connection.

If you are still having issues, please contact us at support@hextronics.tech

© 2024 Hex, INC. All Rights Reserved

## Hardware Test

### HexDashboard Test

On the Hextronics dashboard, select the following configurations to test the system. Ensure that the drone has **not** yet been placed in the universal.

OPEN BOX AND CLOSE BOX



LIGHTS ON AND LIGHTS OFF



The universal should open so that the pad is extended.

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

### POWER DRONE TOGGLE  (Without drone)



### BATTERY SWAP (Without drone)



### RC TOGGLE



© 2024 Hex, INC. All Rights Reserved

## COOLER ENABLE AND DISABLE



© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Accessories

### Install Prop Guards, 3D Printed Feet, and Mag swap assist assembly

Install the Hextronics provided prop guards to the drone.



Install the four  3D printed feet on the drone's front left, front right, rear left, and rear right.



Magnetic Charger and 3D Printed Battery Guide Assist

© 2024 Hex, INC. All Rights Reserved



On the Hextronics dashboard, select the advanced page at the top right corner of the page.

Physically place batteries within the charging slots.
- **Please keep at least 1 numbered slot empty at all times.**
- Slot NA should remain empty & unused. (See firmware version # for "NA" accessibility)



Update the battery slot placement status to match the physical layout. If a battery slot physically has a battery, change the status to "Occupied".



Click "save & refresh", then refresh the page (Ctrl+R) to confirm the settings are retained. Test a swap battery to confirm that the system is running correctly.

© 2024 Hex, INC. All Rights Reserved

## RC Set Up

### DJI RC Pro Setup

Unscrew the back cover from your DJI RC PRO using the phillips head screwdriver.



Connect the RC dock power cable into the bottom port of the RC. Connect the unit ethernet adapter USB-C into the rear compartment of your RC.



Attach the drone controller to the RC mount at the base of the Universal. Plug it in for operation. .



© 2024 Hex, INC. All Rights Reserved

## Operational Test

On Hextronics dashboard select **Open box.**



Place the drone inside the pad as shown in the image below.



© 2024 Hex, INC. All Rights Reserved

Return to the Hextronics dashboard and ensure that the following commands run effectively **WITH** the drone placed on the pad.:

Power Drone Toggle



Swap Battery

This concludes the hardware and software set up for the Hextronics Universal. You are now ready to proceed and set up your Flight Software.

*Please contact Hextronics support regarding hardware operationality, proceed to the next section.*

© 2024 Hex, INC. All Rights Reserved                                                    16