# EXHIBIT E

# Laura Gallagher

**From:** EPAS Server <epas-server@uspto.gov>
**Sent:** Monday, April 4, 2022 8:37 AM
**To:** Patent
**Subject:** Assignment confirmation receipt ID:PAT7260285
**Attachments:** EASPAT7260285.html

ELECTRONIC PATENT ASSIGNMENT SYSTEM (EPAS) CONFIRMATION RECEIPT

The USPTO has received a Patent Assignment submitted through the Electronic Patent Assignment System (EPAS). This is the only acknowledgement of receipt that will be transmitted for this EPAS submission. The submission may not be recalled.

After review by Assignment Recordation Branch personnel, a Notice of Recordation/Non-Recordation will be returned via e-mail. USPTO will send the notice to the e-mail address provided in the submission; e-mail failures will be delivered via US Postal Service to the Correspondence Address provided in the submission.

If a communication from the Assignment Recordation Branch has not been received within 60 days of your confirmation receipt contact the Assignment Recordation Branch Customer Service Desk at 571-272-3350 or send an e-mail to epas@uspto.gov.

If you have a technical question, comment or concern about your EPAS submission call 571-272-3350 during business hours or e-mail to epas@uspto.gov. Please have your EPAS receipt ID which is 'EASPAT7260285' available when calling or writing for assistance.

A printable version of the Confirmation Receipt is attached to this e-mail.

----
Electronic Assignment Server at https://epas.uspto.gov

1

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|

| NATURE OF CONVEYANCE: | ASSIGNMENT |
|---|---|

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DAMON C. HENRY | 10/05/2016 |
| ADAM I. MOHAMED | 10/05/2016 |
| BRENT MCLAUGHLIN | 10/05/2016 |
| DAVID DONES | 10/05/2016 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ASYLON, INC. |
| Street Address: | 3502 SCOTTS LANE |
| City: | PHILADELPHIA |
| State/Country: | PENNSYLVANIA |
| Postal Code: | 19129 |

**PROPERTY NUMBERS  Total:  1**

| Property Type | Number |
|---|---|
| Application Number: | 17657776 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (650)284-2180 |
| Phone: | (650) 242-4210 |
| Email: | Patent@LBHIP.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Correspondent Name: | LEVINE BAGADE HAN LLP |
| Address Line 1: | 2400 GENG ROAD, SUITE 120 |
| Address Line 4: | PALO ALTO,  CALIFORNIA   94303 |

| ATTORNEY DOCKET NUMBER: | ASYL-N-Z001.03-US |
|---|---|

| NAME OF SUBMITTER: | LAURA L. GALLAGHER |
|---|---|

| Signature: | /Laura L. Gallagher/ |
|---|---|

| Date: | 04/04/2022 |
|---|---|

**Total Attachments: 2**
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page1.tif
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page2.tif

**RECEIPT INFORMATION**

| | |
|---|---|
| **EPAS ID:** | PAT7260285 |
| **Receipt Date:** | 04/04/2022 |

Attorney Docket No.:  ASYLNZ00100

## ASSIGNMENT
## JOINT

THIS ASSIGNMENT, by Damon C. HENRY, Adam I. MOHAMED, Brent MCLAUGHLIN, and David DONES (hereinafter referred to as the assignors), residing at 3502 Scotts Lane, Philadelphia, PA 19129, USA; 4041 Ridge Avenue,  APT 45-116, Philadelphia, PA 19129, USA; 8110 Ellen Way, Savage, MD 20763, USA; and 19 Country Run, Thornton, PA 19373, USA, respectively, witnesseth:

WHEREAS, said assignors have invented certain new and useful improvements set forth in an application for Letters Patent of the United States entitled METHODS AND APPARATUS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES bearing Application No. 15/285,820, filed October 5, 2016; and

WHEREAS, ASYLON, INC., a corporation duly organized under and pursuant to the laws of Delaware and having its principal place of business at 1209 Orange Street, Wilmington, DE 19801, USA (hereinafter referred to as the assignee) is desirous of acquiring the entire right, title and interest in and to said inventions and said application for Letters Patent of the United States, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefore and thereon:

NOW, THEREFORE, for good and sufficient consideration, receipt of which is hereby acknowledged by assignors, said assignors have sold, assigned, transferred and set over, and by these presents do sell, assign, transfer and set over, unto said assignee, its successors, legal representatives and assigns, the entire right, title and interest in and to, and the right to claim priority to and for the above-mentioned inventions, application for Letters Patent, and any and all Letters Patent or Patents in the United States of America and all foreign countries which may be granted therefore and thereon, and in and to any and all divisions, continuations and continuations-in-part of said application, or reissues or extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by said assignee, for its own use and the use of its successors, legal representatives and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted, as fully and entirely as the same would have been held and enjoyed by the assignors, had this sale and assignment not been made.

