# EXHIBIT H

| | |
|---|---|
| **From:** | Curtis Lary <Curt@hextronics.tech> |
| **Sent:** | Wednesday, January 31, 2024 1:04 PM |
| **To:** | Johney Han |
| **Cc:** | Todd Lary; Shaun Sengupta |
| **Subject:** | Re: Notice letter |
| **Attachments:** | Aslyon-Han January 31 2024.pdf |

Hello Mr. Han,

Please see the attached letter regarding the Notice.

Best regards,
Curtis Lary


On Tue, Jan 23, 2024 at 7:39 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,


Please see the attached letter regarding Hextronics' technology.


Best regards,

Johney Han


Johney U. Han | Partner | jhan@lbhip.com

**LEVINE BAGADE HAN LLP**

2400 Geng Road, Suite 120

Palo Alto, CA 94303

650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax


www.LBHIP.com

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.



12194 SW 128th Street
Maimi, FL 33186
305.600.9013
www.hextronics.tech

***VIA EMAIL***

**Johney U. Han**
**Levine/Bagade/Han LLP**
2400 Geng Road
Suite 120
Palo Alto, CA 94303
jhan@lbhip.com

Re: Notification letter received via email on January 24th, 2024

Dear Mr. Han,

Hextronics LLC confirms receipt of your letter and attachments.

Please provide a Claim Chart outlining which claims covered in the referred to "Patents" that Asylon believes Hextronics is incorporating.

Please let us know when we can expect to receive the Claim Chart so we can further conduct our analysis accordingly.

We can continue communications from there with a good-faith, mutual, and equivalent understanding.

Best regards,
Curtis P. Lary
CEO Hextronics, LLC
curt@hextronics.tech
CC Todd Lary
P.S. – please note our new address above.


Aslyon-Han January 31st ,2024