# EXHIBIT I

| | |
|---|---|
| **From:** | Johney Han |
| **Sent:** | Tuesday, January 23, 2024 4:39 PM |
| **To:** | todd@hextronics.tech |
| **Cc:** | curt@hextronics.tech |
| **Subject:** | Notice letter |
| **Attachments:** | 20240123 Ltr - Hextronics.pdf |

Dear Mr. Lary,

Please see the attached letter regarding Hextronics' technology.

Best regards,
Johney Han

Johney U. Han | Partner | jhan@lbhip.com
**LEVINE BAGADE HAN LLP**
2400 Geng Road, Suite 120
Palo Alto, CA 94303
650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax

www.LBHIP.com

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.

1