# EXHIBIT J



## LEVINE BAGADE HAN LLP

2479 E. Bayshore Road
Suite 195
Palo Alto, CA  94303
Main:  650.242.4210
Fax:  650.284.2180
www.LBHIP.com

August 18, 2025

***VIA EMAIL***

Curtis P. Lary, CEO
Hextronics LLC
12194 SW 128th Street
Miami, FL  33186

***Curt@hextronics.tech***

    **Re:**  Asylon, Inc. Patents

Dear Mr. Lary:

Thank you for your letter of January 31, 2024 in response to the notice letter from Asylon, Inc. ("Asylon").

We would like to draw your attention to U.S. Pat. 11,318,859 specifically to claims 1 and 11.  We would also like to draw your attention to U.S. Pat. 12,030,403 specifically to claims 1 and 11.  These two patents are attached herewith for your reference.  Of course, other patents owned by Asylon may be relevant but we would like to initially discuss these two patents.

Please review these patents and the specified claims and let me know if you would like to discuss specific details in person (over phone or online).

Nothing contained in this letter should be considered as a waiver of any rights and claims of Asylon.  We hereby reserve all such rights and remedies under both law and equity.  Moreover, this letter is not intended to be an exhaustive recitation of our client's rights and/or claims including, without limitation, seeking damages and penalties.

We look forward to your timely response.

Best regards,

Johney U. Han

Attachments

US011318859B2

## (12) United States Patent
### Henry et al.

(10) **Patent No.:** **US 11,318,859 B2**
(45) **Date of Patent:** **May 3, 2022**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Wilmington, DE (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, Thornton, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 63 days.

(21) Appl. No.: **15/943,581**

(22) Filed: **Apr. 2, 2018**

(65) **Prior Publication Data**

US 2018/0222339 A1 Aug. 9, 2018

### Related U.S. Application Data

(62) Division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *B60L 53/80* | (2019.01) |
| *B64F 1/00* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B60L 53/36* | (2019.01) |
| *B60L 53/35* | (2019.01) |
| *B64C 39/02* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC ............... *B60L 53/80* (2019.02); *B60L 53/35* (2019.02); *B60L 53/36* (2019.02); *B64C 39/024* (2013.01); *B64D 45/08* (2013.01); *B64F 1/007* (2013.01); *B64F 1/12* (2013.01); *B64F 1/20* (2013.01); *B64F 1/362* (2013.01); *G05D 1/0027* (2013.01); *G05D 1/0676* (2013.01); *B60L 2200/10* (2013.01); *B64C 2201/042* (2013.01); *B64C 2201/066* (2013.01); *B64C 2201/141* (2013.01); *B64C 2201/18* (2013.01); *Y02T 10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(58) **Field of Classification Search**
CPC ...... B60L 11/1822; B60L 53/35; B60L 53/36; B60L 53/80
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 | B2 | 6/2011 | Anderson |
| 8,511,606 | B1 | 8/2013 | Lutke et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



**US 11,318,859 B2**

Page 2

**Related U.S. Application Data**

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *B64D 45/08* | (2006.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/36* | (2017.01) |
| *G05D 1/06* | (2006.01) |
| *G05D 1/00* | (2006.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 B2 | 10/2014 | Vavrina et al. | |
| 8,899,903 B1 | 12/2014 | Saad et al. | |
| 9,139,310 B1 * | 9/2015 | Wang | B64F 1/36 |
| 9,174,747 B2 | 11/2015 | Kang | |
| 9,481,458 B2 | 11/2016 | Casado et al. | |
| 9,764,836 B1 * | 9/2017 | Elzinga | B64C 39/024 |
| 9,783,075 B2 | 10/2017 | Henry et al. | |
| 9,969,285 B2 | 5/2018 | Henry et al. | |
| 2013/0104361 A1 | 5/2013 | Corfitsen | |
| 2014/0035736 A1 | 2/2014 | Weddle et al. | |
| 2014/0129059 A1 | 5/2014 | Scarlatti et al. | |
| 2014/0303814 A1 | 10/2014 | Burema et al. | |
| 2014/0319272 A1 | 10/2014 | Magana et al. | |
| 2015/0069968 A1 | 3/2015 | Pounds | |
| 2015/0097530 A1 | 4/2015 | Scarlatti et al. | |
| 2016/0011592 A1 * | 1/2016 | Zhang | G05D 1/102 |
| | | | 701/2 |
| 2016/0039542 A1 * | 2/2016 | Wang | B64F 1/18 |
| | | | 701/2 |
| 2016/0122038 A1 | 5/2016 | Fleischman et al. | |
| 2017/0096075 A1 | 4/2017 | Henry et al. | |
| 2017/0120763 A1 | 5/2017 | Henry et al. | |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B



FIG. 4A

**U.S. Patent**   May 3, 2022   Sheet 6 of 11   US 11,318,859 B2



FIG. 4B



FIG. 5A     FIG. 5B

FIG. 5C     FIG. 5D     FIG. 5E



FIG. 6

Case 1:26-cv-22128-AHS   Document 1-12   Entered on FLSD Docket 03/27/2026   Page 13 of 42



FIG. 7A



FIG. 7B



FIG. 8A

FIG. 8B

FIG. 9A

FIG. 9B

FIG. 10A

FIG. 10B



FIG. 11

US 11,318,859 B2

## 1

# METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

## SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer

## 2

system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 11,318,859 B2

3

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. 1a is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. 1b is a perspective view of another embodiment of the RPS.

