# EXHIBIT K



12194 SW 128th Street
Miami, FL 33186
305.600.9013
www.hextronics.com

**<u>VIA EMAIL</u>**

**Johney U. Han**
**Levine/Bagade/Han LLP**
2400 Geng Road
Suite 120
Palo Alto, CA 94303
jhan@lbhip.com

Re: Notification letter received via email on August 18th, 2025

Dear Mr. Han,

Hextronics confirms receipt of your letter and attachments.

We do not intend to infringe nor believe our existing technology infringes on any of the claims in the submitted patents due to the nature of our mechanisms possessing a significant difference than the methods mentioned in the Patent.

Namely the verbiage described in the methods and claims of the submitted patents are clearly different from the way in which our system operates with a moving landing pad in which the aircraft lands within and then brought into the station.

If there are other apparent mechanisms or methods that are of concern please do not hesitate to reach out.

Best regards,

Curtis P. Lary
CEO Hextronics
curt@hextronics.com
CC Todd Lary
Aslyon-Han September 25th, 2025