# EXHIBIT L

| | |
|---|---|
| **From:** | Johney Han |
| **Sent:** | Friday, November 21, 2025 4:19 PM |
| **To:** | Curt Lary |
| **Cc:** | Curtis Lary; Todd Lary; Shaun Sengupta |
| **Subject:** | RE: Notice letter |

Hi Curt,

Thanks for your note below.

My client is looking more to define how Hextronics and Asylon can work together in the same technology area since both companies appear to have some overlapping technologies.  My understanding is that Hextronics is marketing and developing its technology primarily to first responders while Asylon is marketing and developing its technology in security applications.

Generally, our offer is to provide an exclusive license of Asylon's patent portfolio to Hextronics in the field of use (FOU) for first responders.  To that end, Hextronics can continue to develop and market within this FOU while also preventing any other competitor from entering the first responder market space through legal means via Asylon's patents.

Hope this helps to clarify.  Let me know if you would like to discuss over the phone.

Thanks,
Johney

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Thursday, November 13, 2025 1:54 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hi Johney,

Thanks for the message. We are still reviewing the claims on our end, but in the meantime, does your client have an expectation on how we would build a strong relationship together into the future?

Let us know!
Curt


On Wed, Nov 05, 2025 at 2:18 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Curt,


Following up again from my previous email regarding Hextronics' response.

1

Thank you,

Johney

---

**From:** Johney Han
**Sent:** Monday, October 27, 2025 9:24 AM
**To:** 'Curt Lary' <curt@hextronics.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Dear Curt,

I trust you are well.  I am following up from our previous conversation of Oct 9, 2025 to see if you wanted to move forward and discuss terms for a potential licensing deal.

I look forward to hearing from you.

Best regards,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Wednesday, October 1, 2025 9:00 AM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Sounds good,

Talk then!

Curt

On Tue, Sep 30, 2025 at 7:01 PM, Johney Han <jhan@lbhip.com> wrote:

Hi Curt,

Next Thu at 1pm (ET) works for me.  I just sent you a zoom link for the call.

I would like to walk you through our claims and claim interpretation and discuss my client's position.  Looking forward to speaking with you all.

Thank you,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Monday, September 29, 2025 11:24 AM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Mr. Han,

Sure thing how does next Thursday 1pm ET on Oct 9th work for you?

Let me know!

Curt

On Fri, Sep 26, 2025 at 11:55 AM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

Thank you for your letter.  I would like to propose a video call to walk through the claim language with respect to Hextronics' devices.

Please provide some dates/times over the next few weeks that are convenient for you to meet.

Thank you,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Thursday, September 25, 2025 12:58 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hello Mr. Han,

Apologies for the delay, this was flagged improperly in my inbox and slipped my mind.

Please see the attached letter regarding the Notice.

Best regards,

Curtis Lary

On Thu, Sep 18, 2025 at 1:14 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

I am writing to follow up from my previous letter.  I look forward to your reply.

Best regards,

Johney

---

**From:** Johney Han
**Sent:** Monday, August 18, 2025 10:12 AM
**To:** Curtis Lary <Curt@hextronics.tech>
**Cc:** Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Dear Mr. Lary,

Please see the attached response letter for your review and consideration.

Best regards,

Johney

---

**From:** Curtis Lary <Curt@hextronics.tech>
**Sent:** Wednesday, January 31, 2024 1:04 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** Re: Notice letter

Hello Mr. Han,

Please see the attached letter regarding the Notice.

Best regards,

Curtis Lary

On Tue, Jan 23, 2024 at 7:39 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

Please see the attached letter regarding Hextronics' technology.

Best regards,

Johney Han

Johney U. Han | Partner | jhan@lbhip.com

**LEVINE BAGADE HAN LLP**

2400 Geng Road, Suite 120

Palo Alto, CA 94303

650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax

www.LBHIP.com

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.