AND for the same consideration, said assignors hereby covenant and agree to and with said assignee its successors, legal representatives and assigns, that, at the time of execution and delivery of these presents, said assignors are the sole and lawful owners of the entire right, title and interest in and to said inventions and the application for Letters Patent above-mentioned, and that the same are unencumbered and that said assignors have good and full right and lawful authority to sell and convey the same in the manner herein set forth.

AND for the same consideration, said assignors hereby covenant and agree to and with said assignee, its successors, legal representatives and assigns, that said assignors will, whenever counsel of said assignee, or the counsel of its successors, legal representatives and assigns, shall advise that any proceeding in connection with said inventions, or said application for Letters Patent, or any proceeding in connection with Letters Patent for said inventions in any country, including interference proceedings, is lawful and desirable, or that any division, continuation or continuation-in-part of any application for Letters Patent or any reissue or extension of any Letters Patent, to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense

1

of Letters Patent for said inventions, without charge to said assignee, its successors, legal representatives and assigns, but at the cost and expense of said assignee, its successors, legal representatives and assigns. Such cost and expense shall include, but is not limited to, lost normal compensation of the respective assignors.

AND this Assignment is effective on no later than the day of the initial filing of the earliest of the patent applications listed herein. This Assignment shall be governed by and construed in accordance with the laws of the State of California and the federal law of the United States of America without reference to conflict of laws principles.

AND said assignors hereby request the Commissioner of Patents to issue said Letters Patent of the United States to said assignee as the assignee of said inventions and the Letters Patent to be issued thereon for the sole use of said assignee, its successors, legal representatives and assigns.

5 Oct 2016
Date

Damon C. HENRY

10/5/16
Date

Adam I. MOHAMED

5 Oct 2016
Date

Brent MCLAUGHLIN

5 Oct 2016
Date

David DONES

Signature on behalf of Assignee:

5 Oct 2016
Date

ASYLON, INC.

Name: Damon Henry

Title: CEO & President

2

Case 1:26-cv-22128-AHS   Document 1-7   Entered on FLSD Docket 03/27/2026   Page 7 of 8

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

*Electronic Patent Assignment System*

# Confirmation Receipt

**Your assignment has been received by the USPTO.**
**The coversheet of the assignment is displayed below:**

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DAMON C. HENRY | 10/05/2016 |
| ADAM I. MOHAMED | 10/05/2016 |
| BRENT MCLAUGHLIN | 10/05/2016 |
| DAVID DONES | 10/05/2016 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ASYLON, INC. |
| Street Address: | 3502 SCOTTS LANE |
| City: | PHILADELPHIA |
| State/Country: | PENNSYLVANIA |
| Postal Code: | 19129 |

**PROPERTY NUMBERS  Total:  1**

| Property Type | Number |
|---|---|
| Application Number: | 17657776 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| **Fax Number:** | (650)284-2180 |
| **Phone:** | (650) 242-4210 |
| **Email:** | Patent@LBHIP.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Correspondent Name:** | LEVINE BAGADE HAN LLP |
| **Address Line 1:** | 2400 GENG ROAD, SUITE 120 |
| **Address Line 4:** | PALO ALTO,  CALIFORNIA   94303 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | ASYL-N-Z001.03-US |
| **NAME OF SUBMITTER:** | LAURA L. GALLAGHER |
| **Signature:** | /Laura L. Gallagher/ |
| **Date:** | 04/04/2022 |

**Total Attachments: 2**
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page1.tif
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page2.tif

**RECEIPT INFORMATION**

| | |
|---|---|
| **EPAS ID:** | PAT7260285 |
| **Receipt Date:** | 04/04/2022 |

# Return to home page

| **HOME** | **INDEX**| **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**