FIGS. 2a-2b are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. 3a-3b are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. 4a-4b are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. 5a-5b are perspective views of the dynamic terminal landing system in accordance with embodiments.

4

FIGS. 5c-5e are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. 7a-7b are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. 8a-8b are perspective views of example embodiments of an assembled SC.

FIGS. 9a-9b are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. 10a-10b are exploded views of example embodiments of an SC.

FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

DETAILED DESCRIPTION OF THE INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS **100** system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. **1**a, is intended to extend effective flight range and flight time of a desired UAV **108** by offering a universal system in which UAVs **108** are capable of exchanging depleted universal Swap Cartridges (SCs) **110** for energized cartridges. One variation of a SC **110** may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC **110** are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) **100** is intended to be a fully autonomous solution for SC **110** exchange. The RPS, which is capable of communications with the UAV **108** via the Universal Integrated Swappable system (UIS) **300** installed aboard the UAV **108**, may be contained within a housing or an environment enclosure **104** and will detect whether the user or mission control of said UAV **108** determines the desire for exchange of a SC **110** and will engage the UAV **108** into the SC **110** exchange protocol.

In the considered embodiment of the RPS **100**, one can be comprised of, but not limited to, a UAV landing zone **102** configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed **600** (as described in further detail in FIG. **6** herein), a modular power bay (MPB) **700** which may house multiple SCs **110**, a universal SC swapping mechanism **112** to advance the exchange of multiple SCs **110**, a central processor **218**, and associated sensors **222** allowing appropriate tracking/detecting of the UIS **300** aboard the UAV **108**, as described in further detail

US 11,318,859 B2

5

below. The swapping mechanism **112** may be contained within the environment enclosure **104** when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV **108** when swapping the SC **110**. An RPS **100** may be deployed in any number of environments **200** of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS **100** may be controlled directly in close physical proximity or remotely. A transmitter and receiver **106** may be integrated with the RPS **100** to facilitate wireless communications, e.g., with the UAV **108** or with a remotely located controller or interface. An internal power source **206** allows for operations without an external power source **202** for a set period of time. RPS **100** may have provisions for various types of external power **202** including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. **1b** illustrates a perspective view of another embodiment of an RPS **100'** which may also incorporate the housing or environment enclosure **104'**. The UAV landing zone **102'** may be positioned atop the enclosure **104'**, as above, and the enclosure **104'** may also incorporate a transmitter and receiver **106** to facilitate wireless communications. While the RPS **100** described above incorporates a landing zone **102** and a swapping mechanism **112** deployable from within the enclosure **104**, the RPS **100'** embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone **102'**.

The aforementioned UIS **300**, which is illustrated as an assembly in FIG. **11**, is adaptable or otherwise securable to the independent frame of the UAV **108** utilizing the capabilities of the RPS **100**. The assembly of the UIS **300**, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. **3a** and **3b**. As shown in FIG. **3a**, the UIS **300** is illustrated in an assembly view relative to the UAV **108** and multiple SCs **110** are also shown as being insertable or attachable within the UIS **300**. As illustrated in the assembly view of FIG. **3b**, the UIS **300** (shown detached from the UAV **108** for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) **1104** which may have one or more receiving guides defined. A SC swapping adapter **302** (and described in further detail below) may be deployed from the RPS **100** while carrying a SC **110**. When the UAV **108** has landed upon the platform **102** and is ready to receive a SC **110**, the SC swapping adapter **302** and SC **110** may be aligned with the receiving channel of the UIS **300** which may then receive the SC **110** for electrical coupling.

Included as part of the UIS **300** assembly may be a Universal Swap Processor (USP) **1102**, one or more SCRs **1104**, one or more SCs **110**, and an external marker **1114** for identification and tracking of the UIS **300**, as further shown in FIG. **11**. A UIS **300** may be directly integrated into a given UAV **108** structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV **108** structure. An example embodiment of a directly integrated UIS **300** may have the SCR **1104** merged with the primary structure, the UPP **1102** part of the flight controller board, and the optical sensor **1108** integrated directly into the exterior of the vehicle. A UIS **300** is utilized by the UAV **108** for interaction and SC **110** swapping with an RPS **100**. Furthermore, the USP **1102** may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone **102**. Within a UIS **300**, SCR(s) **1104** may be electrically connected to the

6

USP **1102** to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP **1102** while SC(s) **110** are not installed in the system.

The aforementioned universal Swap Cartridge (SC) **110**, which is illustrated in the variations of FIGS. **8a** and **8b**, is compatible with the associated UIS **300** and provides power or payload to the equipped UAV **108**. The variation shown in FIG. **8a** may incorporate a housing or external sleeve **1010** having a tapered portion while the variation shown in FIG. **8b** may have a housing or external sleeve **1010'** which is non-tapered. The SC **110** is designed, but is not limited, to provide power to the equipped UAV **108** propulsion system. An embodiment as shown in FIGS. **8a** and **8b** could include one or more power and/or signal connectors **1000**, programmable storage and data mediums **1002**, desired power storage medium, desired payload, paired tracks **1008** for mating with and removal from the UIS **300**, unique identifiable marker **900**, and mechanical locking mechanism **1006**. The end views of FIGS. **9a** and **9b** illustrate the unique identifiable markers **900**, **900'** (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks **1008** which are positioned along the sides of the housing or sleeve **1010** and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) **1104** of the UIS **300**.

Primary construction of a SC **110** is defined as a housing or an external sleeve **1010** that houses the desired medium **1004**, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIGS. **10a** and **10b**. Additionally, SCs **110** may contain more than one power medium **1004** within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors **1000** integrated into the SC **110** is electrically connectable to the electrical connectors **1106** positioned within the UIS **300** (as shown in FIG. **11**) and when connected will be able to transfer power or applicable data that is unique to the individual SC **110**. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC **110** may contain a unique marker **900** which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC **110**. Furthermore, the marker **900** may assist in the location of one or more SCs **110** and removal of said SCs **110** from the landed UAV **108**. The SC **110** may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker **900**. Data pulled from the SC **110** may be stored locally at the RPS **100** and may be used internally by the RPS **100** system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks **1008**, are implemented to allow facilitation of installation, storage, and removal of said SCs **110**. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs **110** within the UIS **300** during flight of a UAV **108**, landing of a UAV **108**, UAV **108** resting on stationary or mobile platform, or storage within a modular power bay. A SC **110** may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS **100**, a SC **110**

US 11,318,859 B2

7

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as

8

large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7***b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 11,318,859 B2

9

ment of a SC **110** with the motion of a rotary system. This system allows for the removal and loading of a SC **110** into a UIS **300** and a MPB **700**. The RPS **100** that the swapping mechanism **112** is housed within is capable of facilitating SC exchange of the UAV **108** while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) **218** is utilized within the RPS **100** to facilitate the system functions of the RPS **100**, as shown in the schematic diagram of FIG. **2***a*. These functions may include, but are not limited to, external/internal environmental monitoring **224**, environmental control system (ECS) control **232**, UIS data transfer, RPS data storage **230**, safety systems control, and MPB and SC state monitoring **226**. RPS-CP primary function is to coordinate and execute the swapping of SCs **110** for a UAV **108** as described in FIG. **4**.

During normal operations of an RPS **100**, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS **100** and conditions about/around the RPS **100**. The conditions around the deployed RPS **100** that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV **108**, may determine the flight readiness of the UAV **108** for a mission at any given time. The conditions detected by the RPS **100** and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV **108**, the RPS **100**, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV **108** or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS **100**, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS **100**.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium **230**. This data storage medium may be located within the RPS **100** or in communication of the RPS **100**. Communications with the RPS **100**, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver **106** on board the RPS **100**. This transmitter and receiver **106** may be controlled via the RPS-CP to access desired information from the RPS **100** and all its associated systems.

Generally, the RPS **100** can be seen in the schematic illustration of FIG. **2***a* showing an example of the RPS **100** within a deployed environment **200**. The RPS **100** may be in electrical communication with an external energy source **202** which may charge or power an internally contained energy storage system **206** which is contained within the power system **204**. The energy storage system **206** may distribute power via a power distribution system **208** to the various components within the RPS **100** such as the dynamic terminal landing platform **210** as well as the mechanical elevation solution **112**. The dynamic terminal landing platform **210** may include a mechanical and/or electrical connection **212** which may temporarily couple to the UAV **108** after landing on the UAV landing zone **102** in reference to the electrical and/or mechanical link **600** shown in FIG. **6**.

The mechanical elevation solution **112** may facilitate the transport of the SC **110** from one of the preselected modular power bay **700** (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

**214** which may charge the one or more SC **110** contained within the modular power bay **700**. The MPB status monitor **216** may also be incorporated within the modular power bay **700** for obtaining a status of each of the SC **100**.

As described above, the RPS central processor **218** may incorporate a RPS data storage **230** module and one or more sensor systems **220** which monitor the status of the various components within the RPS **100**. For instance, aside from the external environment sensors **224**, a UIS location sensor **222** may be in communication with the mechanical elevation solution **112** to monitor and/or control a positioning of the solution **112** relative to the UIS **300** of a landed UAV **108**. Also, a MPB state monitor system **226** may be in communication with the MPB status monitor **216** so as to monitor a status of the modular power bay **700**. The RPS system state sensors **228** within the sensor systems **220** may be in communication with the RPS environment control system **232**.

While the RPS **100** may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver **106** within the RPS central processor **218** with a remotely located system through a communication network **234** for transmitting and/or receiving data as well as instructions.

Within the RPS **100** system, schematic diagrams of some of the sub-systems are shown in FIG. **2***b*. With reference to the UIS **246** which is secured to the UAV, retains the SC **110**, and interacts with the RPS **100**, the UIS **246** may generally include an SC detainment tool **248** for retaining or securing the SC **110** during flight. A mission data storage medium **250**, PC adaptor tools **252**, RPS communication system **254**, as well as flight sensors **256** may also be incorporated.

The dynamic terminal landing platform **212** may include a platform mobility system **258** which controls and monitors the retrieval of the SC **110**. As part of the platform mobility system **258**, a UAV retaining features **260** may be incorporated, as described herein, as well as location sensors **262** for locating the position and orientation of the UAV. This may include a physical platform tag **264** as well as electro-optical arrangement **266** for determining the position and orientation.

The power system **274** may include the power distribution **278** which in turn includes the external power distributor **276** and internal power storage solution **280** for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor **276**, for instance, may be in communication with the dynamic terminal landing platform **212** for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution **278** may also power the various mechanical system controllers **284**, RPS system controllers **286**, as well as the MPB replenishment systems **282**.

The mechanical elevation solution **112** may also include a vertical elevator system **268** for lifting and/or lowering the SC **110** from or to the modular power bay **700**. This may include a swap cartridge transport solution **270** as well as the UIS location system **272** for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure **238** may include the modular power bays **700** which includes the swap cartridge connections **240** and environmental control system **244**. The swap cartridge connections may include the one or more SC **110** as well as the SC status tool **242**.

Additionally, the RPS system door **288** may also be seen which includes a door actuation system **290**. The RPS

US 11,318,859 B2

**11**

system door **288** may be opened when swapping out the SC **110** from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. **4***a*, in accordance with some or all aforementioned components, illustrates one example of a method of SC **110** exchange for with an embodiment of an RPS **100**. A UAV **108** may utilize an RPS **100** for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV **108**, via some predetermined (external to the RPS **100** system) conditions, the UAV **108** may request for permission **400** to land onto an RPS **100**, where the request is transmitted via the USP **1102**. When approved by the RPS-CP in the RPS **100**, the active UAV **108** is assigned a position in the landing queue **402**. When an RPS **100** is available, said RPS **100** provides permission **404** to land to the appropriate UAV USP **1102**. The USP **1102** then guides the landing UAV **108** onto an RPS **100** utilizing the DTL system **410**.

After the successful landing of a UAV **108** onto the RPS **100**, the RPS **100** may begin to access and download **408** mission and/or payload data from the landed UAV **108** via the USP **1102**. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission **406**.

The landed UAV **108** may also establish **412** an electrical and/or mechanical link **600** with the RPS **100**. The RPS **100** may now begin a search **414** for the UIS **300** which may be adapted to the landed UAV **108**. Upon location of the UIS **300** of the landed UAV **108**, the RPS **100** may position the UIS **300** into a nominal position **424** for removal of one or more SCs **110** from the stationary UAV **108** via the SC swapping adapter **302**. After removal **422** of desired SC or SCs **110**, the depleted SC or SCs **110**, may be allocated **420** to an available MPB SCR **702** for replenishment or storage. The RPS **100** may return **418** an energized SC, or SCs **110**, compatible to the UIS **300** of the stationary UAV **108** and then install the "fully energerized" PC into the UAV **416**. Dependent on an external power source **428** supplied to a RPS **100**, said depleted SC **110** is capable of being energized **430**.

Once the RPS **100** has replenished the UIS **300** of the stationary UAV **108**, said UAV **108** may be cleared **426** to leave the RPS **100**. In consideration, before a UAV **108** is cleared to launch from an RPS **100**, environmental conditions **236** may be assessed to confirm safe flight possible for the UAV **108** based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV **108**.

FIG. **4***b* illustrates another variation for a method of SC **110** exchange with an embodiment of an RPS **100**. When the UAV **108** is in use, it may transmit telemetry to an RPS **100** system **432** and the RPS **100** may receive the telemetry and requested action by the UAV **434**. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV **108** wants to download sensor or telemetry data only, the UAV **108** may begin downloading the data via wireless transmission **436**, as previously described, and the RPS **100** may store the data for retrieval at a later time or it may upload the data **438** to a communications network **234**, as previously described.

In the event that the SC **110** needs to be replaced, the RPS **100** may determine which replacement SC from the MPB **700** is to be queued and the UAV **108** is then placed in a landing queue **440** (depending on whether other UAVs are

**12**

queued for landing). Once the UAV **108** has landed **442** on the landing zone **102** of the RPS **100**, the mechanical and/or electrical link may be established **444** with the UAV **108**, as previously described. The SC **110** may be removed **446** from the UAV **108** and a new SC may be loaded **448** into the UAV **108**. The UAV **108** may then be cleared for take-off **450** from the landing zone **102**.

The RPS **100** may make a determination as to whether the RPS **100** is connected to an external power source **454** in which case the depleted SC **110** may be charged **452** accordingly. Otherwise, if the RPS **100** is not connected to an external power source, the depleted SC **110** may be stored in a queue **456** within the MPB **700** or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

determining an orientation of the UAV relative to the landing zone after the UAV has landed;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim **1** further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim **2** wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim **3** further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim **1** further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim **5** further comprising establishing an electrical link with the UAV.

US 11,318,859 B2

13

7. The method of claim 1 wherein determining an orientation of the UAV comprises optically determining the orientation.

8. The method of claim 1 wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

9. The method of claim 8 wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

10. The method of claim 1 wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and

clearing the UAV for take-off from the power station.

12. The method of claim 11 further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

13. The method of claim 12 wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

14. The method of claim 13 further comprising receiving mission or payload data from the UAV via the processor.

15. The method of claim 11 further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

16. The method of claim 15 further comprising establishing an electrical link with the UAV.

17. The method of claim 11 wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

18. The method of claim 17 wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

19. The method of claim 11 wherein providing clearance for take-off to the UAV comprises providing the clearance upon completion of a preflight check of the UAV.

20. The method of claim 19 wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

* * * * *

US012030403B2

## (12) United States Patent
### Henry et al.

(10) Patent No.: **US 12,030,403 B2**
(45) Date of Patent: **\*Jul. 9, 2024**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Philadelphia, PA (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, West Chester, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 95 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/657,776**

(22) Filed: **Apr. 4, 2022**

(65) **Prior Publication Data**

US 2022/0227253 A1 Jul. 21, 2022

### Related U.S. Application Data

(60) Continuation of application No. 15/943,581, filed on Apr. 2, 2018, now Pat. No. 11,318,859, which is a

(Continued)

(51) **Int. Cl.**
*B60L 53/80* (2019.01)
*B60L 53/35* (2019.01)

(Continued)

(52) **U.S. Cl.**
CPC .............. *B60L 53/80* (2019.02); *B60L 53/35* (2019.02); *B60L 53/36* (2019.02); *B64C 39/024* (2013.01); *B64D 45/08* (2013.01);

*B64F 1/007* (2013.01); *B64F 1/12* (2013.01); *B64F 1/20* (2013.01); *B64F 1/362* (2013.01); *G05D 1/0027* (2013.01); *G05D 1/0676* (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC .......... B60L 53/80; B60L 53/35; B60L 53/36; B64C 39/024; B64D 45/08; B64F 1/007; B64F 1/12; B64F 1/20; B64F 1/362; G05D 1/0027; G05D 1/0676
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 | B2 | 6/2011 | Anderson |
| 8,511,606 | B1 | 8/2013 | Lutke et al. |

(Continued)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



## US 12,030,403 B2

Page 2

### Related U.S. Application Data

division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *B60L 53/36* | (2019.01) |
| *B64C 39/02* | (2023.01) |
| *B64D 45/08* | (2006.01) |
| *B64F 1/00* | (2024.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B64F 1/36* | (2024.01) |
| *G05D 1/00* | (2024.01) |
| *B64U 50/19* | (2023.01) |
| *B64U 50/34* | (2023.01) |
| *B64U 70/00* | (2023.01) |

(52) **U.S. Cl.**
CPC ........... *B60L 2200/10* (2013.01); *B64U 50/19* (2023.01); *B64U 50/34* (2023.01); *B64U 70/00* (2023.01); *B64U 2201/10* (2023.01); *Y02T 10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 | B2 | 10/2014 | Vavrina et al. |
| 8,899,903 | B1 | 12/2014 | Saad et al. |
| 9,139,310 | B1* | 9/2015 | Wang ...................... B60L 53/31 |
| 9,174,747 | B2 | 11/2015 | Kang |
| 9,481,458 | B2 | 11/2016 | Casado et al. |
| 9,764,836 | B1 | 9/2017 | Elzinga et al. |
| 9,783,075 | B2 | 10/2017 | Henry et al. |
| 9,969,285 | B2 | 5/2018 | Henry et al. |
| 2013/0104361 | A1 | 5/2013 | Corfitsen |
| 2014/0035736 | A1 | 2/2014 | Weddle et al. |
| 2014/0129059 | A1 | 5/2014 | Scarlatti et al. |
| 2014/0303814 | A1 | 10/2014 | Burema et al. |
| 2014/0319272 | A1 | 10/2014 | Magana et al. |
| 2015/0069968 | A1 | 3/2015 | Pounds |
| 2015/0097530 | A1 | 4/2015 | Scarlatti et al. |
| 2016/0011592 | A1* | 1/2016 | Zhang ...................... B60L 53/80 244/114 R |
| 2016/0039542 | A1 | 2/2016 | Wang |
| 2016/0122038 | A1 | 5/2016 | Fleischman et al. |
| 2017/0096075 | A1 | 4/2017 | Henry et al. |
| 2017/0120763 | A1 | 5/2017 | Henry et al. |
| 2018/0222339 | A1 | 8/2018 | Henry et al. |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B



400
UAV requests landing permission from RPS via UPP

402
RPS assigns UAV to landing queue

404
When available, RPS provides permission to UPP on drone to land

406
RPS stores data for retrieval or uploads to network via wired or wireless transmission

408
RPS begins wireless download of mission/payload data from UAV via UPP

410
UPP lands UAV on RPS utilizing dynamic terminal landing system

412
Mechanical and electrical link established with UAV

414
RPS engages search for UC2PS

416
RPS installs "fully energized" PC into UAV

418
RPS retrieves available, "fully energized" PC from MPB PCR

420
RPS installs depleted PC into available MPB PCR

422
RPS removes depleted PC from UAV

424
UC2PS located, RPS positions PC into a nominal position

426
RPS grants clearance to UAV to resume mission

428
External Power Available?

Yes

430
RPS recharges depleted PC

FIG. 4A



FIG. 4B



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D

FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8A     FIG. 8B

FIG. 9A     FIG. 9B

FIG. 10A     FIG. 10B



FIG. 11

US 12,030,403 B2

# METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/943,581 filed Apr. 2, 2018, which is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

## SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 12,030,403 B2

3

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. 1a is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. 1b is a perspective view of another embodiment of the RPS.

FIGS. 2a-2b are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. 3a-3b are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. 4a-4b are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. 5a-5b are perspective views of the dynamic terminal landing system in accordance with embodiments.

4

FIGS. 5c-5e are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. 7a-7b are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. 8a-8b are perspective views of example embodiments of an assembled SC.

FIGS. 9a-9b are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. 10a-10b are exploded views of example embodiments of an SC.

FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

DETAILED DESCRIPTION OF THE
INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS 100 system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. 1a, is intended to extend effective flight range and flight time of a desired UAV 108 by offering a universal system in which UAVs 108 are capable of exchanging depleted universal Swap Cartridges (SCs) 110 for energized cartridges. One variation of a SC 110 may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC 110 are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) 100 is intended to be a fully autonomous solution for SC 110 exchange. The RPS, which is capable of communications with the UAV 108 via the Universal Integrated Swappable system (UIS) 300 installed aboard the UAV 108, may be contained within a housing or an environment enclosure 104 and will detect whether the user or mission control of said UAV 108 determines the desire for exchange of a SC 110 and will engage the UAV 108 into the SC 110 exchange protocol.

In the considered embodiment of the RPS 100, one can be comprised of, but not limited to, a UAV landing zone 102 configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed 600 (as described in further detail in FIG. 6 herein), a modular power bay (MPB) 700 which may house multiple SCs 110, a universal SC swapping mechanism 112 to advance the exchange of multiple SCs 110, a central processor 218, and associated sensors 222 allowing appropriate tracking/detecting of the UIS 300 aboard the UAV 108, as described in further detail

US 12,030,403 B2

below. The swapping mechanism **112** may be contained within the environment enclosure **104** when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV **108** when swapping the SC **110**. An RPS **100** may be deployed in any number of environments **200** of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS **100** may be controlled directly in close physical proximity or remotely. A transmitter and receiver **106** may be integrated with the RPS **100** to facilitate wireless communications, e.g., with the UAV **108** or with a remotely located controller or interface. An internal power source **206** allows for operations without an external power source **202** for a set period of time. RPS **100** may have provisions for various types of external power **202** including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. **1b** illustrates a perspective view of another embodiment of an RPS **100'** which may also incorporate the housing or environment enclosure **104'**. The UAV landing zone **102'** may be positioned atop the enclosure **104'**, as above, and the enclosure **104'** may also incorporate a transmitter and receiver **106** to facilitate wireless communications. While the RPS **100** described above incorporates a landing zone **102** and a swapping mechanism **112** deployable from within the enclosure **104**, the RPS **100'** embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone **102'**.

The aforementioned UIS **300**, which is illustrated as an assembly in FIG. **11**, is adaptable or otherwise securable to the independent frame of the UAV **108** utilizing the capabilities of the RPS **100**. The assembly of the UIS **300**, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. **3a** and **3b**. As shown in FIG. **3a**, the UIS **300** is illustrated in an assembly view relative to the UAV **108** and multiple SCs **110** are also shown as being insertable or attachable within the UIS **300**. As illustrated in the assembly view of FIG. **3b**, the UIS **300** (shown detached from the UAV **108** for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) **1104** which may have one or more receiving guides defined. A SC swapping adapter **302** (and described in further detail below) may be deployed from the RPS **100** while carrying a SC **110**. When the UAV **108** has landed upon the platform **102** and is ready to receive a SC **110**, the SC swapping adapter **302** and SC **110** may be aligned with the receiving channel of the UIS **300** which may then receive the SC **110** for electrical coupling.

Included as part of the UIS **300** assembly may be a Universal Swap Processor (USP) **1102**, one or more SCRs **1104**, one or more SCs **110**, and an external marker **1114** for identification and tracking of the UIS **300**, as further shown in FIG. **11**. A UIS **300** may be directly integrated into a given UAV **108** structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV **108** structure. An example embodiment of a directly integrated UIS **300** may have the SCR **1104** merged with the primary structure, the UPP **1102** part of the flight controller board, and the optical sensor **1108** integrated directly into the exterior of the vehicle. A UIS **300** is utilized by the UAV **108** for interaction and SC **110** swapping with an RPS **100**. Furthermore, the USP **1102** may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone **102**. Within a UIS **300**, SCR(s) **1104** may be electrically connected to the USP **1102** to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP **1102** while SC(s) **110** are not installed in the system.

The aforementioned universal Swap Cartridge (SC) **110**, which is illustrated in the variations of FIGS. **8a** and **8b**, is compatible with the associated UIS **300** and provides power or payload to the equipped UAV **108**. The variation shown in FIG. **8a** may incorporate a housing or external sleeve **1010** having a tapered portion while the variation shown in FIG. **8b** may have a housing or external sleeve **1010'** which is non-tapered. The SC **110** is designed, but is not limited, to provide power to the equipped UAV **108** propulsion system. An embodiment as shown in FIGS. **8a** and **8b** could include one or more power and/or signal connectors **1000**, programmable storage and data mediums **1002**, desired power storage medium, desired payload, paired tracks **1008** for mating with and removal from the UIS **300**, unique identifiable marker **900**, and mechanical locking mechanism **1006**. The end views of FIGS. **9a** and **9b** illustrate the unique identifiable markers **900**, **900'** (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks **1008** which are positioned along the sides of the housing or sleeve **1010** and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) **1104** of the UIS **300**.

Primary construction of a SC **110** is defined as a housing or an external sleeve **1010** that houses the desired medium **1004**, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIG. **10a** and **10b**. Additionally, SCs **110** may contain more than one power medium **1004** within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors **1000** integrated into the SC **110** is electrically connectable to the electrical connectors **1106** positioned within the UIS **300** (as shown in FIG. **11**) and when connected will be able to transfer power or applicable data that is unique to the individual SC **110**. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC **110** may contain a unique marker **900** which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC **110**. Furthermore, the marker **900** may assist in the location of one or more SCs **110** and removal of said SCs **110** from the landed UAV **108**. The SC **110** may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker **900**. Data pulled from the SC **110** may be stored locally at the RPS **100** and may be used internally by the RPS **100** system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks **1008**, are implemented to allow facilitation of installation, storage, and removal of said SCs **110**. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs **110** within the UIS **300** during flight of a UAV **108**, landing of a UAV **108**, UAV **108** resting on stationary or mobile platform, or storage within a modular power bay. A SC **110** may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS **100**, a SC **110**

US 12,030,403 B2

7                                                                                                   8

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7***b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 12,030,403 B2

9

ment of a SC **110** with the motion of a rotary system. This system allows for the removal and loading of a SC **110** into a UIS **300** and a MPB **700**. The RPS **100** that the swapping mechanism **112** is housed within is capable of facilitating SC exchange of the UAV **108** while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) **218** is utilized within the RPS **100** to facilitate the system functions of the RPS **100**, as shown in the schematic diagram of FIG. **2**a. These functions may include, but are not limited to, external/internal environmental monitoring **224**, environmental control system (ECS) control **232**, UIS data transfer, RPS data storage **230**, safety systems control, and MPB and SC state monitoring **226**. RPS-CP primary function is to coordinate and execute the swapping of SCs **110** for a UAV **108** as described in FIG. **4**.

During normal operations of an RPS **100**, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS **100** and conditions about/around the RPS **100**. The conditions around the deployed RPS **100** that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV **108**, may determine the flight readiness of the UAV **108** for a mission at any given time. The conditions detected by the RPS **100** and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV **108**, the RPS **100**, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV **108** or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS **100**, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS **100**.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium **230**. This data storage medium may be located within the RPS **100** or in communication of the RPS **100**. Communications with the RPS **100**, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver **106** on board the RPS **100**. This transmitter and receiver **106** may be controlled via the RPS-CP to access desired information from the RPS **100** and all its associated systems.

Generally, the RPS **100** can be seen in the schematic illustration of FIG. **2**a showing an example of the RPS **100** within a deployed environment **200**. The RPS **100** may be in electrical communication with an external energy source **202** which may charge or power an internally contained energy storage system **206** which is contained within the power system **204**. The energy storage system **206** may distribute power via a power distribution system **208** to the various components within the RPS **100** such as the dynamic terminal landing platform **210** as well as the mechanical elevation solution **112**. The dynamic terminal landing platform **210** may include a mechanical and/or electrical connection **212** which may temporarily couple to the UAV **108** after landing on the UAV landing zone **102** in reference to the electrical and/or mechanical link **600** shown in FIG. **6**.

The mechanical elevation solution **112** may facilitate the transport of the SC **110** from one of the preselected modular power bay **700** (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

**214** which may charge the one or more SC **110** contained within the modular power bay **700**. The MPB status monitor **216** may also be incorporated within the modular power bay **700** for obtaining a status of each of the SC **100**.

As described above, the RPS central processor **218** may incorporate a RPS data storage **230** module and one or more sensor systems **220** which monitor the status of the various components within the RPS **100**. For instance, aside from the external environment sensors **224**, a UIS location sensor **222** may be in communication with the mechanical elevation solution **112** to monitor and/or control a positioning of the solution **112** relative to the UIS **300** of a landed UAV **108**. Also, a MPB state monitor system **226** may be in communication with the MPB status monitor **216** so as to monitor a status of the modular power bay **700**. The RPS system state sensors **228** within the sensor systems **220** may be in communication with the RPS environment control system **232**.

While the RPS **100** may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver **106** within the RPS central processor **218** with a remotely located system through a communication network **234** for transmitting and/or receiving data as well as instructions.

Within the RPS **100** system, schematic diagrams of some of the sub-systems are shown in FIG. **2**b. With reference to the UIS **246** which is secured to the UAV, retains the SC **110**, and interacts with the RPS **100**, the UIS **246** may generally include an SC detainment tool **248** for retaining or securing the SC **110** during flight. A mission data storage medium **250**, PC adaptor tools **252**, RPS communication system **254**, as well as flight sensors **256** may also be incorporated.

The dynamic terminal landing platform **212** may include a platform mobility system **258** which controls and monitors the retrieval of the SC **110**. As part of the platform mobility system **258**, a UAV retaining features **260** may be incorporated, as described herein, as well as location sensors **262** for locating the position and orientation of the UAV. This may include a physical platform tag **264** as well as electro-optical arrangement **266** for determining the position and orientation.

The power system **274** may include the power distribution **278** which in turn includes the external power distributor **276** and internal power storage solution **280** for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor **276**, for instance, may be in communication with the dynamic terminal landing platform **212** for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution **278** may also power the various mechanical system controllers **284**, RPS system controllers **286**, as well as the MPB replenishment systems **282**.

The mechanical elevation solution **112** may also include a vertical elevator system **268** for lifting and/or lowering the SC **110** from or to the modular power bay **700**. This may include a swap cartridge transport solution **270** as well as the UIS location system **272** for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure **238** may include the modular power bays **700** which includes the swap cartridge connections **240** and environmental control system **244**. The swap cartridge connections may include the one or more SC **110** as well as the SC status tool **242**.

Additionally, the RPS system door **288** may also be seen which includes a door actuation system **290**. The RPS

US 12,030,403 B2

11

system door 288 may be opened when swapping out the SC 110 from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. 4a, in accordance with some or all aforementioned components, illustrates one example of a method of SC 110 exchange for with an embodiment of an RPS 100. A UAV 108 may utilize an RPS 100 for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV 108, via some predetermined (external to the RPS 100 system) conditions, the UAV 108 may request for permission 400 to land onto an RPS 100, where the request is transmitted via the USP 1102. When approved by the RPS-CP in the RPS 100, the active UAV 108 is assigned a position in the landing queue 402. When an RPS 100 is available, said RPS 100 provides permission 404 to land to the appropriate UAV USP 1102. The USP 1102 then guides the landing UAV 108 onto an RPS 100 utilizing the DTL system 410.

After the successful landing of a UAV 108 onto the RPS 100, the RPS 100 may begin to access and download 408 mission and/or payload data from the landed UAV 108 via the USP 1102. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission 406.

The landed UAV 108 may also establish 412 an electrical and/or mechanical link 600 with the RPS 100. The RPS 100 may now begin a search 414 for the UIS 300 which may be adapted to the landed UAV 108. Upon location of the UIS 300 of the landed UAV 108, the RPS 100 may position the UIS 300 into a nominal position 424 for removal of one or more SCs 110 from the stationary UAV 108 via the SC swapping adapter 302. After removal 422 of desired SC or SCs 110, the depleted SC or SCs 110, may be allocated 420 to an available MPB SCR 702 for replenishment or storage. The RPS 100 may return 418 an energized SC, or SCs 110, compatible to the UIS 300 of the stationary UAV 108 and then install the "fully energerized" PC into the UAV 416. Dependent on an external power source 428 supplied to a RPS 100, said depleted SC 110 is capable of being energized 430.

Once the RPS 100 has replenished the UIS 300 of the stationary UAV 108, said UAV 108 may be cleared 426 to leave the RPS 100. In consideration, before a UAV 108 is cleared to launch from an RPS 100, environmental conditions 236 may be assessed to confirm safe flight possible for the UAV 108 based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV 108.

FIG. 4b illustrates another variation for a method of SC 110 exchange with an embodiment of an RPS 100. When the UAV 108 is in use, it may transmit telemetry to an RPS 100 system 432 and the RPS 100 may receive the telemetry and requested action by the UAV 434. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV 108 wants to download sensor or telemetry data only, the UAV 108 may begin downloading the data via wireless transmission 436, as previously described, and the RPS 100 may store the data for retrieval at a later time or it may upload the data 438 to a communications network 234, as previously described.

In the event that the SC 110 needs to be replaced, the RPS 100 may determine which replacement SC from the MPB 700 is to be queued and the UAV 108 is then placed in a landing queue 440 (depending on whether other UAVs are

12

queued for landing). Once the UAV 108 has landed 442 on the landing zone 102 of the RPS 100, the mechanical and/or electrical link may be established 444 with the UAV 108, as previously described. The SC 110 may be removed 446 from the UAV 108 and a new SC may be loaded 448 into the UAV 108. The UAV 108 may then be cleared for take-off 450 from the landing zone 102.

The RPS 100 may make a determination as to whether the RPS 100 is connected to an external power source 454 in which case the depleted SC 110 may be charged 452 accordingly. Otherwise, if the RPS 100 is not connected to an external power source, the depleted SC 110 may be stored in a queue 456 within the MPB 700 or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

receiving the UAV upon the landing zone;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim 1 further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim 2 wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim 3 further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim 1 further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim 5 further comprising establishing an electrical link with the UAV.

7. The method of claim 1 further comprising determining an orientation of the UAV upon the landing zone.

US 12,030,403 B2

13

**8**. The method of claim **1** wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

**9**. The method of claim **8** wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

**10**. The method of claim **1** wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

**11**. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV.

**12**. The method of claim **11** further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

**13**. The method of claim **12** wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

**14**. The method of claim **13** further comprising receiving mission or payload data from the UAV via the processor.

**15**. The method of claim **11** further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

**16**. The method of claim **15** further comprising establishing an electrical link with the UAV.

**17**. The method of claim **11** wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

**18**. The method of claim **17** wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

**19**. The method of claim **11** further comprising providing clearance for take-off to the UAV.

**20**. The method of claim **19** wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

* * * * *