**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ASYLON, INC.,

        Plaintiff,

vs.

HEXTRONICS, LLC,

        Defendant.

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Asylon, Inc., by and through its undersigned counsel, files this Complaint against Defendant Hextronics, LLC, for patent infringement and alleges as follows:

### THE PARTIES

1. Asylon, Inc. ("Plaintiff" or "Asylon") is a corporate entity that conducts business under the trade name, Asylon Robotics. Asylon is a corporation established and existing under the laws of the State of Delaware, with its principal place of business at 52 Buttonwood Street, Norristown, Pennsylvania, 19401, United States.

2. On information and belief, Defendant Hextronics, LLC ("Defendant" or "Hextronics") is a limited liability company established and existing under the laws of the State of Florida, with its principal place of business at 12194 128th Street, Miami, Florida, 33186, United States.

### JURISDICTION AND VENUE

3. This is an action for patent infringement under the United States Patent Laws, 35 U.S.C. § 1 *et seq.*, specifically including 35 U.S.C. § 271.

1

4.      This Court has subject matter jurisdiction in this matter pursuant to 28 U.S.C. § 1331 and § 1338(a) and 35 U.S.C. § 281 because this action arises under the patent laws of the United States.

5.      This Court has personal jurisdiction over Hextronics because Hextronics has its regular and established principal place of business in, and has committed acts of infringement in, this judicial district.

6.      Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b), (c) and 28 U.S.C. § 1400(b).

<u>**FACTS AND PATENTS IN SUIT**</u>

7.      This action for patent infringement arises out of Defendant's infringement of Plaintiff's U.S. Patent No. 12,030,403 (Ex. A), and U.S. Patent No. 11,318,859 (Ex. B) (collectively, the "Asserted Patents"). Plaintiff brings this action to compel Defendant to compensate Plaintiff for its infringement of the Asserted Patents and to cease its ongoing and continuous infringement of the Asserted Patents.

8.      On July 9, 2024, the U.S. Patent and Trademark Office duly and legally issued U.S. Patent No. 12,030,403 (the "'403 Patent") entitled "Methods for Reconfigurable Power Exchange for Multiple UAV Types" to Asylon. It names Damon C. Henry, Adam I. Mohamed, Brent McLaughlin, and David Dones as inventors.

9.      As of the filing of this action, Asylon is the owner of all right, title, and interest in the '403 Patent by virtue of a written assignment from the inventors listed above, recorded with the USPTO Assignment Recordation Branch on April 4, 2022, sufficient to confer standing (Ex. E). The '403 Patent lists Asylon as assignee.

10.      The '403 Patent is generally directed towards a method for swapping a power supply in an unmanned aerial vehicle ("UAV") through utilization of a reconfigurable power

station ("RPS"). The RPS autonomously exchanges modular "swap cartridges" to extend the flight range and mission capability of the UAV. The RPS includes a dynamic terminal landing system with markers that generate scalable composite images to guide autonomous landing of the UAV onto the RPS, a swapping mechanism positioned on a vertical elevator system that first removes the depleted cartridge from the UAV and subsequently obtains a second swap cartridge from the receiving bays within the RPS, and then transfers that second swap cartridge into the housing of the UAV. Afterwards, the RPS transmits a clearance signal for takeoff to the UAV once a pre-flight check of the UAV is complete.

11.     On May 3, 2022, the U.S. Patent and Trademark Office duly and legally issued U.S. Patent No. No.11,318,859 (the "'859 Patent") entitled "Methods for Reconfigurable Power Exchange for Multiple UAV Types" to Asylon. It names Damon C. Henry, Adam I. Mohamed, Brent McLaughlin, and David Dones as inventors.

12.     As of the filing of this action, Asylon is the owner of all right, title, and interest in the '859 Patent by virtue of a written assignment from the inventors listed above, recorded with the USPTO Assignment Recordation Branch on April 2, 2018, sufficient to confer standing (Ex. F). The '859 Patent lists Asylon as assignee.

13.     The '859 Patent also discloses a method of swapping out and replacing a power supply cartridge in a UAV through utilizing an RPS system. The RPS is comprised of a dynamic terminal landing system with visible or non-visible markers that transmit signals to a UAV when it is in proximity to the landing zone located on the RPS. After the UAV has landed, the RPS determines the orientation of the UAV relative to the landing zone. The RPS then removes the first swap cartridge on the UAV utilizing a swapping adaptor located on a vertical elevator system from within the RPS. The RPS obtains a second swap cartridge from the receiving bays within the RPS,

which are in fixed positions and aligned symmetrically relative to one another. The RPS installs the second swap cartridge into the housing on the UAV and then transmits a clearance signal for takeoff to the UAV once a pre-flight check on the UAV is complete.

14.     In accordance with 35 U.S.C. § 282, the '403 patent and '859 Patent are each presumed valid.

15.     On January 23, 2024, Asylon sent a detailed notice letter to Hextronics' leadership identifying Asylon's patent portfolio and enclosing a copy of the '859 Patent.[1] The letter explained that Hextronics' "Universal CS" product and related technologies appeared to be covered by the claims of the Asserted Patents (Ex. G).

16.     On January 31, 2024, Hextronics promptly acknowledged that it had received the notice letter and attachments and requested a claim chart "outlining which claims" Asylon believed Hextronics was incorporating (Ex. H).

17.     At the time of the initial notice, the letter specifically identified and attached the '859 Patent and referenced Asylon's published applications. Upon information and belief, Hextronics was on notice of Asylon's patented and published claims and of potential enhanced damages for willful infringement at least as early as the date the notice letter was first sent on January 23, 2024, and at least as late as when Hextronics confirmed receipt of the notice letter in its responsive letter to Asylon, on January 31, 2024.

18.     Following a period of time, on August 18, 2025, Asylon sent another notice letter to Hextronics expressly directing Hextronics' attention to the two Asserted Patents, the '859 Patent (claims 1 and 11) and the '403 patent (claims 1 and 11), and enclosed both patents in the letter as

---

[1] On January 24, 2024, Asylon transmitted the same notice letter by email to Hextronics' executives (Ex. I).

well for Hextronics' reference. Asylon invited Hextronics to discuss the identified claims in detail, also transmitting the August 18, 2025 letter by email to Hextronics on the same day (Ex. J).

19.     On September 25, 2025, Hextronics acknowledged receipt of the notice letter and sent a written response contending non-infringement based on its asserted operational differences, such as use of a "moving landing pad in which the aircraft lands within and then brought into the station." (Ex. K).

20.     On October 9, 2025, the parties met for a claims-focused meeting where Asylon leadership presented and walked through its claim interpretations and positions of infringement with Hextronics, highlighting the similarities between Asylon's patented technology and the Hextronics device. Asylon outlined these theories of infringement in presentation slides, attached hereto as Exhibit C.

21.     Following this meeting and Asylon's presentation, on October 27, 2025, Asylon followed up in good faith with Hextronics' CEO, Curt Larry, "to see if [Hextronics] wanted to move forward and discuss terms for a potential licensing deal." (Ex. L). Asylon has followed up with Hextronics regarding this proposition by email on multiple occasions following the meeting (including on November 21, 2025, December 5, 2025, and January 12, 2026), but there have been no further communications received from Hextronics related to this matter (Ex. M).

22.     The claim charts below in Paragraph 24 are the same charts presented to Hextronics on October 9, 2025, and show how at least independent claims 1 and 11 of the '859 Patent read on Hextronics' "Universal CS" product or "drone-in-a-box" system ("Accused Product"), based on information currently available to Asylon and its attorneys. These claim charts are not meant to limit the scope of Asylon's infringement claim in any way and are intended to be without prejudice to Asylon's ability to assert different or additional claims of the '859 Patent against Hextronics

and/or to apply such claims to the accused service or product different in view of additional information that Asylon and its attorneys may acquire during the course of this litigation.

23.     Claim 1 of the '859 Patent recites as follows: "A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

a.   transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

b.   determining an orientation of the UAV relative to the landing zone after the UAV has landed;

c.   removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

d.   obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

e.   advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

f.   transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV."

24.     Hextronics' "Universal CS" product (the "Accused Product") infringes each element of Claim 1 of the '859 Patent:

| 1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising: | |
|---|---|
| transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS); | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| determining an orientation of the UAV relative to the landing zone after the UAV has landed; | The Hextronics Universal performs post flight checks to ensure that the drone has arrived safely on the landing zone. |
| removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |
| obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS; | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system. |
| advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system. |



| | |
|---|---|
| **transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.**  | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc. |

(Ex. C).

25. Upon information and belief, the Hextronics Accused Product transmits one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on an RPS, satisfying the limitations of claim 1(a). Upon information and belief, the Hextronics device includes a landing zone that enables precise autonomous landing. Below is a screenshot image from a Hextronics video identifying the Hextronics landing zone.



(Screenshot from a video posted by Hextronics to YouTube at
https://www.youtube.com/@hextronics).

26. Upon information and belief, the Hextronics Accused Product determines the orientation of the UAV relative to the landing zone after the UAV has landed through performing

post-flight checks to ensure that the UAV has arrived safely on the landing zone, meeting the UAV

orientation determination limitation of claim 1(b).



(Screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/@hextronics).

27.    Upon information and belief, the Accused Product includes a battery-swapping

mechanism with a vertical elevator system that removes a first swap cartridge from the UAV via

the swapping adaptor that is positioned upon the vertical elevator system and then lowering the

first swap cartridge into the battery charging slots within the Accused Product, satisfying the

limitations of claim 1(c). The images below are screenshots from a Hextronics video depicting the

loading and unloading of the battery cartridges. The first image below depicts the battery-swapping

mechanism removing the first swap cartridge from the UAV. The second image below depicts the

battery-swapping mechanism moving this first swap cartridge via a vertical elevator system into

the power station.





(Annotated Screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/watch?v=DYATi5UZlyA&t=109s).

28.     Upon information and belief, the Accused Product is comprised of up to four batteries that can be swapped into the UAV via the swapping adaptor from one or more receiving bays located within the battery charging station, and via the vertical elevator system, lifting the

second swap cartridge into alignment with the UAV's swap cartridge receptacle within the housing on the UAV, wherein each of the receiving bays are in fixed positions and aligned symmetrically relative to one another, satisfying the limitations of claim 1(d). Below is an image depicting the symmetrically aligned cartridges in the receiving bays within the RPS from the 2024 Hextronics Universal Quick Start Guide (Ex. D).



(Exhibit D at 13).

29.     Upon information and belief, the Accused Product advances the second swap cartridge into the housing on the UAV with a battery-swapping mechanism having a vertical elevator system, satisfying the limitations of 1(e). The vertical elevator system is seen in the still image below taken from a Hextronics 2024 Atlas and Universal CS Launch highlights video.



(Screenshot from a video posted by Hextronics to YouTube (at 1:23), https://www.youtube.com/watch?v=8hha-c1NBfU).

30.     Upon information and belief, the Accused Product also performs preflight checks before UAV deployment which includes, for example, checks to the cameras, propellers, UAV body, and the landing pad, and then transmits a clearance signal for take-off, satisfying the limitations of 1(f). Below are screenshots from a Hextronics video tutorial on how to run pre-flight checks on the Accused Product.



12



Verify propellers are proerly attached and show no signs of wear



Verify battery is properly locked in place without wear or bulging



Verify landing pad is clear of foreign debris



Verify no physical damage on aircraft or prop guards

(Screenshot from a video posted by Hextronics to YouTube at
https://www.youtube.com/@hextronics).

31.     Claim 11 of the '859 Patent recites as follows: "A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

   a. receiving a UAV upon a landing zone located on a housing of a power station;

   b. removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;

   c. obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

     d.   advancing the second cartridge via the vertical elevator system such that

the second cartridge is transferred onto the housing on the UAV; and

     e.   clearing the UAV for take-off from the power station."

32.      Hextronics' Accused Product infringes each element of Claim 11 of the '859 Patent:

| | |
|---|---|
| **11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| **receiving a UAV upon a landing zone located on a housing of a power station;** | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| **removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;** | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

| | |
|---|---|
| obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station; | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.  |
| advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system. |
| clearing the UAV for take-off from the power station. | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc. |

(Ex. C).

33.     Upon information and belief, the Accused Product has a landing zone by which a UAV can precisely land, satisfying the limitations of claim 11(a).



Monitor precision landing routine

(Screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/@hextronics).

34.     Upon information and belief, the Accused Product includes a battery-swapping mechanism with a vertical elevator system that removes the first swap cartridge from the UAV via

a swapping mechanism that is positioned upon the vertical elevator within the power station and vertically moves this first cartridge into a first receiving bay within the power station RPS, satisfying the limitations of claim 11(b). The first image below depicts the battery-swapping mechanism removing the first swap cartridge from the UAV. The second image depicts the battery-swapping mechanism moving this first swap cartridge via a vertical elevator system into the receiving bay.





(Annotated screenshot from a video posted by Hextronics to YouTube, https://www.youtube.com/watch?v=DYATi5UZlyA&t=109s).

35.     Upon information and belief, the Accused Product obtains a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station. Upon information and belief, the Accused Product is comprised of a plurality of batteries located within the power station that can be swapped into the Accused Product via the swapping mechanism by lifting the second swap cartridge into alignment with the UAV's swap cartridge receptacle via the products' vertical elevator system, satisfying the limitations of claim 11(c). The first image below depicts the symmetrically aligned batteries in the receiving bays within the RPS from the 2024 Hextronics Universal Quick Start Guide, while the second image depicts the battery slot placement selection panel for the Accused Product (Ex. D).



(Ex. D at 13).



(Ex. D at 13).

36.     Upon information and belief, the Accused Product advances the second cartridge into the housing of the UAV with a battery-swapping mechanism having a vertical elevator system, satisfying the limitations of claim 11(d). The image below shows the battery-swapping mechanism having a vertical elevator system.



(Screenshot from a video posted by Hextronics to YouTube (at 1:23),
https://www.youtube.com/watch?v=8hha-c1NBfU).

37.     Upon information and belief, the Accused Product also clears the device for takeoff from the power station by performing a preflight check, satisfying the limitations of claim 11(e). Below are screenshots from a Hextronics video tutorial on how to clear the UAV for takeoff from the power station by running pre-flight checks on the Accused Product.







20



Verify battery is properly locked in place without wear or bulging



Verify landing pad is clear of foreign debris



Verify no physical damage on aircraft or prop guards

(Screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/@hextronics).

38.     The claim charts below in Paragraph 40 are the same charts presented by Asylon to

Hextronics on October 9, 2025, and show how at least independent claims 1 and 11 of the '403

Patent read on Hextronics' "Universal CS" product, based on information currently available to

21

Asylon and its attorneys. This claim charts are not meant to limit the scope of Asylon's infringement claim in any way and are intended to be without prejudice to Asylon's ability to assert different or additional claims of the '403 Patent against Hextronics and/or to apply such claims to the accused service or product different in view of additional information that Asylon and its attorneys may acquire during the course of this litigation.

39.     Claim 1 of the '403 Patent recites as follows: "A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

    a. transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

    b. receiving the UAV upon the landing zone;

    c. removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

    d. obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

e.  advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

f.  transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV."

40.  Hextronics' Accused Product infringes each element of Claim 1 of the '403 Patent:

| 1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising: | | |
|---|---|---|
| transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS); | The Hextronics Universal provides a landing zone via which a drone can precisely land. | |
| receiving the UAV upon the landing zone; | The Hextronics Universal provides a landing zone via which a drone can precisely land. | |
| removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. | TEST A SWAP |

| | |
|---|---|
| obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS; | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.  |
| advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system. |
| transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV. | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc. |

(Ex. C).

41.     Upon information and belief, the Hextronics Accused Product transmits one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on an RPS, satisfying the limitations of claim 1(a). The Hextronics device includes a landing zone that enables precise autonomous landing. Below is a screenshot from the Hextronics website illustrating the precision landing that is enabled using Hextronics' "autonomous landing algorithm."



Precision Landing

Eliminate pilot error using our proprietary autonomous landing algorithm.

(Screenshot from the Hextronics website, https://hex.us).

42.     Upon information and belief, the Accused Product receives the UAV upon the landing zone, satisfying the limitations of claim 1(b). Below is a screenshot from a Hextronics training video identifying the Hextronics landing zone.



Monitor precision landing routine

(Screenshot from a video posted by Hextronics to YouTube, https://www.youtube.com/@hextronics).

43.     Upon information and belief, the Accused Product removes a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from

within the RPS and then lowers the first swap cartridge into the RPS, satisfying the limitations of claim 1(c). The first image below depicts the battery-swapping mechanism removing the first swap cartridge from the UAV. The second image below depicts the battery-swapping mechanism moving this first swap cartridge via a vertical elevator system into the RPS within the power station.





(Annotated screenshot from a video posted by Hextronics to YouTube, https://www.youtube.com/watch?v=DYATi5UZlyA&t=109s).

44.     Upon information and belief, the Accused Product obtains a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and then lifts the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS, satisfying the limitations of claim 1(d). Below is an image depicting the symmetrically aligned cartridges in the receiving bays within the RPS from the 2024 Hextronics Universal Quick Start Guide (Ex. D).



(Ex. D at 13).

45.     Upon information and belief, the Accused Product advances the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV, satisfying the limitations of claim 1(e). The vertical elevator system is seen in the still image below taken from a Hextronics 2024 Atlas and Universal CS Launch highlight video. The second image below depicts the "Swap Battery" command that is run on the Accused Product wherein after the first swap cartridge is removed from the UAV and stored in the RPS, the second battery swap cartridge is transferred into the housing of the UAV.



(Screenshot from a video posted by Hextronics to YouTube (at 1:23),
https://www.youtube.com/watch?v=8hha-c1NBfU).



(Ex. D at 13).

46.     Upon information and belief, the Accused Product transmits a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV, satisfying the limitations of claim 1(f). The Accused Product performs preflight checks before UAV deployment,

including checks to the cameras, propellers, UAV body, and the landing pad, and then transmits a clearance signal for take-off. Below are image screenshots from a Hextronics video tutorial on how to run pre-flight checks on the Accused Product.



**Trigger the "Check Cameras" command**



**Trigger "Check HexCamera Images" to begin aircraft inspection**



**Verify propellers are proerly attached and show no signs of wear**







(Screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/@hextronics).

47.     Claim 11 of the '403 Patent recites as follows: "A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

    a.  receiving a UAV upon a landing zone located on a housing of a power station;

    b.  removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station;

    c.  obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

    d.  advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV."

48.     Hextronics' Accused Product infringes each element of Claim 11 of the '403 Patent:

| | |
|---|---|
| 11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising: | |
| receiving a UAV upon a landing zone located on a housing of a power station; | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

| | |
|---|---|
| obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station; | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system. |
| advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV. | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system. |

(Ex. C).

32

49.      Upon information and belief, the Accused Product receives a UAV upon a landing zone located on a housing of a power station, satisfying the limitations of claim 11(a).



(Screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/@hextronics).

50.      Upon information and belief, the Accused Product removes a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moves the first cartridge into a first receiving bay within the power station, satisfying the limitations of claim 11(b). The first image below depicts the battery-swapping mechanism removing the first swap cartridge from the UAV. The second image depicts the battery-swapping mechanism moving this first swap cartridge via a vertical elevator system into a receiving bay within the power station.





(Annotated screenshot from a video posted by Hextronics to YouTube,
https://www.youtube.com/watch?v=DYATi5UZlyA&t=109s).

51.     Upon information and belief, the Accused Product obtains a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving

bays are aligned symmetrically relative to one another in a fixed position relative to the power station. The Accused Product is comprised of a plurality of batteries located within the power station that can be swapped into the Accused Product via the swapping mechanism by lifting the second swap cartridge into alignment with the UAV's swap cartridge receptacle via the products' vertical elevator system, satisfying the limitations of claim 11(c). Below is an image depicting the symmetrically aligned cartridges in the receiving bays within the RPS from the 2024 Hextronics Universal Quick Start Guide (Ex. D).



(Ex. D at 13).

52.     Upon information and belief, the Accused Product advances the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV, satisfying the limitations of claim 11(d). The vertical elevator system is seen in the still image below taken from a Hextronics 2024 Atlas and Universal CS Launch highlight video.



(Screenshot from a video posted by Hextronics to YouTube (at 1:23),
https://www.youtube.com/watch?v=8hha-c1NBfU).

## COUNT I
## DIRECT INFRINGEMENT OF U.S. PATENT NO. 11,318,859 – 35 U.S.C. § 271(a)

53.     Plaintiff incorporates by reference the allegations in Paragraphs 1-7 and 11-37 as if fully set forth herein.

54.     Hextronics has directly infringed, and continues to directly infringe, literally or under the doctrine of equivalents, the claims of the '859 Patent by making, using, offering to sell, and/or selling in the U.S. the Accused Product, which is covered by the claims, including at least claims 1 and 11, of the '859 Patent.

55.     Despite being put on notice of the '859 Patent and on notice of its infringement of at least claims 1 and 11 since at least as early as January 23, 2024, and no later than January 31, 2024, Hextronics has not ceased making, using, offering to sell, and/or selling its Accused Product despite multiple attempts by Asylon to come to an equitable and reasonable licensing agreement. Therefore, Hextronics' actions have been both deliberate and malicious.

56.     Hextronics' acts have been, and continue to be, without license or authorization from Asylon. Hextronics' use of a landing zone with markers/emitters, a vertical-elevator

swapping adaptor, symmetrically aligned receiving bays, and preflight clearance signaling constitutes direct infringement under 35 U.S.C. § 271(a).

57.     As a result of Defendant's infringement, Plaintiff has suffered and continues to suffer damages in an amount to be proven at trial and is entitled to a preliminary and permanent injunction and all other relief as the Court deems necessary and equitable.

## COUNT II
## INDUCED INFRINGEMENT OF U.S. PATENT NO. 11,318,859 – 35 U.S.C. § 271(b)

58.     Asylon incorporates by reference the allegations in paragraphs 1-7 and 11-37 of this Complaint as if fully set forth herein.

59.     On information and belief, Hextronics knew of the '859 Patent and has been and is actively inducing others to infringe the claims of the '859 Patent both in the State of Florida and throughout the United States by making, offering to sell, selling, promoting, importing, licensing and otherwise distributing its Accused Product, intending third parties who acquire its Accused Product to use it, or at least knowing that third parties who acquire its Accused Product will use it.

60.     Because Hextronics' Accused Product practices at least claims 1 and 11 of the '859 Patent, those using the Accused Product are directly infringing the '859 Patent.

61.     Upon information and belief, Hextronics specifically intends that its customers perform the claimed steps of at least claims 1 and 11 of the '859 Patent, as evidenced by Hextronics' Quick Start Guides and user manuals that instruct users on how to position the UAV relative to landing guidance markers/emitters, execute an automated landing within the landing zone, initiate a vertical-elevator battery swap using symmetrically aligned receiving bays, and conduct pre-flight checks culminating in a clearance signal to relaunch (Ex. D).

62.     Hextronics also deploys training videos, webinars, and online tutorials demonstrating the step-by-step workflows corresponding to the claimed methods and offers field-

37

deployment assistance that configures systems and software to perform these workflows as instructed. (*See* Hextronics, YouTube, https://www.youtube.com/@hextronics.) These materials and services collectively encourage, instruct, and facilitate performance of the claimed methods of the '859 Patent by Hextronics' customers and users in the United States.

63. On information and belief, Hextronics knew that using the Accused Product would be an act of direct infringement and thus knew that making, selling, promoting, importing, licensing and otherwise distributing its Accused Product would induce third parties to acquire and use the Accused Product, which would result in direct infringement of the claims of the '859 Patent. On information and belief, despite such knowledge, Hextronics has been and is actively inducing infringement of the claims of the '859 Patent by others.

64. Despite being on notice of the '859 Patent, and despite the fact that the infringement of the claims of the '859 Patent was readily determinable by Hextronics when it was put on notice, Hextronics has not ceased making, offering to sell, selling, promoting, licensing, importing, and otherwise distributing its Accused Product. Therefore, Hextronics' actions have been both deliberate and malicious.

65. On information and belief, Hextronics has continued and will continue to induce the infringement of the claims of the '859 Patent unless and until it is enjoined by this Court.

66. As a result of Hextronics' inducement of infringement of the claims of the '859 Patent, Asylon has suffered damages, including without limitation lost profits and licensing royalties.

67. By reason of said acts by Hextronics, Asylon has been and will continue to be seriously damaged and irreparably injured unless Hextronics is enjoined by this Court from the actions complained of herein, and thus, Asylon is without an adequate remedy at law. To the extent

Hextronics' induced infringement is found to be willful, Asylon is entitled to enhanced damages under 35 U.S.C. § 284.

## COUNT III
### DIRECT INFRINGEMENT OF U.S. PATENT NO. 12,030,403 – 35 U.S.C. § 271(a)

68.     Asylon incorporates by reference the allegations in Paragraphs 1-10, 14, 18-21, and 38-52 as if fully set forth herein.

69.     Hextronics has directly infringed, and continues to directly infringe, literally or under the doctrine of equivalents, the claims of the '403 Patent by making, using, offering to sell, and/or selling in the U.S. the Accused Product which is covered by the claims, including at least claims 1 and 11, of the '403 Patent.

70.     Despite being on notice of the '403 Patent and on notice of its infringement of at least claims 1 and 11 since at least August 18, 2025, Hextronics has not ceased making, using, offering to sell, and/or selling its Accused Product despite multiple attempts by Asylon to come to an equitable and reasonable licensing agreement. Therefore, Hextronics' actions have been both deliberate and malicious.

71.     Hextronics' acts have been, and continue to be, without license or authorization from Asylon. Hextronics' use of a landing zone with markers/emitters, a vertical-elevator swapping adaptor, symmetrically aligned receiving bays, and preflight clearance signaling constitutes direct infringement under 35 U.S.C. § 271(a).

72.     As a result of Defendant's infringement, Plaintiff has suffered and continues to suffer damages in an amount to be proven at trial and is entitled to a preliminary and permanent injunction and all other relief as the Court deems necessary and equitable.

## COUNT IV
## INDUCED INFRINGEMENT OF U.S. PATENT NO. 12,030,403 – 35 U.S.C. § 271(b)

73.     Asylon incorporates by reference the allegations in paragraphs 1-10, 14, 18-21, and 38-52 of this Complaint as if fully set forth herein.

74.     On information and belief, Hextronics knew of the '403 Patent and has been and is actively inducing others to infringe the claims of the '403 Patent both in the State of Florida and throughout the United States by making, offering to sell, selling, promoting, importing, licensing and otherwise distributing its Accused Product, intending third parties who acquire its Accused Product to use it, or at least knowing that third parties who acquire its Accused Product will use it.

75.     Because Hextronics' Accused Product practices at least claims 1 and 11 of the '403 Patent, those using the Accused Product are directly infringing the '403 Patent.

76.     Hextronics specifically intends that its customers perform the claimed steps of at least claims 1 and 11 of the '403 Patent, as evidenced by Hextronics' Quick Start Guides and user manuals that instruct users to navigate using landing guidance markers/emitters to identify a landing zone, execute an automated landing in that zone, actuate a vertical-elevator battery swap using symmetrically aligned receiving bays, and complete pre-flight checks culminating in a clearance signal to relaunch. Hextronics also deploys various training videos, webinars, and online tutorials demonstrating step-by-step workflows corresponding to the claimed methods and provide field-deployment assistance that configures systems and software to perform these workflows as instructed (Ex. D; *See also* Hextronics, YouTube, https://www.youtube.com/@hextronics). These materials and services collectively encourage, instruct, and facilitate performance of the claimed methods of the '403 Patent by Hextronics' customers and users in the United States.

77.     On information and belief, Hextronics knew that using the Accused Product would be an act of direct infringement and thus knew that making, selling, promoting, importing,

licensing and otherwise distributing its Accused Product would induce third parties to acquire and use the Accused Product, which would result in direct infringement of the claims of the '403 Patent. On information and belief, despite such knowledge, Hextronics has been and is actively inducing infringement of the claims of the '403 Patent by others.

78.     Despite being on notice of the '403 Patent, and despite the fact that the infringement of the claims of the '403 Patent was readily determinable by Hextronics when it was put on notice, Hextronics has not ceased making, offering to sell, selling, promoting, licensing, importing, and otherwise distributing its Accused Product. Therefore, Hextronics' actions have been both deliberate and malicious.

79.     On information and belief, Hextronics has continued and will continue to induce the infringement of the claims of the '403 Patent unless and until it is enjoined by this Court.

80.     As a result of Hextronics' inducement of infringement of the claims of the '403 Patent, Asylon has suffered damages, including without limitation lost profits and licensing royalties.

81.     By reason of said acts by Hextronics, Asylon has been and will continue to be seriously damaged and irreparably injured unless Hextronics is enjoined by this Court from the actions complained of herein, and thus, Asylon is without an adequate remedy at law. To the extent Hextronics' induced infringement is found to be willful, Asylon is entitled to enhanced damages under 35 U.S.C. § 284.

## JURY DEMAND

Pursuant to Rule 38, of the Federal Rules of Civil Procedure, Asylon demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

41

A. On Counts I and III, a judgment be entered that Defendant infringes or has infringed one or more claims of the Asserted Patents;

B. On Counts II and IV, a judgment be entered that Defendant has induced others to infringe one or more claims of the Asserted Patents;

C. On all Counts, that, in accordance with 35 U.S.C. § 283, Defendant and all affiliates, employees, agents, officers, directors, attorneys, successors, and assigns and all those acting on behalf or in active concert or participation with any of them, including partners, distributors, resellers and customers, be preliminarily and permanently enjoined from (1) infringing on the Asserted Patents; (2) making, using, selling, offering for sale and/or importing any products and/services that infringe the Asserted Patents; and (3) inducing others to infringe the Asserted Patents;

D. On all Counts, an award of damages, together with prejudgment and post-judgment interest sufficient to compensate for Defendant's infringement under 35 U.S.C. § 284;

E. On all Counts, a judgment holding Defendant's infringement of the Asserted Patents to be willful, and a trebling of damages pursuant to 35 U.S.C. § 284;

F. On all Counts, if this case is determined to be exceptional under 35 U.S.C. § 285, that Plaintiff be awarded its reasonable attorneys' fees;

G. On all Counts, an award of an ongoing reasonable royalty for any post-verdict and post-judgment infringement of the Asserted Patents;

H. On all Counts, an award for costs and expenses in this action; and

I. On all Counts, such other and further relief the Court may deem just and proper.

Dated: March 27, 2026                    THOMPSON HINE LLP

                                         */s/ John C. Allerding*

                                         John C. Allerding
                                         Florida Bar No. 1052628
                                         **THOMPSON HINE LLP**
                                         3560 Lenox Road NE, Suite 1600
                                         Atlanta, Georgia 30326
                                         Telephone:  404-541-2900
                                         Facsimile:   404-541-2905
                                         *John.Allerding@ThompsonHine.com*

                                         *Attorney for Plaintiff*
                                         *Asylon, Inc.*

# EXHIBIT A

US012030403B2

## (12) United States Patent
### Henry et al.

(10) **Patent No.:** **US 12,030,403 B2**

(45) **Date of Patent:** **\*Jul. 9, 2024**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Philadelphia, PA (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, West Chester, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 95 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/657,776**

(22) Filed: **Apr. 4, 2022**

(65) **Prior Publication Data**

US 2022/0227253 A1 Jul. 21, 2022

**Related U.S. Application Data**

(60) Continuation of application No. 15/943,581, filed on Apr. 2, 2018, now Pat. No. 11,318,859, which is a

(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *B60L 53/80* | (2019.01) |
| *B60L 53/35* | (2019.01) |

(Continued)

(52) **U.S. Cl.**
CPC ............... *B60L 53/80* (2019.02); *B60L 53/35* (2019.02); *B60L 53/36* (2019.02); *B64C 39/024* (2013.01); *B64D 45/08* (2013.01);

*B64F 1/007* (2013.01); *B64F 1/12* (2013.01); *B64F 1/20* (2013.01); *B64F 1/362* (2013.01); *G05D 1/0027* (2013.01); *G05D 1/0676* (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC .......... B60L 53/80; B60L 53/35; B60L 53/36; B64C 39/024; B64D 45/08; B64F 1/007; B64F 1/12; B64F 1/20; B64F 1/362; G05D 1/0027; G05D 1/0676

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 B2 | 6/2011 | Anderson | |
| 8,511,606 B1 | 8/2013 | Lutke et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang

(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



## US 12,030,403 B2

Page 2

### Related U.S. Application Data

division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *B60L 53/36* | (2019.01) |
| *B64C 39/02* | (2023.01) |
| *B64D 45/08* | (2006.01) |
| *B64F 1/00* | (2024.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B64F 1/36* | (2024.01) |
| *G05D 1/00* | (2024.01) |
| *B64U 50/19* | (2023.01) |
| *B64U 50/34* | (2023.01) |
| *B64U 70/00* | (2023.01) |

(52) **U.S. Cl.**
CPC ........... *B60L 2200/10* (2013.01); *B64U 50/19* (2023.01); *B64U 50/34* (2023.01); *B64U 70/00* (2023.01); *B64U 2201/10* (2023.01); *Y02T 10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 B2 | 10/2014 | Vavrina et al. | |
| 8,899,903 B1 | 12/2014 | Saad et al. | |
| 9,139,310 B1 * | 9/2015 | Wang | B60L 53/31 |
| 9,174,747 B2 | 11/2015 | Kang | |
| 9,481,458 B2 | 11/2016 | Casado et al. | |
| 9,764,836 B1 | 9/2017 | Elzinga et al. | |
| 9,783,075 B2 | 10/2017 | Henry et al. | |
| 9,969,285 B2 | 5/2018 | Henry et al. | |
| 2013/0104361 A1 | 5/2013 | Corfitsen | |
| 2014/0035736 A1 | 2/2014 | Weddle et al. | |
| 2014/0129059 A1 | 5/2014 | Scarlatti et al. | |
| 2014/0303814 A1 | 10/2014 | Burema et al. | |
| 2014/0319272 A1 | 10/2014 | Magana et al. | |
| 2015/0069968 A1 | 3/2015 | Pounds | |
| 2015/0097530 A1 | 4/2015 | Scarlatti et al. | |
| 2016/0011592 A1 * | 1/2016 | Zhang | B60L 53/80 |
| | | | 244/114 R |
| 2016/0039542 A1 | 2/2016 | Wang | |
| 2016/0122038 A1 | 5/2016 | Fleischman et al. | |
| 2017/0096075 A1 | 4/2017 | Henry et al. | |
| 2017/0120763 A1 | 5/2017 | Henry et al. | |
| 2018/0222339 A1 | 8/2018 | Henry et al. | |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B



FIG. 4A



FIG. 4B



FIG. 5A          FIG. 5B

FIG. 5C          FIG. 5D          FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8A



FIG. 8B



FIG. 9A



FIG. 9B



FIG. 10A



FIG. 10B



FIG. 11

US 12,030,403 B2

## 1

## METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/943,581 filed Apr. 2, 2018, which is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

### SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the

## 2

appropriate type and quantity of SCs. Utilizing a transfer system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 12,030,403 B2

3

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

## BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. **1***a* is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. **1***b* is a perspective view of another embodiment of the RPS.

FIGS. **2***a*-**2***b* are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. **3***a*-**3***b* are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. **4***a*-**4***b* are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. **5***a*-**5***b* are perspective views of the dynamic terminal landing system in accordance with embodiments.

4

FIGS. **5***c*-**5***e* are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. **6** is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. **7***a*-**7***b* are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. **8***a*-**8***b* are perspective views of example embodiments of an assembled SC.

FIGS. **9***a*-**9***b* are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. **10***a*-**10***b* are exploded views of example embodiments of an SC.

FIG. **11** is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

## DETAILED DESCRIPTION OF THE INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS **100** system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. **1***a*, is intended to extend effective flight range and flight time of a desired UAV **108** by offering a universal system in which UAVs **108** are capable of exchanging depleted universal Swap Cartridges (SCs) **110** for energized cartridges. One variation of a SC **110** may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC **110** are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) **100** is intended to be a fully autonomous solution for SC **110** exchange. The RPS, which is capable of communications with the UAV **108** via the Universal Integrated Swappable system (UIS) **300** installed aboard the UAV **108**, may be contained within a housing or an environment enclosure **104** and will detect whether the user or mission control of said UAV **108** determines the desire for exchange of a SC **110** and will engage the UAV **108** into the SC **110** exchange protocol.

In the considered embodiment of the RPS **100**, one can be comprised of, but not limited to, a UAV landing zone **102** configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed **600** (as described in further detail in FIG. **6** herein), a modular power bay (MPB) **700** which may house multiple SCs **110**, a universal SC swapping mechanism **112** to advance the exchange of multiple SCs **110**, a central processor **218**, and associated sensors **222** allowing appropriate tracking/detecting of the UIS **300** aboard the UAV **108**, as described in further detail

US 12,030,403 B2

5

below. The swapping mechanism 112 may be contained within the environment enclosure 104 when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV 108 when swapping the SC 110. An RPS 100 may be deployed in any number of environments 200 of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS 100 may be controlled directly in close physical proximity or remotely. A transmitter and receiver 106 may be integrated with the RPS 100 to facilitate wireless communications, e.g., with the UAV 108 or with a remotely located controller or interface. An internal power source 206 allows for operations without an external power source 202 for a set period of time. RPS 100 may have provisions for various types of external power 202 including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. 1b illustrates a perspective view of another embodiment of an RPS 100' which may also incorporate the housing or environment enclosure 104'. The UAV landing zone 102' may be positioned atop the enclosure 104', as above, and the enclosure 104' may also incorporate a transmitter and receiver 106 to facilitate wireless communications. While the RPS 100 described above incorporates a landing zone 102 and a swapping mechanism 112 deployable from within the enclosure 104, the RPS 100' embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone 102'.

The aforementioned UIS 300, which is illustrated as an assembly in FIG. 11, is adaptable or otherwise securable to the independent frame of the UAV 108 utilizing the capabilities of the RPS 100. The assembly of the UIS 300, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. 3a and 3b. As shown in FIG. 3a, the UIS 300 is illustrated in an assembly view relative to the UAV 108 and multiple SCs 110 are also shown as being insertable or attachable within the UIS 300. As illustrated in the assembly view of FIG. 3b, the UIS 300 (shown detached from the UAV 108 for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) 1104 which may have one or more receiving guides defined. A SC swapping adapter 302 (and described in further detail below) may be deployed from the RPS 100 while carrying a SC 110. When the UAV 108 has landed upon the platform 102 and is ready to receive a SC 110, the SC swapping adapter 302 and SC 110 may be aligned with the receiving channel of the UIS 300 which may then receive the SC 110 for electrical coupling.

Included as part of the UIS 300 assembly may be a Universal Swap Processor (USP) 1102, one or more SCRs 1104, one or more SCs 110, and an external marker 1114 for identification and tracking of the UIS 300, as further shown in FIG. 11. A UIS 300 may be directly integrated into a given UAV 108 structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV 108 structure. An example embodiment of a directly integrated UIS 300 may have the SCR 1104 merged with the primary structure, the UPP 1102 part of the flight controller board, and the optical sensor 1108 integrated directly into the exterior of the vehicle. A UIS 300 is utilized by the UAV 108 for interaction and SC 110 swapping with an RPS 100. Furthermore, the USP 1102 may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone 102. Within a UIS 300, SCR(s) 1104 may be electrically connected to the

6

USP 1102 to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP 1102 while SC(s) 110 are not installed in the system.

The aforementioned universal Swap Cartridge (SC) 110, which is illustrated in the variations of FIGS. 8a and 8b, is compatible with the associated UIS 300 and provides power or payload to the equipped UAV 108. The variation shown in FIG. 8a may incorporate a housing or external sleeve 1010 having a tapered portion while the variation shown in FIG. 8b may have a housing or external sleeve 1010' which is non-tapered. The SC 110 is designed, but is not limited, to provide power to the equipped UAV 108 propulsion system. An embodiment as shown in FIGS. 8a and 8b could include one or more power and/or signal connectors 1000, programmable storage and data mediums 1002, desired power storage medium, desired payload, paired tracks 1008 for mating with and removal from the UIS 300, unique identifiable marker 900, and mechanical locking mechanism 1006. The end views of FIGS. 9a and 9b illustrate the unique identifiable markers 900, 900' (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks 1008 which are positioned along the sides of the housing or sleeve 1010 and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) 1104 of the UIS 300.

Primary construction of a SC 110 is defined as a housing or an external sleeve 1010 that houses the desired medium 1004, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIG. 10a and 10b. Additionally, SCs 110 may contain more than one power medium 1004 within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors 1000 integrated into the SC 110 is electrically connectable to the electrical connectors 1106 positioned within the UIS 300 (as shown in FIG. 11) and when connected will be able to transfer power or applicable data that is unique to the individual SC 110. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC 110 may contain a unique marker 900 which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC 110. Furthermore, the marker 900 may assist in the location of one or more SCs 110 and removal of said SCs 110 from the landed UAV 108. The SC 110 may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker 900. Data pulled from the SC 110 may be stored locally at the RPS 100 and may be used internally by the RPS 100 system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks 1008, are implemented to allow facilitation of installation, storage, and removal of said SCs 110. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs 110 within the UIS 300 during flight of a UAV 108, landing of a UAV 108, UAV 108 resting on stationary or mobile platform, or storage within a modular power bay. A SC 110 may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS 100, a SC 110

US 12,030,403 B2

7

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as

8

large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7***b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 12,030,403 B2

9

ment of a SC **110** with the motion of a rotary system. This system allows for the removal and loading of a SC **110** into a UIS **300** and a MPB **700**. The RPS **100** that the swapping mechanism **112** is housed within is capable of facilitating SC exchange of the UAV **108** while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) **218** is utilized within the RPS **100** to facilitate the system functions of the RPS **100**, as shown in the schematic diagram of FIG. **2***a*. These functions may include, but are not limited to, external/internal environmental monitoring **224**, environmental control system (ECS) control **232**, UIS data transfer, RPS data storage **230**, safety systems control, and MPB and SC state monitoring **226**. RPS-CP primary function is to coordinate and execute the swapping of SCs **110** for a UAV **108** as described in FIG. **4**.

During normal operations of an RPS **100**, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS **100** and conditions about/around the RPS **100**. The conditions around the deployed RPS **100** that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV **108**, may determine the flight readiness of the UAV **108** for a mission at any given time. The conditions detected by the RPS **100** and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV **108**, the RPS **100**, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV **108** or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS **100**, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS **100**.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium **230**. This data storage medium may be located within the RPS **100** or in communication of the RPS **100**. Communications with the RPS **100**, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver **106** on board the RPS **100**. This transmitter and receiver **106** may be controlled via the RPS-CP to access desired information from the RPS **100** and all its associated systems.

Generally, the RPS **100** can be seen in the schematic illustration of FIG. **2***a* showing an example of the RPS **100** within a deployed environment **200**. The RPS **100** may be in electrical communication with an external energy source **202** which may charge or power an internally contained energy storage system **206** which is contained within the power system **204**. The energy storage system **206** may distribute power via a power distribution system **208** to the various components within the RPS **100** such as the dynamic terminal landing platform **210** as well as the mechanical elevation solution **112**. The dynamic terminal landing platform **210** may include a mechanical and/or electrical connection **212** which may temporarily couple to the UAV **108** after landing on the UAV landing zone **102** in reference to the electrical and/or mechanical link **600** shown in FIG. **6**.

The mechanical elevation solution **112** may facilitate the transport of the SC **110** from one of the preselected modular power bay **700** (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

**214** which may charge the one or more SC **110** contained within the modular power bay **700**. The MPB status monitor **216** may also be incorporated within the modular power bay **700** for obtaining a status of each of the SC **100**.

As described above, the RPS central processor **218** may incorporate a RPS data storage **230** module and one or more sensor systems **220** which monitor the status of the various components within the RPS **100**. For instance, aside from the external environment sensors **224**, a UIS location sensor **222** may be in communication with the mechanical elevation solution **112** to monitor and/or control a positioning of the solution **112** relative to the UIS **300** of a landed UAV **108**. Also, a MPB state monitor system **226** may be in communication with the MPB status monitor **216** so as to monitor a status of the modular power bay **700**. The RPS system state sensors **228** within the sensor systems **220** may be in communication with the RPS environment control system **232**.

While the RPS **100** may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver **106** within the RPS central processor **218** with a remotely located system through a communication network **234** for transmitting and/or receiving data as well as instructions.

Within the RPS **100** system, schematic diagrams of some of the sub-systems are shown in FIG. **2***b*. With reference to the UIS **246** which is secured to the UAV, retains the SC **110**, and interacts with the RPS **100**, the UIS **246** may generally include an SC detainment tool **248** for retaining or securing the SC **110** during flight. A mission data storage medium **250**, PC adaptor tools **252**, RPS communication system **254**, as well as flight sensors **256** may also be incorporated.

The dynamic terminal landing platform **212** may include a platform mobility system **258** which controls and monitors the retrieval of the SC **110**. As part of the platform mobility system **258**, a UAV retaining features **260** may be incorporated, as described herein, as well as location sensors **262** for locating the position and orientation of the UAV. This may include a physical platform tag **264** as well as electro-optical arrangement **266** for determining the position and orientation.

The power system **274** may include the power distribution **278** which in turn includes the external power distributor **276** and internal power storage solution **280** for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor **276**, for instance, may be in communication with the dynamic terminal landing platform **212** for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution **278** may also power the various mechanical system controllers **284**, RPS system controllers **286**, as well as the MPB replenishment systems **282**.

The mechanical elevation solution **112** may also include a vertical elevator system **268** for lifting and/or lowering the SC **110** from or to the modular power bay **700**. This may include a swap cartridge transport solution **270** as well as the UIS location system **272** for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure **238** may include the modular power bays **700** which includes the swap cartridge connections **240** and environmental control system **244**. The swap cartridge connections may include the one or more SC **110** as well as the SC status tool **242**.

Additionally, the RPS system door **288** may also be seen which includes a door actuation system **290**. The RPS

US 12,030,403 B2

11

system door **288** may be opened when swapping out the SC **110** from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. **4a**, in accordance with some or all aforementioned components, illustrates one example of a method of SC **110** exchange for with an embodiment of an RPS **100**. A UAV **108** may utilize an RPS **100** for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV **108**, via some predetermined (external to the RPS **100** system) conditions, the UAV **108** may request for permission **400** to land onto an RPS **100**, where the request is transmitted via the USP **1102**. When approved by the RPS-CP in the RPS **100**, the active UAV **108** is assigned a position in the landing queue **402**. When an RPS **100** is available, said RPS **100** provides permission **404** to land to the appropriate UAV USP **1102**. The USP **1102** then guides the landing UAV **108** onto an RPS **100** utilizing the DTL system **410**.

After the successful landing of a UAV **108** onto the RPS **100**, the RPS **100** may begin to access and download **408** mission and/or payload data from the landed UAV **108** via the USP **1102**. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission **406**.

The landed UAV **108** may also establish **412** an electrical and/or mechanical link **600** with the RPS **100**. The RPS **100** may now begin a search **414** for the UIS **300** which may be adapted to the landed UAV **108**. Upon location of the UIS **300** of the landed UAV **108**, the RPS **100** may position the UIS **300** into a nominal position **424** for removal of one or more SCs **110** from the stationary UAV **108** via the SC swapping adapter **302**. After removal **422** of desired SC or SCs **110**, the depleted SC or SCs **110**, may be allocated **420** to an available MPB SCR **702** for replenishment or storage. The RPS **100** may return **418** an energized SC, or SCs **110**, compatible to the UIS **300** of the stationary UAV **108** and then install the "fully energerized" PC into the UAV **416**. Dependent on an external power source **428** supplied to a RPS **100**, said depleted SC **110** is capable of being energized **430**.

Once the RPS **100** has replenished the UIS **300** of the stationary UAV **108**, said UAV **108** may be cleared **426** to leave the RPS **100**. In consideration, before a UAV **108** is cleared to launch from an RPS **100**, environmental conditions **236** may be assessed to confirm safe flight possible for the UAV **108** based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV **108**.

FIG. **4b** illustrates another variation for a method of SC **110** exchange with an embodiment of an RPS **100**. When the UAV **108** is in use, it may transmit telemetry to an RPS **100** system **432** and the RPS **100** may receive the telemetry and requested action by the UAV **434**. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV **108** wants to download sensor or telemetry data only, the UAV **108** may begin downloading the data via wireless transmission **436**, as previously described, and the RPS **100** may store the data for retrieval at a later time or it may upload the data **438** to a communications network **234**, as previously described.

In the event that the SC **110** needs to be replaced, the RPS **100** may determine which replacement SC from the MPB **700** is to be queued and the UAV **108** is then placed in a landing queue **440** (depending on whether other UAVs are

12

queued for landing). Once the UAV **108** has landed **442** on the landing zone **102** of the RPS **100**, the mechanical and/or electrical link may be established **444** with the UAV **108**, as previously described. The SC **110** may be removed **446** from the UAV **108** and a new SC may be loaded **448** into the UAV **108**. The UAV **108** may then be cleared for take-off **450** from the landing zone **102**.

The RPS **100** may make a determination as to whether the RPS **100** is connected to an external power source **454** in which case the depleted SC **110** may be charged **452** accordingly. Otherwise, if the RPS **100** is not connected to an external power source, the depleted SC **110** may be stored in a queue **456** within the MPB **700** or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

receiving the UAV upon the landing zone;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim **1** further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim **2** wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim **3** further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim **1** further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim **5** further comprising establishing an electrical link with the UAV.

7. The method of claim **1** further comprising determining an orientation of the UAV upon the landing zone.

US 12,030,403 B2

13

**8**. The method of claim **1** wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

**9**. The method of claim **8** wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

**10**. The method of claim **1** wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

**11**. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV.

**12**. The method of claim **11** further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

**13**. The method of claim **12** wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

**14**. The method of claim **13** further comprising receiving mission or payload data from the UAV via the processor.

**15**. The method of claim **11** further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

**16**. The method of claim **15** further comprising establishing an electrical link with the UAV.

**17**. The method of claim **11** wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

**18**. The method of claim **17** wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

**19**. The method of claim **11** further comprising providing clearance for take-off to the UAV.

**20**. The method of claim **19** wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

* * * * *

# EXHIBIT B

US011318859B2

## (12) United States Patent
### Henry et al.

(10) **Patent No.:** **US 11,318,859 B2**
(45) **Date of Patent:** **May 3, 2022**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Wilmington, DE (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, Thornton, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 63 days.

(21) Appl. No.: **15/943,581**

(22) Filed: **Apr. 2, 2018**

(65) **Prior Publication Data**

US 2018/0222339 A1      Aug. 9, 2018

**Related U.S. Application Data**

(62) Division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *B60L 53/80* | (2019.01) |
| *B64F 1/00* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B60L 53/36* | (2019.01) |
| *B60L 53/35* | (2019.01) |
| *B64C 39/02* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC .............. *B60L 53/80* (2019.02); *B60L 53/35* (2019.02); *B60L 53/36* (2019.02); *B64C 39/024* (2013.01); *B64D 45/08* (2013.01); *B64F 1/007* (2013.01); *B64F 1/12* (2013.01); *B64F 1/20* (2013.01); *B64F 1/362* (2013.01); *G05D 1/0027* (2013.01); *G05D 1/0676* (2013.01); *B60L 2200/10* (2013.01); *B64C 2201/042* (2013.01); *B64C 2201/066* (2013.01); *B64C 2201/141* (2013.01); *B64C 2201/18* (2013.01); *Y02T 10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(58) **Field of Classification Search**
CPC ...... B60L 11/1822; B60L 53/35; B60L 53/36; B60L 53/80
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 | B2 | 6/2011 | Anderson |
| 8,511,606 | B1 | 8/2013 | Lutke et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



**US 11,318,859 B2**

Page 2

### Related U.S. Application Data

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *B64D 45/08* | (2006.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/36* | (2017.01) |
| *G05D 1/06* | (2006.01) |
| *G05D 1/00* | (2006.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 | B2 | 10/2014 | Vavrina et al. |
| 8,899,903 | B1 | 12/2014 | Saad et al. |
| 9,139,310 | B1 * | 9/2015 | Wang ........................ B64F 1/36 |
| 9,174,747 | B2 | 11/2015 | Kang |
| 9,481,458 | B2 | 11/2016 | Casado et al. |
| 9,764,836 | B1 * | 9/2017 | Elzinga ................. B64C 39/024 |
| 9,783,075 | B2 | 10/2017 | Henry et al. |
| 9,969,285 | B2 | 5/2018 | Henry et al. |
| 2013/0104361 | A1 | 5/2013 | Corfitsen |
| 2014/0035736 | A1 | 2/2014 | Weddle et al. |
| 2014/0129059 | A1 | 5/2014 | Scarlatti et al. |
| 2014/0303814 | A1 | 10/2014 | Burema et al. |
| 2014/0319272 | A1 | 10/2014 | Magana et al. |
| 2015/0069968 | A1 | 3/2015 | Pounds |
| 2015/0097530 | A1 | 4/2015 | Scarlatti et al. |
| 2016/0011592 | A1 * | 1/2016 | Zhang .................... G05D 1/102 701/2 |
| 2016/0039542 | A1 * | 2/2016 | Wang ........................ B64F 1/18 701/2 |
| 2016/0122038 | A1 | 5/2016 | Fleischman et al. |
| 2017/0096075 | A1 | 4/2017 | Henry et al. |
| 2017/0120763 | A1 | 5/2017 | Henry et al. |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B



FIG. 4A



FIG. 4B



FIG. 5A          FIG. 5B

FIG. 5C          FIG. 5D          FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8A

FIG. 8B

FIG. 9A

FIG. 9B

FIG. 10A

FIG. 10B



FIG. 11

US 11,318,859 B2

**1**

## METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

### SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer

**2**

system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 11,318,859 B2

3

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. 1a is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. 1b is a perspective view of another embodiment of the RPS.

FIGS. 2a-2b are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. 3a-3b are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. 4a-4b are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. 5a-5b are perspective views of the dynamic terminal landing system in accordance with embodiments.

4

FIGS. 5c-5e are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. 7a-7b are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. 8a-8b are perspective views of example embodiments of an assembled SC.

FIGS. 9a-9b are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. 10a-10b are exploded views of example embodiments of an SC.

FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

DETAILED DESCRIPTION OF THE INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS 100 system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. 1a, is intended to extend effective flight range and flight time of a desired UAV 108 by offering a universal system in which UAVs 108 are capable of exchanging depleted universal Swap Cartridges (SCs) 110 for energized cartridges. One variation of a SC 110 may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC 110 are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) 100 is intended to be a fully autonomous solution for SC 110 exchange. The RPS, which is capable of communications with the UAV 108 via the Universal Integrated Swappable system (UIS) 300 installed aboard the UAV 108, may be contained within a housing or an environment enclosure 104 and will detect whether the user or mission control of said UAV 108 determines the desire for exchange of a SC 110 and will engage the UAV 108 into the SC 110 exchange protocol.

In the considered embodiment of the RPS 100, one can be comprised of, but not limited to, a UAV landing zone 102 configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed 600 (as described in further detail in FIG. 6 herein), a modular power bay (MPB) 700 which may house multiple SCs 110, a universal SC swapping mechanism 112 to advance the exchange of multiple SCs 110, a central processor 218, and associated sensors 222 allowing appropriate tracking/detecting of the UIS 300 aboard the UAV 108, as described in further detail

US 11,318,859 B2

5

below. The swapping mechanism 112 may be contained within the environment enclosure 104 when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV 108 when swapping the SC 110. An RPS 100 may be deployed in any number of environments 200 of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS 100 may be controlled directly in close physical proximity or remotely. A transmitter and receiver 106 may be integrated with the RPS 100 to facilitate wireless communications, e.g., with the UAV 108 or with a remotely located controller or interface. An internal power source 206 allows for operations without an external power source 202 for a set period of time. RPS 100 may have provisions for various types of external power 202 including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. 1b illustrates a perspective view of another embodiment of an RPS 100' which may also incorporate the housing or environment enclosure 104'. The UAV landing zone 102' may be positioned atop the enclosure 104', as above, and the enclosure 104' may also incorporate a transmitter and receiver 106 to facilitate wireless communications. While the RPS 100 described above incorporates a landing zone 102 and a swapping mechanism 112 deployable from within the enclosure 104, the RPS 100' embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone 102'.

The aforementioned UIS 300, which is illustrated as an assembly in FIG. 11, is adaptable or otherwise securable to the independent frame of the UAV 108 utilizing the capabilities of the RPS 100. The assembly of the UIS 300, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. 3a and 3b. As shown in FIG. 3a, the UIS 300 is illustrated in an assembly view relative to the UAV 108 and multiple SCs 110 are also shown as being insertable or attachable within the UIS 300. As illustrated in the assembly view of FIG. 3b, the UIS 300 (shown detached from the UAV 108 for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) 1104 which may have one or more receiving guides defined. A SC swapping adapter 302 (and described in further detail below) may be deployed from the RPS 100 while carrying a SC 110. When the UAV 108 has landed upon the platform 102 and is ready to receive a SC 110, the SC swapping adapter 302 and SC 110 may be aligned with the receiving channel of the UIS 300 which may then receive the SC 110 for electrical coupling.

Included as part of the UIS 300 assembly may be a Universal Swap Processor (USP) 1102, one or more SCRs 1104, one or more SCs 110, and an external marker 1114 for identification and tracking of the UIS 300, as further shown in FIG. 11. A UIS 300 may be directly integrated into a given UAV 108 structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV 108 structure. An example embodiment of a directly integrated UIS 300 may have the SCR 1104 merged with the primary structure, the UPP 1102 part of the flight controller board, and the optical sensor 1108 integrated directly into the exterior of the vehicle. A UIS 300 is utilized by the UAV 108 for interaction and SC 110 swapping with an RPS 100. Furthermore, the USP 1102 may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone 102. Within a UIS 300, SCR(s) 1104 may be electrically connected to the

6

USP 1102 to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP 1102 while SC(s) 110 are not installed in the system.

The aforementioned universal Swap Cartridge (SC) 110, which is illustrated in the variations of FIGS. 8a and 8b, is compatible with the associated UIS 300 and provides power or payload to the equipped UAV 108. The variation shown in FIG. 8a may incorporate a housing or external sleeve 1010 having a tapered portion while the variation shown in FIG. 8b may have a housing or external sleeve 1010' which is non-tapered. The SC 110 is designed, but is not limited, to provide power to the equipped UAV 108 propulsion system. An embodiment as shown in FIGS. 8a and 8b could include one or more power and/or signal connectors 1000, programmable storage and data mediums 1002, desired power storage medium, desired payload, paired tracks 1008 for mating with and removal from the UIS 300, unique identifiable marker 900, and mechanical locking mechanism 1006. The end views of FIGS. 9a and 9b illustrate the unique identifiable markers 900, 900' (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks 1008 which are positioned along the sides of the housing or sleeve 1010 and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) 1104 of the UIS 300.

Primary construction of a SC 110 is defined as a housing or an external sleeve 1010 that houses the desired medium 1004, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIGS. 10a and 10b. Additionally, SCs 110 may contain more than one power medium 1004 within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors 1000 integrated into the SC 110 is electrically connectable to the electrical connectors 1106 positioned within the UIS 300 (as shown in FIG. 11) and when connected will be able to transfer power or applicable data that is unique to the individual SC 110. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC 110 may contain a unique marker 900 which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC 110. Furthermore, the marker 900 may assist in the location of one or more SCs 110 and removal of said SCs 110 from the landed UAV 108. The SC 110 may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker 900. Data pulled from the SC 110 may be stored locally at the RPS 100 and may be used internally by the RPS 100 system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks 1008, are implemented to allow facilitation of installation, storage, and removal of said SCs 110. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs 110 within the UIS 300 during flight of a UAV 108, landing of a UAV 108, UAV 108 resting on stationary or mobile platform, or storage within a modular power bay. A SC 110 may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS 100, a SC 110

US 11,318,859 B2

7

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as

8

large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7***b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 11,318,859 B2

9

ment of a SC **110** with the motion of a rotary system. This system allows for the removal and loading of a SC **110** into a UIS **300** and a MPB **700**. The RPS **100** that the swapping mechanism **112** is housed within is capable of facilitating SC exchange of the UAV **108** while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) **218** is utilized within the RPS **100** to facilitate the system functions of the RPS **100**, as shown in the schematic diagram of FIG. **2***a*. These functions may include, but are not limited to, external/internal environmental monitoring **224**, environmental control system (ECS) control **232**, UIS data transfer, RPS data storage **230**, safety systems control, and MPB and SC state monitoring **226**. RPS-CP primary function is to coordinate and execute the swapping of SCs **110** for a UAV **108** as described in FIG. **4**.

During normal operations of an RPS **100**, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS **100** and conditions about/around the RPS **100**. The conditions around the deployed RPS **100** that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV **108**, may determine the flight readiness of the UAV **108** for a mission at any given time. The conditions detected by the RPS **100** and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV **108**, the RPS **100**, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV **108** or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS **100**, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS **100**.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium **230**. This data storage medium may be located within the RPS **100** or in communication of the RPS **100**. Communications with the RPS **100**, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver **106** on board the RPS **100**. This transmitter and receiver **106** may be controlled via the RPS-CP to access desired information from the RPS **100** and all its associated systems.

Generally, the RPS **100** can be seen in the schematic illustration of FIG. **2***a* showing an example of the RPS **100** within a deployed environment **200**. The RPS **100** may be in electrical communication with an external energy source **202** which may charge or power an internally contained energy storage system **206** which is contained within the power system **204**. The energy storage system **206** may distribute power via a power distribution system **208** to the various components within the RPS **100** such as the dynamic terminal landing platform **210** as well as the mechanical elevation solution **112**. The dynamic terminal landing platform **210** may include a mechanical and/or electrical connection **212** which may temporarily couple to the UAV **108** after landing on the UAV landing zone **102** in reference to the electrical and/or mechanical link **600** shown in FIG. **6**.

The mechanical elevation solution **112** may facilitate the transport of the SC **110** from one of the preselected modular power bay **700** (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

**214** which may charge the one or more SC **110** contained within the modular power bay **700**. The MPB status monitor **216** may also be incorporated within the modular power bay **700** for obtaining a status of each of the SC **100**.

As described above, the RPS central processor **218** may incorporate a RPS data storage **230** module and one or more sensor systems **220** which monitor the status of the various components within the RPS **100**. For instance, aside from the external environment sensors **224**, a UIS location sensor **222** may be in communication with the mechanical elevation solution **112** to monitor and/or control a positioning of the solution **112** relative to the UIS **300** of a landed UAV **108**. Also, a MPB state monitor system **226** may be in communication with the MPB status monitor **216** so as to monitor a status of the modular power bay **700**. The RPS system state sensors **228** within the sensor systems **220** may be in communication with the RPS environment control system **232**.

While the RPS **100** may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver **106** within the RPS central processor **218** with a remotely located system through a communication network **234** for transmitting and/or receiving data as well as instructions.

Within the RPS **100** system, schematic diagrams of some of the sub-systems are shown in FIG. **2***b*. With reference to the UIS **246** which is secured to the UAV, retains the SC **110**, and interacts with the RPS **100**, the UIS **246** may generally include an SC detainment tool **248** for retaining or securing the SC **110** during flight. A mission data storage medium **250**, PC adaptor tools **252**, RPS communication system **254**, as well as flight sensors **256** may also be incorporated.

The dynamic terminal landing platform **212** may include a platform mobility system **258** which controls and monitors the retrieval of the SC **110**. As part of the platform mobility system **258**, a UAV retaining features **260** may be incorporated, as described herein, as well as location sensors **262** for locating the position and orientation of the UAV. This may include a physical platform tag **264** as well as electro-optical arrangement **266** for determining the position and orientation.

The power system **274** may include the power distribution **278** which in turn includes the external power distributor **276** and internal power storage solution **280** for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor **276**, for instance, may be in communication with the dynamic terminal landing platform **212** for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution **278** may also power the various mechanical system controllers **284**, RPS system controllers **286**, as well as the MPB replenishment systems **282**.

The mechanical elevation solution **112** may also include a vertical elevator system **268** for lifting and/or lowering the SC **110** from or to the modular power bay **700**. This may include a swap cartridge transport solution **270** as well as the UIS location system **272** for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure **238** may include the modular power bays **700** which includes the swap cartridge connections **240** and environmental control system **244**. The swap cartridge connections may include the one or more SC **110** as well as the SC status tool **242**.

Additionally, the RPS system door **288** may also be seen which includes a door actuation system **290**. The RPS

US 11,318,859 B2

11

system door **288** may be opened when swapping out the SC **110** from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. **4***a*, in accordance with some or all aforementioned components, illustrates one example of a method of SC **110** exchange for with an embodiment of an RPS **100**. A UAV **108** may utilize an RPS **100** for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV **108**, via some predetermined (external to the RPS **100** system) conditions, the UAV **108** may request for permission **400** to land onto an RPS **100**, where the request is transmitted via the USP **1102**. When approved by the RPS-CP in the RPS **100**, the active UAV **108** is assigned a position in the landing queue **402**. When an RPS **100** is available, said RPS **100** provides permission **404** to land to the appropriate UAV USP **1102**. The USP **1102** then guides the landing UAV **108** onto an RPS **100** utilizing the DTL system **410**.

After the successful landing of a UAV **108** onto the RPS **100**, the RPS **100** may begin to access and download **408** mission and/or payload data from the landed UAV **108** via the USP **1102**. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission **406**.

The landed UAV **108** may also establish **412** an electrical and/or mechanical link **600** with the RPS **100**. The RPS **100** may now begin a search **414** for the UIS **300** which may be adapted to the landed UAV **108**. Upon location of the UIS **300** of the landed UAV **108**, the RPS **100** may position the UIS **300** into a nominal position **424** for removal of one or more SCs **110** from the stationary UAV **108** via the SC swapping adapter **302**. After removal **422** of desired SC or SCs **110**, the depleted SC or SCs **110**, may be allocated **420** to an available MPB SCR **702** for replenishment or storage. The RPS **100** may return **418** an energized SC, or SCs **110**, compatible to the UIS **300** of the stationary UAV **108** and then install the "fully energerized" PC into the UAV **416**. Dependent on an external power source **428** supplied to a RPS **100**, said depleted SC **110** is capable of being energized **430**.

Once the RPS **100** has replenished the UIS **300** of the stationary UAV **108**, said UAV **108** may be cleared **426** to leave the RPS **100**. In consideration, before a UAV **108** is cleared to launch from an RPS **100**, environmental conditions **236** may be assessed to confirm safe flight possible for the UAV **108** based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV **108**.

FIG. **4***b* illustrates another variation for a method of SC **110** exchange with an embodiment of an RPS **100**. When the UAV **108** is in use, it may transmit telemetry to an RPS **100** system **432** and the RPS **100** may receive the telemetry and requested action by the UAV **434**. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV **108** wants to download sensor or telemetry data only, the UAV **108** may begin downloading the data via wireless transmission **436**, as previously described, and the RPS **100** may store the data for retrieval at a later time or it may upload the data **438** to a communications network **234**, as previously described.

In the event that the SC **110** needs to be replaced, the RPS **100** may determine which replacement SC from the MPB **700** is to be queued and the UAV **108** is then placed in a landing queue **440** (depending on whether other UAVs are

12

queued for landing). Once the UAV **108** has landed **442** on the landing zone **102** of the RPS **100**, the mechanical and/or electrical link may be established **444** with the UAV **108**, as previously described. The SC **110** may be removed **446** from the UAV **108** and a new SC may be loaded **448** into the UAV **108**. The UAV **108** may then be cleared for take-off **450** from the landing zone **102**.

The RPS **100** may make a determination as to whether the RPS **100** is connected to an external power source **454** in which case the depleted SC **110** may be charged **452** accordingly. Otherwise, if the RPS **100** is not connected to an external power source, the depleted SC **110** may be stored in a queue **456** within the MPB **700** or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

determining an orientation of the UAV relative to the landing zone after the UAV has landed;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim **1** further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim **2** wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim **3** further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim **1** further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim **5** further comprising establishing an electrical link with the UAV.

US 11,318,859 B2

13

7. The method of claim **1** wherein determining an orientation of the UAV comprises optically determining the orientation.

8. The method of claim **1** wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

9. The method of claim **8** wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

10. The method of claim **1** wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and

clearing the UAV for take-off from the power station.

12. The method of claim **11** further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

13. The method of claim **12** wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

14. The method of claim **13** further comprising receiving mission or payload data from the UAV via the processor.

15. The method of claim **11** further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

16. The method of claim **15** further comprising establishing an electrical link with the UAV.

17. The method of claim **11** wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

18. The method of claim **17** wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

19. The method of claim **11** wherein providing clearance for take-off to the UAV comprises providing the clearance upon completion of a preflight check of the UAV.

20. The method of claim **19** wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

\* \* \* \* \*

# EXHIBIT C



LEVINE
BAGADE
HAN LLP

**U.S. PATENT NO. 12,030,403**
**CLAIMS 1 & 11**

*NOT FOR COPYING OR DISTRIBUTION*



# LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 12,030,403 - CLAIM 1

| 1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising: | |
|---|---|
| **transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);** | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| **receiving the UAV upon the landing zone;** | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| **removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;** | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

*NOT FOR COPYING OR DISTRIBUTION*



# LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 12,030,403 - CLAIM 1

| | |
|---|---|
| **obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.  |
| **advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system.  |
| **transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.** | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc.  |

*NOT FOR COPYING OR DISTRIBUTION*



# U.S. PATENT NO. 12,030,403 - CLAIM 11

| 11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising: | |
|---|---|
| receiving a UAV upon a landing zone located on a housing of a power station; | The Hextronics Universal provides a landing zone via which a drone can precisely land.  |
| removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system.  |

*NOT FOR COPYING OR DISTRIBUTION*



# LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 12,030,403 - CLAIM 11

| | |
|---|---|
| **obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.  |
| **advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV.** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system.  |

***NOT FOR COPYING OR DISTRIBUTION***



LEVINE
BAGADE
HAN LLP

# U.S. PATENT NO. 11,318,859
# CLAIMS 1 & 11

*NOT FOR COPYING OR DISTRIBUTION*



LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 11,318,859 - CLAIM 1

| | |
|---|---|
| **1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| **transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);** | The Hextronics Universal provides a landing zone via which a drone can precisely land.  |
| **determining an orientation of the UAV relative to the landing zone after the UAV has landed;** | The Hextronics Universal performs post flight checks to ensure that the drone has arrived safely on the landing zone.  |
| **removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;** | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system.  |

*NOT FOR COPYING OR DISTRIBUTION*



# U.S. PATENT NO. 11,318,859 - CLAIM 1

| | |
|---|---|
| **obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.<br><br> |
| **advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system.<br><br> |

***NOT FOR COPYING OR DISTRIBUTION***



LEVINE
BAGADE
HAN LLP

# U.S. PATENT NO. 11,318,859 - CLAIM 1

| | |
|---|---|
| **transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.** Verify and record all pre-flight checks completed | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc.  |

*NOT FOR COPYING OR DISTRIBUTION*



# LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 11,318,859 - CLAIM 11

| | |
|---|---|
| **11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| **receiving a UAV upon a landing zone located on a housing of a power station;** | The Hextronics Universal provides a landing zone via which a drone can precisely land.  |
| **removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;** | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system.  |

*NOT FOR COPYING OR DISTRIBUTION*



LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 11,318,859 - CLAIM 11

| | |
|---|---|
| **obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.  |
| **advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system.  |
| **clearing the UAV for take-off from the power station.** | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc.  |

*NOT FOR COPYING OR DISTRIBUTION*

# EXHIBIT D

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 99 of 238



# Universal Quick Start Guide



Guide Compatible with MAVIC 3

© 2024 Hex, INC. All Rights Reserved

# Table of Contents

| | |
|---|---|
| Tools Needed | 3 |
| Tools Needed | 3 |
|     Unboxing Tools | 3 |
|     RC Installation Tools | 3 |
| Unboxing and Placement | 4 |
|     Unboxing | 4 |
|     Placement | 4 |
| Inspect Interior | 5 |
|     Unlock Unit | 5 |
|     Shipping Foam Inspection | 5 |
| Connect Power and Ethernet | 6 |
|     Access IO Panel Ports | 6 |
|     Login to Dashboard | 7 |
|     Accessing Hextronics Dashboard | 7 |
| Hardware Test | 9 |
| HexDashboard Test | 9 |
| Accessories | 12 |
|     Drone Preparation | 12 |
|     Install Prop Guards and 3D Printed Feet | 12 |
|     Magnetic Charger and 3D Printed Battery Guide Assist | 13 |
| RC Set Up | 15 |
|     DJI RC Pro Setup | 15 |
| Operational Test | 16 |
|     Open Box and Conduct Test Run | 16 |
|     Flight Software Subscription Confirmation | 18 |
|     Mavic 3 RC: Download and Link FlytBase App | 18 |
|     Final Step of Manual Assembly | 19 |

© 2024 Hex, INC. All Rights Reserved

## Tools Needed

### Unboxing Tools

1. Power Drill / ¼" Bit Driver
2. T-25 Torx bit



### RC Installation Tools

1. Phillips head screwdriver size PH0
2. Phillips head screwdriver size PH2



© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Unboxing and Placement

### Unboxing

Inspect the shipment to ensure it is in good condition and that the pallet is intact for movement. Move the shipment using one of the following methods:

- A pallet jack *(See image below for entry point)*
- Multiple healthy able-bodied individuals via lifting handles. This method is recommended for short distances only.
- Mechanical lifting machinery via the lifting ports or the pallet entry points.

Open the wooden crate to release the Universal station and remove the protective foam packaging. Inspect the interior of the crate and remove all components of the Universal.  Cut the gantry shipping ties for easy removal of the universal.

### Placement

Place the station on a flat-level surface or on the hex-stand with open and clear airspace. Remove the packaging from the top of the shell after placing the station.



Open the provided box and remove components - It should contain a yellow cable and a black folder.

Ensure reliable power and ethernet connections are available at the final placement location. Alternatively, you can keep the unit indoors for initial hardware and software inspections, and later install the unit outdoors when ready to proceed with final site deployment and flight operations.

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

*Contact Support@hextronics.tech for assistance with mounting your station to custom platforms. Once you have placed the Universal station at your desired location, please continue to the next steps for the initial setup of the station.*

## Inspect Interior

### Unlock Unit

Use the provided key from the accessories to unlock the locking mechanism. Slide the shell to the backwards and then upwards to disengage the internal guides.



Lift and remove the shell from the station entirely.

### Shipping Foam Inspection

Inspect interior of the unit for any shipping foam that may be supporting the gantry.



© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Connect Power and Ethernet

## Assemble Waterproof Ethernet Adapter

Connect an Ethernet cable to the left side port on the IO Panel.

Slide on  the smaller circular connector to the gray cable and then attach the blue rubber stop closer to the port. On that same gray cable put on the black waterproof connector and screw it tightly onto the circular connector. Connect the ports of the cables (gray and yellow) and then screw the black connector components together tightly  to secure water tightness.  The Hex Uni Getting Started video demonstrates this attachment. .

## Access IO Panel Ports

Connect an Ethernet cable to the left side port on the IO Panel.
Plug in the main power cable to the right side port on the IO Panel.



Further assembly might be required for the outdoor waterproof adapter for the Ethernet and power cable. Ensure red light is on and green light is blinking.

© 2024 Hex, INC. All Rights Reserved

## Login to Dashboard

## Accessing Hextronics Dashboard

Power on the unit & allow the system to boot up for about 1-2 mins. Access the Hextronics dashboard by one of the two following methods:

Using the provided Dashboard URL
*Example: https://hexone-000000000000.hextron.tech/login*



Scan the QR code located in the black envelope provided with the system.



Note: This QR code is not valid - just an example.

© 2024 Hex, INC. All Rights Reserved

If the dashboard is visible and IoT connection is confirmed please skip step 4 and proceed to the **Hardware Test** section on the next page.



If you encounter a "no connection error," contact the Hextronics support team.

**Thank you for using the Hextronics Dashboard.**

In order to access your drone station, please make sure it is powered on and has a good internet connection.

If you are still having issues, please contact us at support@hextronics.tech

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

## Hardware Test

## HexDashboard Test

On the Hextronics dashboard, select the following configurations to test the system. Ensure that the drone has **not** yet been placed in the universal.

OPEN BOX AND CLOSE BOX



LIGHTS ON AND LIGHTS OFF



The universal should open so that the pad is extended.

© 2024 Hex, INC. All Rights Reserved

**HEXTRONICS**

POWER DRONE TOGGLE  (Without drone)



BATTERY SWAP (Without drone)



RC TOGGLE



© 2024 Hex, INC. All Rights Reserved

## COOLER ENABLE AND DISABLE



© 2024 Hex, INC. All Rights Reserved

11

## Accessories

## Install Prop Guards, 3D Printed Feet, and Mag swap assist assembly

Install the Hextronics provided prop guards to the drone.



Install the four  3D printed feet on the drone's front left, front right, rear left, and rear right.



Magnetic Charger and 3D Printed Battery Guide Assist

© 2024 Hex, INC. All Rights Reserved



On the Hextronics dashboard, select the advanced page at the top right corner of the page.

Physically place batteries within the charging slots.
- **Please keep at least 1 numbered slot empty at all times.**
- Slot NA should remain empty & unused. (See firmware version # for "NA" accessibility)



Update the battery slot placement status to match the physical layout. If a battery slot physically has a battery, change the status to "Occupied".



Click "save & refresh", then refresh the page (Ctrl+R) to confirm the settings are retained. Test a swap battery to confirm that the system is running correctly.

© 2024 Hex, INC. All Rights Reserved

![HEXTRONICS]

## RC Set Up

### DJI RC Pro Setup

Unscrew the back cover from your DJI RC PRO using the phillips head screwdriver.



Connect the RC dock power cable into the bottom port of the RC. Connect the unit ethernet adapter USB-C into the rear compartment of your RC.



Attach the drone controller to the RC mount at the base of the Universal. Plug it in for operation. .



© 2024 Hex, INC. All Rights Reserved

## Operational Test

On Hextronics dashboard select **Open box.**



Place the drone inside the pad as shown in the image below.



© 2024 Hex, INC. All Rights Reserved

Return to the Hextronics dashboard and ensure that the following commands run effectively **WITH** the drone placed on the pad.:

Power Drone Toggle



Swap Battery



This concludes the hardware and software set up for the Hextronics Universal. You are now ready to proceed and set up your Flight Software.

*Please contact Hextronics support regarding hardware operationality, proceed to the next section.*

© 2024 Hex, INC. All Rights Reserved

# EXHIBIT E

**Laura Gallagher**

| | |
|---|---|
| **From:** | EPAS Server <epas-server@uspto.gov> |
| **Sent:** | Monday, April 4, 2022 8:37 AM |
| **To:** | Patent |
| **Subject:** | Assignment confirmation receipt ID:PAT7260285 |
| **Attachments:** | EASPAT7260285.html |

ELECTRONIC PATENT ASSIGNMENT SYSTEM (EPAS) CONFIRMATION RECEIPT

The USPTO has received a Patent Assignment submitted through the Electronic Patent Assignment System (EPAS). This is the only acknowledgement of receipt that will be transmitted for this EPAS submission. The submission may not be recalled.

After review by Assignment Recordation Branch personnel, a Notice of Recordation/Non-Recordation will be returned via e-mail. USPTO will send the notice to the e-mail address provided in the submission; e-mail failures will be delivered via US Postal Service to the Correspondence Address provided in the submission.

If a communication from the Assignment Recordation Branch has not been received within 60 days of your confirmation receipt contact the Assignment Recordation Branch Customer Service Desk at 571-272-3350 or send an e-mail to epas@uspto.gov.

If you have a technical question, comment or concern about your EPAS submission call 571-272-3350 during business hours or e-mail to epas@uspto.gov. Please have your EPAS receipt ID which is 'EASPAT7260285' available when calling or writing for assistance.

A printable version of the Confirmation Receipt is attached to this e-mail.


----
Electronic Assignment Server at https://epas.uspto.gov

Assignment                                                                     file:///C:/Users/lgallagher/AppData/Local/Microsoft/Windows/INetCach...

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 117 of
238

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|

| NATURE OF CONVEYANCE: | ASSIGNMENT |
|---|---|

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DAMON C. HENRY | 10/05/2016 |
| ADAM I. MOHAMED | 10/05/2016 |
| BRENT MCLAUGHLIN | 10/05/2016 |
| DAVID DONES | 10/05/2016 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ASYLON, INC. |
| Street Address: | 3502 SCOTTS LANE |
| City: | PHILADELPHIA |
| State/Country: | PENNSYLVANIA |
| Postal Code: | 19129 |

**PROPERTY NUMBERS  Total:  1**

| Property Type | Number |
|---|---|
| Application Number: | 17657776 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (650)284-2180 |
| Phone: | (650) 242-4210 |
| Email: | Patent@LBHIP.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Correspondent Name: | LEVINE BAGADE HAN LLP |
| Address Line 1: | 2400 GENG ROAD, SUITE 120 |
| Address Line 4: | PALO ALTO,  CALIFORNIA   94303 |

| ATTORNEY DOCKET NUMBER: | ASYL-N-Z001.03-US |
|---|---|

| NAME OF SUBMITTER: | LAURA L. GALLAGHER |
|---|---|

| Signature: | /Laura L. Gallagher/ |
|---|---|

| Date: | 04/04/2022 |
|---|---|

Assignment                                    file:///C:/Users/lgallagher/AppData/Local/Microsoft/Windows/INetCach...

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 118 of
238

**Total Attachments: 2**
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page1.tif
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page2.tif

**RECEIPT INFORMATION**

**EPAS ID:**                    PAT7260285
**Receipt Date:**               04/04/2022

Attorney Docket No.:  ASYLNZ00100

## ASSIGNMENT
## JOINT

THIS ASSIGNMENT, by Damon C. HENRY, Adam I. MOHAMED, Brent MCLAUGHLIN, and David DONES (hereinafter referred to as the assignors), residing at 3502 Scotts Lane, Philadelphia, PA 19129, USA; 4041 Ridge Avenue,  APT 45-116, Philadelphia, PA 19129, USA; 8110 Ellen Way, Savage, MD 20763, USA; and 19 Country Run, Thornton, PA 19373, USA, respectively, witnesseth:

WHEREAS, said assignors have invented certain new and useful improvements set forth in an application for Letters Patent of the United States entitled METHODS AND APPARATUS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES bearing Application No. 15/285,820, filed October 5, 2016; and

WHEREAS, ASYLON, INC., a corporation duly organized under and pursuant to the laws of Delaware and having its principal place of business at 1209 Orange Street, Wilmington, DE 19801, USA (hereinafter referred to as the assignee) is desirous of acquiring the entire right, title and interest in and to said inventions and said application for Letters Patent of the United States, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefore and thereon:

NOW, THEREFORE, for good and sufficient consideration, receipt of which is hereby acknowledged by assignors, said assignors have sold, assigned, transferred and set over, and by these presents do sell, assign, transfer and set over, unto said assignee, its successors, legal representatives and assigns, the entire right, title and interest in and to, and the right to claim priority to and for the above-mentioned inventions, application for Letters Patent, and any and all Letters Patent or Patents in the United States of America and all foreign countries which may be granted therefore and thereon, and in and to any and all divisions, continuations and continuations-in-part of said application, or reissues or extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by said assignee, for its own use and the use of its successors, legal representatives and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted, as fully and entirely as the same would have been held and enjoyed by the assignors, had this sale and assignment not been made.

AND for the same consideration, said assignors hereby covenant and agree to and with said assignee its successors, legal representatives and assigns, that, at the time of execution and delivery of these presents, said assignors are the sole and lawful owners of the entire right, title and interest in and to said inventions and the application for Letters Patent above-mentioned, and that the same are unencumbered and that said assignors have good and full right and lawful authority to sell and convey the same in the manner herein set forth.

AND for the same consideration, said assignors hereby covenant and agree to and with said assignee, its successors, legal representatives and assigns, that said assignors will, whenever counsel of said assignee, or the counsel of its successors, legal representatives and assigns, shall advise that any proceeding in connection with said inventions, or said application for Letters Patent, or any proceeding in connection with Letters Patent for said inventions in any country, including interference proceedings, is lawful and desirable, or that any division, continuation or continuation-in-part of any application for Letters Patent or any reissue or extension of any Letters Patent, to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense

1

Attorney Docket No.: ASYLNZ00100

of Letters Patent for said inventions, without charge to said assignee, its successors, legal representatives and assigns, but at the cost and expense of said assignee, its successors, legal representatives and assigns. Such cost and expense shall include, but is not limited to, lost normal compensation of the respective assignors.

AND this Assignment is effective on no later than the day of the initial filing of the earliest of the patent applications listed herein. This Assignment shall be governed by and construed in accordance with the laws of the State of California and the federal law of the United States of America without reference to conflict of laws principles.

AND said assignors hereby request the Commissioner of Patents to issue said Letters Patent of the United States to said assignee as the assignee of said inventions and the Letters Patent to be issued thereon for the sole use of said assignee, its successors, legal representatives and assigns.

5 Oct 2016
Date     Damon C. HENRY

10/5/16
Date     Adam I. MOHAMED

5 Oct 2016
Date     Brent MCLAUGHLIN

5 Oct 2016
Date     David DONES

Signature on behalf of Assignee:

5 Oct 2016
Date     ASYLON, INC.

Name: Damon Henry

Title: CEO & President

2

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 121 of 238

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



*Electronic Patent Assignment System*

# Confirmation Receipt

Your assignment has been received by the USPTO.
The coversheet of the assignment is displayed below:

| PATENT ASSIGNMENT COVER SHEET |
|---|

Electronic Version v1.1
Stylesheet Version v1.2

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DAMON C. HENRY | 10/05/2016 |
| ADAM I. MOHAMED | 10/05/2016 |
| BRENT MCLAUGHLIN | 10/05/2016 |
| DAVID DONES | 10/05/2016 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | ASYLON, INC. |
| **Street Address:** | 3502 SCOTTS LANE |
| **City:** | PHILADELPHIA |
| **State/Country:** | PENNSYLVANIA |
| **Postal Code:** | 19129 |

**PROPERTY NUMBERS  Total: 1**

| Property Type | Number |
|---|---|
| **Application Number:** | 17657776 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| **Fax Number:** | (650)284-2180 |
| **Phone:** | (650) 242-4210 |
| **Email:** | Patent@LBHIP.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Correspondent Name:** | LEVINE BAGADE HAN LLP |
| **Address Line 1:** | 2400 GENG ROAD, SUITE 120 |
| **Address Line 4:** | PALO ALTO,  CALIFORNIA   94303 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | ASYL-N-Z001.03-US |
| **NAME OF SUBMITTER:** | LAURA L. GALLAGHER |
| **Signature:** | /Laura L. Gallagher/ |
| **Date:** | 04/04/2022 |

**Total Attachments: 2**
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page1.tif
source=ASYL-N-Z001.03-US 20220404 Assignment as e-filed#page2.tif

**RECEIPT INFORMATION**

| | |
|---|---|
| **EPAS ID:** | PAT7260285 |
| **Receipt Date:** | 04/04/2022 |

## Return to home page

# EXHIBIT F

**Laura Gallagher**

| | |
|---|---|
| **From:** | EPAS Server <epas-server@uspto.gov> |
| **Sent:** | Monday, April 02, 2018 5:12 PM |
| **To:** | Patent |
| **Subject:** | Assignment confirmation receipt ID:PAT4895912 |
| **Attachments:** | EASPAT4895912.html |

ELECTRONIC PATENT ASSIGNMENT SYSTEM (EPAS) CONFIRMATION RECEIPT

The USPTO has received a Patent Assignment submitted through the Electronic Patent Assignment System (EPAS). This is the only acknowledgement of receipt that will be transmitted for this EPAS submission. The submission may not be recalled.

After review by Assignment Recordation Branch personnel, a Notice of Recordation/Non-Recordation will be returned via e-mail. USPTO will send the notice to the e-mail address provided in the submission; e-mail failures will be delivered via US Postal Service to the Correspondence Address provided in the submission.

If a communication from the Assignment Recordation Branch has not been received within 60 days of your confirmation receipt contact the Assignment Recordation Branch Customer Service Desk at 571-272-3350 or send an e-mail to epas@uspto.gov.

If you have a technical question, comment or concern about your EPAS submission call 571-272-3350 during business hours or e-mail to epas@uspto.gov. Please have your EPAS receipt ID which is 'EASPAT4895912' available when calling or writing for assistance.

A printable version of the Confirmation Receipt is attached to this e-mail.


----
Electronic Assignment Server at https://epas.uspto.gov

1

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |

| NATURE OF CONVEYANCE: | ASSIGNMENT |
| --- | --- |

**CONVEYING PARTY DATA**

| Name | Execution Date |
| --- | --- |
| DAMON C. HENRY | 10/05/2016 |
| ADAM I. MOHAMED | 10/05/2016 |
| BRENT MCLAUGHLIN | 10/05/2016 |
| DAVID DONES | 10/05/2016 |

**RECEIVING PARTY DATA**

| Name: | ASYLON, INC. |
| --- | --- |
| Street Address: | 1209 ORANGE STREET |
| City: | WILMINGTON |
| State/Country: | DELAWARE |
| Postal Code: | 19801 |

**PROPERTY NUMBERS  Total:  1**

| Property Type | Number |
| --- | --- |
| Application Number: | 15943581 |

**CORRESPONDENCE DATA**

| | |
| --- | --- |
| **Fax Number:** | (650)284-2180 |
| **Phone:** | 650-242-4210 |
| **Email:** | PATENT@LBHIP.COM |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
| --- | --- |
| **Correspondent Name:** | LEVINE BAGADE HAN LLP |
| **Address Line 1:** | 2400 GENG ROAD, SUITE 120 |
| **Address Line 4:** | PALO ALTO,  CALIFORNIA   94303 |

| ATTORNEY DOCKET NUMBER: | ASYL-N-Z001.02-US |
| --- | --- |

| NAME OF SUBMITTER: | LAURA L. GALLAGHER |
| --- | --- |

| Signature: | /Laura L. Gallagher/ |
| --- | --- |

| Date: | 04/02/2018 |
|---|---|

**Total Attachments: 2**
source=ASYL-N-Z001.02-US 20180402 Assignment as e-filed#page1.tif
source=ASYL-N-Z001.02-US 20180402 Assignment as e-filed#page2.tif

**RECEIPT INFORMATION**

| | |
|---|---|
| **EPAS ID:** | PAT4895912 |
| **Receipt Date:** | 04/02/2018 |

Attorney Docket No.: ASYLNZ00100

## ASSIGNMENT
## JOINT

THIS ASSIGNMENT, by Damon C. HENRY, Adam I. MOHAMED, Brent MCLAUGHLIN, and David DONES (hereinafter referred to as the assignors), residing at 3502 Scotts Lane, Philadelphia, PA 19129, USA; 4041 Ridge Avenue, APT 45-116, Philadelphia, PA 19129, USA; 8110 Ellen Way, Savage, MD 20763, USA; and 19 Country Run, Thornton, PA 19373, USA, respectively, witnesseth:

WHEREAS, said assignors have invented certain new and useful improvements set forth in an application for Letters Patent of the United States entitled METHODS AND APPARATUS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES bearing Application No. 15/285,820, filed October 5, 2016; and

WHEREAS, ASYLON, INC., a corporation duly organized under and pursuant to the laws of Delaware and having its principal place of business at 1209 Orange Street, Wilmington, DE 19801, USA (hereinafter referred to as the assignee) is desirous of acquiring the entire right, title and interest in and to said inventions and said application for Letters Patent of the United States, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefore and thereon:

NOW, THEREFORE, for good and sufficient consideration, receipt of which is hereby acknowledged by assignors, said assignors have sold, assigned, transferred and set over, and by these presents do sell, assign, transfer and set over, unto said assignee, its successors, legal representatives and assigns, the entire right, title and interest in and to, and the right to claim priority to and for the above-mentioned inventions, application for Letters Patent, and any and all Letters Patent or Patents in the United States of America and all foreign countries which may be granted therefore and thereon, and in and to any and all divisions, continuations and continuations-in-part of said application, or reissues or extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by said assignee, for its own use and the use of its successors, legal representatives and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted, as fully and entirely as the same would have been held and enjoyed by the assignors, had this sale and assignment not been made.

AND for the same consideration, said assignors hereby covenant and agree to and with said assignee its successors, legal representatives and assigns, that, at the time of execution and delivery of these presents, said assignors are the sole and lawful owners of the entire right, title and interest in and to said inventions and the application for Letters Patent above-mentioned, and that the same are unencumbered and that said assignors have good and full right and lawful authority to sell and convey the same in the manner herein set forth.

AND for the same consideration, said assignors hereby covenant and agree to and with said assignee, its successors, legal representatives and assigns, that said assignors will, whenever counsel of said assignee, or the counsel of its successors, legal representatives and assigns, shall advise that any proceeding in connection with said inventions, or said application for Letters Patent, or any proceeding in connection with Letters Patent for said inventions in any country, including interference proceedings, is lawful and desirable, or that any division, continuation or continuation-in-part of any application for Letters Patent or any reissue or extension of any Letters Patent, to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense

1

of Letters Patent for said inventions, without charge to said assignee, its successors, legal representatives and assigns, but at the cost and expense of said assignee, its successors, legal representatives and assigns. Such cost and expense shall include, but is not limited to, lost normal compensation of the respective assignors.

AND this Assignment is effective on no later than the day of the initial filing of the earliest of the patent applications listed herein. This Assignment shall be governed by and construed in accordance with the laws of the State of California and the federal law of the United States of America without reference to conflict of laws principles.

AND said assignors hereby request the Commissioner of Patents to issue said Letters Patent of the United States to said assignee as the assignee of said inventions and the Letters Patent to be issued thereon for the sole use of said assignee, its successors, legal representatives and assigns.

5 Oct 2016
Date

Damon C. HENRY

10/5/16
Date

Adam I. MOHAMED

5 Oct 2016
Date

Brent MCLAUGHLIN

5 Oct 2016
Date

David DONES

Signature on behalf of Assignee:

5 Oct 2016
Date

ASYLON, INC.

Name: Damon Henry

Title: CEO & President

2

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *e*Business | eBiz alerts | News | Help



*Electronic Patent Assignment System*

# Confirmation Receipt

Your assignment has been received by the USPTO.
The coversheet of the assignment is displayed below:

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DAMON C. HENRY | 10/05/2016 |
| ADAM I. MOHAMED | 10/05/2016 |
| BRENT MCLAUGHLIN | 10/05/2016 |
| DAVID DONES | 10/05/2016 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | ASYLON, INC. |
| **Street Address:** | 1209 ORANGE STREET |
| **City:** | WILMINGTON |
| **State/Country:** | DELAWARE |
| **Postal Code:** | 19801 |

**PROPERTY NUMBERS  Total:  1**

| Property Type | Number |
|---|---|
| **Application Number:** | 15943581 |

## CORRESPONDENCE DATA

| | |
|---|---|
| **Fax Number:** | (650)284-2180 |
| **Phone:** | 650-242-4210 |
| **Email:** | PATENT@LBHIP.COM |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Correspondent Name:** | LEVINE BAGADE HAN LLP |
| **Address Line 1:** | 2400 GENG ROAD, SUITE 120 |
| **Address Line 4:** | PALO ALTO, CALIFORNIA 94303 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | ASYL-N-Z001.02-US |
| **NAME OF SUBMITTER:** | LAURA L. GALLAGHER |
| **Signature:** | /Laura L. Gallagher/ |
| **Date:** | 04/02/2018 |

**Total Attachments: 2**
source=ASYL-N-Z001.02-US 20180402 Assignment as e-filed#page1.tif
source=ASYL-N-Z001.02-US 20180402 Assignment as e-filed#page2.tif

### RECEIPT INFORMATION

| | |
|---|---|
| **EPAS ID:** | PAT4895912 |
| **Receipt Date:** | 04/02/2018 |

## Return to home page

# EXHIBIT G



# LEVINE
# BAGADE
# HAN LLP

2400 Geng Road
Suite 120
Palo Alto, CA  94303
Main:  650.242.4210
Fax:  650.284.2180
www.LBHIP.com

January 23, 2024

***VIA EMAIL***

Todd P. Lary, COO
Hextronics LLC
14870 SW 238 Street
Homestead, FL  33032

*todd@hextronics.tech*
*curt@hextronics.tech*

**Re:**  Notification

Dear Mr. Lary:

I am writing on behalf of our client, Asylon, Inc. ("Asylon"), which is the legal owner of multiple issued U.S. patents and U.S. patent applications including U.S. Pats. 11,318,859; 9,969,285; 9,783,075 and U.S. Pat. Pubs. 2022/0227253; 2021/0284335; 2023/0023246 and other pending patent applications (collectively "Patents").  In particular, copies of U.S. Pat. 11,318,859 and U.S. Pat. Pub. 2022/0227253 are attached herewith for your reference.

Asylon develops technologies relating to unmanned aerial vehicles ("UAV") and various systems relating to UAVs.  Our client is pursuing the Patents to protect its extensive investment and time spent developing these technologies.  You can further review Asylon's technology at https://asylonrobotics.com/.

It has come to our attention that Hextronics LLC ("Hextronics") is employing technologies which appear to be covered in the Patents.  In particular, the Hextronics Universal CS product incorporates features which appear to be covered in the Patents, as evidenced by the technical specifications (https://www.hextronics.tech/the-universal) as well as video showing the operation of the Hextronics Universal CS product posted to social media (https://www.linkedin.com/posts/c3-drones-and-robotics_hextronics-universal-c-c3-drones-and-robotics-ugcPost-7122717698551074817-gghZ/?utm_source=share&utm_medium=member_ios).

Of course, other technologies offered by Hextronics may also be covered by the Patents and this notification is not intended to be limiting in any way to any rights of Asylon.

# LEVINE BAGADE HAN LLP

Hextronics LLC
January 23, 2024
Page 2 of 2

With respect to patent publications owned by Asylon, provisional rights are available to Asylon under 35 U.S.C. §154(d) for published patent applications for the purpose of seeking damages from any person who makes, uses, offers for sale, sells, or imports in the United States any invention as claimed in a published patent application from a date beginning on the date of publication of the Patents.

Furthermore, enhanced damages of up to three times the amount found or assessed by a court could be available to Asylon if any infringement is found to be willful or intentional under 35 U.S.C. §284.

Nothing contained in this letter should be considered as a waiver of any rights and claims of Asylon. We hereby reserve all such rights and remedies under both law and equity. Moreover, this letter is not intended to be an exhaustive recitation of our client's rights and/or claims including, without limitation, seeking damages and penalties.

Therefore, if Hextronics is interested in developing a business relationship with Asylon and incorporating Asylon technology into Hextronics's products, we request that Hextronics contact us within thirty (30) days of the date of this letter.

We look forward to your timely response.

Best regards,

Johney U. Han

Attachments

US011318859B2

# (12) United States Patent
## Henry et al.

(10) **Patent No.:** **US 11,318,859 B2**
(45) **Date of Patent:** **May 3, 2022**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Wilmington, DE (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, Thornton, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 63 days.

(21) Appl. No.: **15/943,581**

(22) Filed: **Apr. 2, 2018**

(65) **Prior Publication Data**

US 2018/0222339 A1      Aug. 9, 2018

**Related U.S. Application Data**

(62) Division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *B60L 53/80* | (2019.01) |
| *B64F 1/00* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B60L 53/36* | (2019.01) |
| *B60L 53/35* | (2019.01) |
| *B64C 39/02* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC ............... *B60L 53/80* (2019.02); *B60L 53/35* (2019.02); *B60L 53/36* (2019.02); *B64C 39/024* (2013.01); *B64D 45/08* (2013.01);

*B64F 1/007* (2013.01); *B64F 1/12* (2013.01); *B64F 1/20* (2013.01); *B64F 1/362* (2013.01); *G05D 1/0027* (2013.01); *G05D 1/0676* (2013.01); *B60L 2200/10* (2013.01); *B64C 2201/042* (2013.01); *B64C 2201/066* (2013.01); *B64C 2201/141* (2013.01); *B64C 2201/18* (2013.01); *Y02T 10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(58) **Field of Classification Search**
CPC ...... B60L 11/1822; B60L 53/35; B60L 53/36; B60L 53/80
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 | B2 | 6/2011 | Anderson |
| 8,511,606 | B1 | 8/2013 | Lutke et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



**US 11,318,859 B2**

Page 2

**Related U.S. Application Data**

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | | |
|---|---|---|
| **B64D 45/08** | (2006.01) |
| **B64F 1/12** | (2006.01) |
| **B64F 1/36** | (2017.01) |
| **G05D 1/06** | (2006.01) |
| **G05D 1/00** | (2006.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 B2 | 10/2014 | Vavrina et al. |
| 8,899,903 B1 | 12/2014 | Saad et al. |
| 9,139,310 B1 * | 9/2015 | Wang ........................ B64F 1/36 |
| 9,174,747 B2 | 11/2015 | Kang |
| 9,481,458 B2 | 11/2016 | Casado et al. |
| 9,764,836 B1 * | 9/2017 | Elzinga .................. B64C 39/024 |
| 9,783,075 B2 | 10/2017 | Henry et al. |
| 9,969,285 B2 | 5/2018 | Henry et al. |
| 2013/0104361 A1 | 5/2013 | Corfitsen |
| 2014/0035736 A1 | 2/2014 | Weddle et al. |
| 2014/0129059 A1 | 5/2014 | Scarlatti et al. |
| 2014/0303814 A1 | 10/2014 | Burema et al. |
| 2014/0319272 A1 | 10/2014 | Magana et al. |
| 2015/0069968 A1 | 3/2015 | Pounds |
| 2015/0097530 A1 | 4/2015 | Scarlatti et al. |
| 2016/0011592 A1 * | 1/2016 | Zhang .................... G05D 1/102 701/2 |
| 2016/0039542 A1 * | 2/2016 | Wang ........................ B64F 1/18 701/2 |
| 2016/0122038 A1 | 5/2016 | Fleischman et al. |
| 2017/0096075 A1 | 4/2017 | Henry et al. |
| 2017/0120763 A1 | 5/2017 | Henry et al. |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B



FIG. 4A



FIG. 4B



FIG. 5A          FIG. 5B

FIG. 5C          FIG. 5D          FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8A     FIG. 8B

FIG. 9A     FIG. 9B

FIG. 10A     FIG. 10B



FIG. 11

US 11,318,859 B2

**1**

# METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

## SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer

**2**

system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 11,318,859 B2

3

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. 1a is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. 1b is a perspective view of another embodiment of the RPS.

FIGS. 2a-2b are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. 3a-3b are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. 4a-4b are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. 5a-5b are perspective views of the dynamic terminal landing system in accordance with embodiments.

4

FIGS. 5c-5e are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. 7a-7b are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. 8a-8b are perspective views of example embodiments of an assembled SC.

FIGS. 9a-9b are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. 10a-10b are exploded views of example embodiments of an SC.

FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

DETAILED DESCRIPTION OF THE INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS 100 system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. 1a, is intended to extend effective flight range and flight time of a desired UAV 108 by offering a universal system in which UAVs 108 are capable of exchanging depleted universal Swap Cartridges (SCs) 110 for energized cartridges. One variation of a SC 110 may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC 110 are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) 100 is intended to be a fully autonomous solution for SC 110 exchange. The RPS, which is capable of communications with the UAV 108 via the Universal Integrated Swappable system (UIS) 300 installed aboard the UAV 108, may be contained within a housing or an environment enclosure 104 and will detect whether the user or mission control of said UAV 108 determines the desire for exchange of a SC 110 and will engage the UAV 108 into the SC 110 exchange protocol.

In the considered embodiment of the RPS 100, one can be comprised of, but not limited to, a UAV landing zone 102 configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed 600 (as described in further detail in FIG. 6 herein), a modular power bay (MPB) 700 which may house multiple SCs 110, a universal SC swapping mechanism 112 to advance the exchange of multiple SCs 110, a central processor 218, and associated sensors 222 allowing appropriate tracking/detecting of the UIS 300 aboard the UAV 108, as described in further detail

US 11,318,859 B2

5

below. The swapping mechanism **112** may be contained within the environment enclosure **104** when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV **108** when swapping the SC **110**. An RPS **100** may be deployed in any number of environments **200** of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS **100** may be controlled directly in close physical proximity or remotely. A transmitter and receiver **106** may be integrated with the RPS **100** to facilitate wireless communications, e.g., with the UAV **108** or with a remotely located controller or interface. An internal power source **206** allows for operations without an external power source **202** for a set period of time. RPS **100** may have provisions for various types of external power **202** including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. **1**b illustrates a perspective view of another embodiment of an RPS **100'** which may also incorporate the housing or environment enclosure **104'**. The UAV landing zone **102'** may be positioned atop the enclosure **104'**, as above, and the enclosure **104'** may also incorporate a transmitter and receiver **106** to facilitate wireless communications. While the RPS **100** described above incorporates a landing zone **102** and a swapping mechanism **112** deployable from within the enclosure **104**, the RPS **100'** embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone **102'**.

The aforementioned UIS **300**, which is illustrated as an assembly in FIG. **11**, is adaptable or otherwise securable to the independent frame of the UAV **108** utilizing the capabilities of the RPS **100**. The assembly of the UIS **300**, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. **3**a and **3**b. As shown in FIG. **3**a, the UIS **300** is illustrated in an assembly view relative to the UAV **108** and multiple SCs **110** are also shown as being insertable or attachable within the UIS **300**. As illustrated in the assembly view of FIG. **3**b, the UIS **300** (shown detached from the UAV **108** for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) **1104** which may have one or more receiving guides defined. A SC swapping adapter **302** (and described in further detail below) may be deployed from the RPS **100** while carrying a SC **110**. When the UAV **108** has landed upon the platform **102** and is ready to receive a SC **110**, the SC swapping adapter **302** and SC **110** may be aligned with the receiving channel of the UIS **300** which may then receive the SC **110** for electrical coupling.

Included as part of the UIS **300** assembly may be a Universal Swap Processor (USP) **1102**, one or more SCRs **1104**, one or more SCs **110**, and an external marker **1114** for identification and tracking of the UIS **300**, as further shown in FIG. **11**. A UIS **300** may be directly integrated into a given UAV **108** structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV **108** structure. An example embodiment of a directly integrated UIS **300** may have the SCR **1104** merged with the primary structure, the UPP **1102** part of the flight controller board, and the optical sensor **1108** integrated directly into the exterior of the vehicle. A UIS **300** is utilized by the UAV **108** for interaction and SC **110** swapping with an RPS **100**. Furthermore, the USP **1102** may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone **102**. Within a UIS **300**, SCR(s) **1104** may be electrically connected to the

6

USP **1102** to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP **1102** while SC(s) **110** are not installed in the system.

The aforementioned universal Swap Cartridge (SC) **110**, which is illustrated in the variations of FIGS. **8**a and **8**b, is compatible with the associated UIS **300** and provides power or payload to the equipped UAV **108**. The variation shown in FIG. **8**a may incorporate a housing or external sleeve **1010** having a tapered portion while the variation shown in FIG. **8**b may have a housing or external sleeve **1010'** which is non-tapered. The SC **110** is designed, but is not limited, to provide power to the equipped UAV **108** propulsion system. An embodiment as shown in FIGS. **8**a and **8**b could include one or more power and/or signal connectors **1000**, programmable storage and data mediums **1002**, desired power storage medium, desired payload, paired tracks **1008** for mating with and removal from the UIS **300**, unique identifiable marker **900**, and mechanical locking mechanism **1006**. The end views of FIGS. **9**a and **9**b illustrate the unique identifiable markers **900**, **900'** (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks **1008** which are positioned along the sides of the housing or sleeve **1010** and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) **1104** of the UIS **300**.

Primary construction of a SC **110** is defined as a housing or an external sleeve **1010** that houses the desired medium **1004**, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIGS. **10**a and **10**b. Additionally, SCs **110** may contain more than one power medium **1004** within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors **1000** integrated into the SC **110** is electrically connectable to the electrical connectors **1106** positioned within the UIS **300** (as shown in FIG. **11**) and when connected will be able to transfer power or applicable data that is unique to the individual SC **110**. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC **110** may contain a unique marker **900** which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC **110**. Furthermore, the marker **900** may assist in the location of one or more SCs **110** and removal of said SCs **110** from the landed UAV **108**. The SC **110** may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker **900**. Data pulled from the SC **110** may be stored locally at the RPS **100** and may be used internally by the RPS **100** system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks **1008**, are implemented to allow facilitation of installation, storage, and removal of said SCs **110**. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs **110** within the UIS **300** during flight of a UAV **108**, landing of a UAV **108**, UAV **108** resting on stationary or mobile platform, or storage within a modular power bay. A SC **110** may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS **100**, a SC **110**

US 11,318,859 B2

7

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10**b shows components which are numbered similarly with corresponding components as shown in FIG. **10**a.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108**s in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108**s simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5**a to **5**e, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as

8

large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5**a and **5**b, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5**c to **5**e illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7**a and **7**b, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100**s. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100**s. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7**a shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7**b shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 11,318,859 B2

9

ment of a SC 110 with the motion of a rotary system. This system allows for the removal and loading of a SC 110 into a UIS 300 and a MPB 700. The RPS 100 that the swapping mechanism 112 is housed within is capable of facilitating SC exchange of the UAV 108 while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) 218 is utilized within the RPS 100 to facilitate the system functions of the RPS 100, as shown in the schematic diagram of FIG. 2a. These functions may include, but are not limited to, external/internal environmental monitoring 224, environmental control system (ECS) control 232, UIS data transfer, RPS data storage 230, safety systems control, and MPB and SC state monitoring 226. RPS-CP primary function is to coordinate and execute the swapping of SCs 110 for a UAV 108 as described in FIG. 4.

During normal operations of an RPS 100, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS 100 and conditions about/around the RPS 100. The conditions around the deployed RPS 100 that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV 108, may determine the flight readiness of the UAV 108 for a mission at any given time. The conditions detected by the RPS 100 and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV 108, the RPS 100, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV 108 or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS 100, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS 100.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium 230. This data storage medium may be located within the RPS 100 or in communication of the RPS 100. Communications with the RPS 100, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver 106 on board the RPS 100. This transmitter and receiver 106 may be controlled via the RPS-CP to access desired information from the RPS 100 and all its associated systems.

Generally, the RPS 100 can be seen in the schematic illustration of FIG. 2a showing an example of the RPS 100 within a deployed environment 200. The RPS 100 may be in electrical communication with an external energy source 202 which may charge or power an internally contained energy storage system 206 which is contained within the power system 204. The energy storage system 206 may distribute power via a power distribution system 208 to the various components within the RPS 100 such as the dynamic terminal landing platform 210 as well as the mechanical elevation solution 112. The dynamic terminal landing platform 210 may include a mechanical and/or electrical connection 212 which may temporarily couple to the UAV 108 after landing on the UAV landing zone 102 in reference to the electrical and/or mechanical link 600 shown in FIG. 6.

The mechanical elevation solution 112 may facilitate the transport of the SC 110 from one of the preselected modular power bay 700 (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

214 which may charge the one or more SC 110 contained within the modular power bay 700. The MPB status monitor 216 may also be incorporated within the modular power bay 700 for obtaining a status of each of the SC 100.

As described above, the RPS central processor 218 may incorporate a RPS data storage 230 module and one or more sensor systems 220 which monitor the status of the various components within the RPS 100. For instance, aside from the external environment sensors 224, a UIS location sensor 222 may be in communication with the mechanical elevation solution 112 to monitor and/or control a positioning of the solution 112 relative to the UIS 300 of a landed UAV 108. Also, a MPB state monitor system 226 may be in communication with the MPB status monitor 216 so as to monitor a status of the modular power bay 700. The RPS system state sensors 228 within the sensor systems 220 may be in communication with the RPS environment control system 232.

While the RPS 100 may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver 106 within the RPS central processor 218 with a remotely located system through a communication network 234 for transmitting and/or receiving data as well as instructions.

Within the RPS 100 system, schematic diagrams of some of the sub-systems are shown in FIG. 2b. With reference to the UIS 246 which is secured to the UAV, retains the SC 110, and interacts with the RPS 100, the UIS 246 may generally include an SC detainment tool 248 for retaining or securing the SC 110 during flight. A mission data storage medium 250, PC adaptor tools 252, RPS communication system 254, as well as flight sensors 256 may also be incorporated.

The dynamic terminal landing platform 212 may include a platform mobility system 258 which controls and monitors the retrieval of the SC 110. As part of the platform mobility system 258, a UAV retaining features 260 may be incorporated, as described herein, as well as location sensors 262 for locating the position and orientation of the UAV. This may include a physical platform tag 264 as well as electro-optical arrangement 266 for determining the position and orientation.

The power system 274 may include the power distribution 278 which in turn includes the external power distributor 276 and internal power storage solution 280 for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor 276, for instance, may be in communication with the dynamic terminal landing platform 212 for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution 278 may also power the various mechanical system controllers 284, RPS system controllers 286, as well as the MPB replenishment systems 282.

The mechanical elevation solution 112 may also include a vertical elevator system 268 for lifting and/or lowering the SC 110 from or to the modular power bay 700. This may include a swap cartridge transport solution 270 as well as the UIS location system 272 for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure 238 may include the modular power bays 700 which includes the swap cartridge connections 240 and environmental control system 244. The swap cartridge connections may include the one or more SC 110 as well as the SC status tool 242.

Additionally, the RPS system door 288 may also be seen which includes a door actuation system 290. The RPS

US 11,318,859 B2

11

system door **288** may be opened when swapping out the SC **110** from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. **4***a*, in accordance with some or all aforementioned components, illustrates one example of a method of SC **110** exchange for with an embodiment of an RPS **100**. A UAV **108** may utilize an RPS **100** for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV **108**, via some predetermined (external to the RPS **100** system) conditions, the UAV **108** may request for permission **400** to land onto an RPS **100**, where the request is transmitted via the USP **1102**. When approved by the RPS-CP in the RPS **100**, the active UAV **108** is assigned a position in the landing queue **402**. When an RPS **100** is available, said RPS **100** provides permission **404** to land to the appropriate UAV USP **1102**. The USP **1102** then guides the landing UAV **108** onto an RPS **100** utilizing the DTL system **410**.

After the successful landing of a UAV **108** onto the RPS **100**, the RPS **100** may begin to access and download **408** mission and/or payload data from the landed UAV **108** via the USP **1102**. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission **406**.

The landed UAV **108** may also establish **412** an electrical and/or mechanical link **600** with the RPS **100**. The RPS **100** may now begin a search **414** for the UIS **300** which may be adapted to the landed UAV **108**. Upon location of the UIS **300** of the landed UAV **108**, the RPS **100** may position the UIS **300** into a nominal position **424** for removal of one or more SCs **110** from the stationary UAV **108** via the SC swapping adapter **302**. After removal **422** of desired SC or SCs **110**, the depleted SC or SCs **110**, may be allocated **420** to an available MPB SCR **702** for replenishment or storage. The RPS **100** may return **418** an energized SC, or SCs **110**, compatible to the UIS **300** of the stationary UAV **108** and then install the "fully energerized" PC into the UAV **416**. Dependent on an external power source **428** supplied to a RPS **100**, said depleted SC **110** is capable of being energized **430**.

Once the RPS **100** has replenished the UIS **300** of the stationary UAV **108**, said UAV **108** may be cleared **426** to leave the RPS **100**. In consideration, before a UAV **108** is cleared to launch from an RPS **100**, environmental conditions **236** may be assessed to confirm safe flight possible for the UAV **108** based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV **108**.

FIG. **4***b* illustrates another variation for a method of SC **110** exchange with an embodiment of an RPS **100**. When the UAV **108** is in use, it may transmit telemetry to an RPS **100** system **432** and the RPS **100** may receive the telemetry and requested action by the UAV **434**. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV **108** wants to download sensor or telemetry data only, the UAV **108** may begin downloading the data via wireless transmission **436**, as previously described, and the RPS **100** may store the data for retrieval at a later time or it may upload the data **438** to a communications network **234**, as previously described.

In the event that the SC **110** needs to be replaced, the RPS **100** may determine which replacement SC from the MPB **700** is to be queued and the UAV **108** is then placed in a landing queue **440** (depending on whether other UAVs are

12

queued for landing). Once the UAV **108** has landed **442** on the landing zone **102** of the RPS **100**, the mechanical and/or electrical link may be established **444** with the UAV **108**, as previously described. The SC **110** may be removed **446** from the UAV **108** and a new SC may be loaded **448** into the UAV **108**. The UAV **108** may then be cleared for take-off **450** from the landing zone **102**.

The RPS **100** may make a determination as to whether the RPS **100** is connected to an external power source **454** in which case the depleted SC **110** may be charged **452** accordingly. Otherwise, if the RPS **100** is not connected to an external power source, the depleted SC **110** may be stored in a queue **456** within the MPB **700** or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

determining an orientation of the UAV relative to the landing zone after the UAV has landed;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim **1** further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim **2** wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim **3** further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim **1** further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim **5** further comprising establishing an electrical link with the UAV.

US 11,318,859 B2

13

7. The method of claim 1 wherein determining an orientation of the UAV comprises optically determining the orientation.

8. The method of claim 1 wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

9. The method of claim 8 wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

10. The method of claim 1 wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and

clearing the UAV for take-off from the power station.

12. The method of claim 11 further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

13. The method of claim 12 wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

14. The method of claim 13 further comprising receiving mission or payload data from the UAV via the processor.

15. The method of claim 11 further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

16. The method of claim 15 further comprising establishing an electrical link with the UAV.

17. The method of claim 11 wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

18. The method of claim 17 wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

19. The method of claim 11 wherein providing clearance for take-off to the UAV comprises providing the clearance upon completion of a preflight check of the UAV.

20. The method of claim 19 wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

*   *   *   *   *

US 20220227253A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2022/0227253 A1

HENRY et al. (43) **Pub. Date:** **Jul. 21, 2022**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Philadelphia, PA (US)

(72) Inventors: **Damon C. HENRY**, Philadelphia, PA (US); **Adam I. MOHAMED**, Philadelphia, PA (US); **Brent MCLAUGHLIN**, Savage, MD (US); **David DONES**, West Chester, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

(21) Appl. No.: **17/657,776**

(22) Filed: **Apr. 4, 2022**

**Related U.S. Application Data**

(60) Continuation of application No. 15/943,581, filed on Apr. 2, 2018, now Pat. No. 11,318,859, which is a division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *B60L 53/80* | (2006.01) |
| *B64F 1/00* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *G05D 1/06* | (2006.01) |
| *B60L 53/36* | (2006.01) |
| *B60L 53/35* | (2006.01) |
| *B64C 39/02* | (2006.01) |
| *G05D 1/00* | (2006.01) |
| *B64D 45/08* | (2006.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/36* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *B60L 53/80* (2019.02); *B64C 2201/141* (2013.01); *B64F 1/20* (2013.01); *G05D 1/0676* (2013.01); *B60L 53/36* (2019.02); *B60L 53/35* (2019.02); *B64C 39/024* (2013.01); *G05D 1/0027* (2013.01); *B64D 45/08* (2013.01); *B64F 1/12* (2013.01); *B64F 1/362* (2013.01); *B64C 2201/18* (2013.01); *B64C 2201/066* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/14* (2013.01); *Y02T 10/70* (2013.01); *Y02T 90/12* (2013.01); *B60L 2200/10* (2013.01); *B64C 2201/042* (2013.01); *B64F 1/007* (2013.01)

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.





FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 158 of 238



FIG. 3A



FIG. 3B



FIG. 4A



FIG. 4B



FIG. 5A          FIG. 5B

FIG. 5C          FIG. 5D          FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8A

FIG. 8B

FIG. 9A

FIG. 9B

FIG. 10A

FIG. 10B

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 165 of 238



FIG. 11

US 2022/0227253 A1

Jul. 21, 2022

1

# METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation of U.S. patent application Ser. No. 15/943,581 filed Apr. 2, 2018, which is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

[0002] Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

## SUMMARY OF THE INVENTION

[0003] The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

[0004] The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

[0005] In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

[0006] In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

[0007] One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

[0008] In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

[0009] Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to

US 2022/0227253 A1

Jul. 21, 2022

2

interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

[0010] In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

[0011] Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

[0012] Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

[0013] In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0014] The detailed description is described with reference to the accompanying figures.

[0015] FIG. 1a is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

[0016] FIG. 1b is a perspective view of another embodiment of the RPS.

[0017] FIGS. 2a-2b are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

[0018] FIGS. 3a-3b are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

[0019] FIGS. 4a-4b are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

[0020] FIGS. 5a-5b are perspective views of the dynamic terminal landing system in accordance with embodiments.

[0021] FIGS. 5c-5e are perspective views of another variation of the dynamic terminal landing system (DTL).

[0022] FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

[0023] FIGS. 7a-7b are perspective views of example embodiments of a modular power bay and associated SCs.

[0024] FIGS. 8a-8b are perspective views of example embodiments of an assembled SC.

[0025] FIGS. 9a-9b are rear views of example embodiments of an external marker fixed to the surface of an SC.

[0026] FIGS. 10a-10b are exploded views of example embodiments of an SC.

[0027] FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

## DETAILED DESCRIPTION OF THE INVENTION

[0028] The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS 100 system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

[0029] The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. 1a, is intended to extend effective flight range and flight time of a desired UAV 108 by offering a universal system in which UAVs 108 are capable of exchanging depleted universal Swap Cartridges (SCs) 110 for energized cartridges. One variation of a SC 110 may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC 110 are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) 100 is intended to be a fully autonomous solution for SC 110 exchange. The RPS, which is capable of communications with the UAV 108 via the Universal Integrated Swappable system (UIS) 300 installed aboard the UAV 108, may be contained within a housing or an environment enclosure 104 and will detect whether the user or mission control of said UAV 108 determines the desire for exchange of a SC 110 and will engage the UAV 108 into the SC 110 exchange protocol.

[0030] In the considered embodiment of the RPS 100, one can be comprised of, but not limited to, a UAV landing zone 102 configurable for a multitude of UAV types and sizes, a

US 2022/0227253 A1

Jul. 21, 2022

3

dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed **600** (as described in further detail in FIG. **6** herein), a modular power bay (MPB) **700** which may house multiple SCs **110**, a universal SC swapping mechanism **112** to advance the exchange of multiple SCs **110**, a central processor **218**, and associated sensors **222** allowing appropriate tracking/detecting of the UIS **300** aboard the UAV **108**, as described in further detail below. The swapping mechanism **112** may be contained within the environment enclosure **104** when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV **108** when swapping the SC **110**. An RPS **100** may be deployed in any number of environments **200** of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS **100** may be controlled directly in close physical proximity or remotely. A transmitter and receiver **106** may be integrated with the RPS **100** to facilitate wireless communications, e.g., with the UAV **108** or with a remotely located controller or interface. An internal power source **206** allows for operations without an external power source **202** for a set period of time. RPS **100** may have provisions for various types of external power **202** including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

[0031]  FIG. **1***b* illustrates a perspective view of another embodiment of an RPS **100'** which may also incorporate the housing or environment enclosure **104'**. The UAV landing zone **102'** may be positioned atop the enclosure **104'**, as above, and the enclosure **104'** may also incorporate a transmitter and receiver **106** to facilitate wireless communications. While the RPS **100** described above incorporates a landing zone **102** and a swapping mechanism **112** deployable from within the enclosure **104**, the RPS **100'** embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone **102'**.

[0032]  The aforementioned UIS **300**, which is illustrated as an assembly in FIG. **11**, is adaptable or otherwise securable to the independent frame of the UAV **108** utilizing the capabilities of the RPS **100**. The assembly of the UIS **300**, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. **3***a* and **3***b*. As shown in FIG. **3***a*, the UIS **300** is illustrated in an assembly view relative to the UAV **108** and multiple SCs **110** are also shown as being insertable or attachable within the UIS **300**. As illustrated in the assembly view of FIG. **3***b*, the UIS **300** (shown detached from the UAV **108** for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) **1104** which may have one or more receiving guides defined. A SC swapping adapter **302** (and described in further detail below) may be deployed from the RPS **100** while carrying a SC **110**. When the UAV **108** has landed upon the platform **102** and is ready to receive a SC **110**, the SC swapping adapter **302** and SC **110** may be aligned with the receiving channel of the UIS **300** which may then receive the SC **110** for electrical coupling.

[0033]  Included as part of the UIS **300** assembly may be a Universal Swap Processor (USP) **1102**, one or more SCRs **1104**, one or more SCs **110**, and an external marker **1114** for identification and tracking of the UIS **300**, as further shown in FIG. **11**. A UIS **300** may be directly integrated into a given UAV **108** structure by an Original Engineering Manufac-

turer (OEM) or adapted to an existing UAV **108** structure. An example embodiment of a directly integrated UIS **300** may have the SCR **1104** merged with the primary structure, the UPP **1102** part of the flight controller board, and the optical sensor **1108** integrated directly into the exterior of the vehicle. A UIS **300** is utilized by the UAV **108** for interaction and SC **110** swapping with an RPS **100**. Furthermore, the USP **1102** may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone **102**. Within a UIS **300**, SCR(s) **1104** may be electrically connected to the USP **1102** to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP **1102** while SC(s) **110** are not installed in the system.

[0034]  The aforementioned universal Swap Cartridge (SC) **110**, which is illustrated in the variations of FIGS. **8***a* and **8***b*, is compatible with the associated UIS **300** and provides power or payload to the equipped UAV **108**. The variation shown in FIG. **8***a* may incorporate a housing or external sleeve **1010** having a tapered portion while the variation shown in FIG. **8***b* may have a housing or external sleeve **1010'** which is non-tapered. The SC **110** is designed, but is not limited, to provide power to the equipped UAV **108** propulsion system. An embodiment as shown in FIGS. **8***a* and **8***b* could include one or more power and/or signal connectors **1000**, programmable storage and data mediums **1002**, desired power storage medium, desired payload, paired tracks **1008** for mating with and removal from the UIS **300**, unique identifiable marker **900**, and mechanical locking mechanism **1006**. The end views of FIGS. **9***a* and **9***b* illustrate the unique identifiable markers **900**, **900'** (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks **1008** which are positioned along the sides of the housing or sleeve **1010** and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) **1104** of the UIS **300**.

[0035]  Primary construction of a SC **110** is defined as a housing or an external sleeve **1010** that houses the desired medium **1004**, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIG. **10***a* and **10***b*. Additionally, SCs **110** may contain more than one power medium **1004** within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors **1000** integrated into the SC **110** is electrically connectable to the electrical connectors **1106** positioned within the UIS **300** (as shown in FIG. **11**) and when connected will be able to transfer power or applicable data that is unique to the individual SC **110**. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC **110** may contain a unique marker **900** which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC **110**. Furthermore, the marker **900** may assist in the location of one or more SCs **110** and removal of said SCs **110** from the landed UAV **108**. The SC **110** may alternatively house internal markers, such

US 2022/0227253 A1

Jul. 21, 2022

4

as RFID tags, acting similarly to the aforementioned unique external marker **900**. Data pulled from the SC **110** may be stored locally at the RPS **100** and may be used internally by the RPS **100** system in operation and/or accessed remotely by an operator or external system.

[0036] Unique external features, such as smooth rails or racks **1008**, are implemented to allow facilitation of installation, storage, and removal of said SCs **110**. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs **110** within the UIS **300** during flight of a UAV **108**, landing of a UAV **108**, UAV **108** resting on stationary or mobile platform, or storage within a modular power bay. A SC **110** may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS **100**, a SC **110** housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

[0037] The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

[0038] The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

[0039] The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108**

during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

[0040] The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

[0041] The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one

US 2022/0227253 A1

Jul. 21, 2022

5

another. FIG. 7*b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

[0042] The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advancement of a SC **110** with the motion of a rotary system. This system allows for the removal and loading of a SC **110** into a UIS **300** and a MPB **700**. The RPS **100** that the swapping mechanism **112** is housed within is capable of facilitating SC exchange of the UAV **108** while it is positioned and at rest on an associated DTL.

[0043] The aforementioned Reconfigurable Power System Central Processor (RPS-CP) **218** is utilized within the RPS **100** to facilitate the system functions of the RPS **100**, as shown in the schematic diagram of FIG. **2***a*. These functions may include, but are not limited to, external/internal environmental monitoring **224**, environmental control system (ECS) control **232**, UIS data transfer, RPS data storage **230**, safety systems control, and MPB and SC state monitoring **226**. RPS-CP primary function is to coordinate and execute the swapping of SCs **110** for a UAV **108** as described in FIG. **4**.

[0044] During normal operations of an RPS **100**, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS **100** and conditions about/around the RPS **100**. The conditions around the deployed RPS **100** that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV **108**, may determine the flight readiness of the UAV **108** for a mission at any given time. The conditions detected by the RPS **100** and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV **108**, the RPS **100**, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV **108** or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS **100**, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS **100**.

[0045] In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium **230**. This data storage medium may be located within the RPS **100** or in communication of the RPS **100**. Communications with the RPS **100**, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver **106** on board the RPS **100**. This transmitter and receiver **106** may be controlled via the RPS-CP to access desired information from the RPS **100** and all its associated systems.

[0046] Generally, the RPS **100** can be seen in the schematic illustration of FIG. **2***a* showing an example of the RPS **100** within a deployed environment **200**. The RPS **100** may be in electrical communication with an external energy source **202** which may charge or power an internally contained energy storage system **206** which is contained within the power system **204**. The energy storage system **206** may distribute power via a power distribution system **208** to the various components within the RPS **100** such as the dynamic terminal landing platform **210** as well as the mechanical elevation solution **112**. The dynamic terminal landing platform **210** may include a mechanical and/or electrical connection **212** which may temporarily couple to the UAV **108** after landing on the UAV landing zone **102** in reference to the electrical and/or mechanical link **600** shown in FIG. **6**.

[0047] The mechanical elevation solution **112** may facilitate the transport of the SC **110** from one of the preselected modular power bay **700** (e.g., N modular power bays) which may also be in communication with an energy replenishment system **214** which may charge the one or more SC **110** contained within the modular power bay **700**. The MPB status monitor **216** may also be incorporated within the modular power bay **700** for obtaining a status of each of the SC **100**.

[0048] As described above, the RPS central processor **218** may incorporate a RPS data storage **230** module and one or more sensor systems **220** which monitor the status of the various components within the RPS **100**. For instance, aside from the external environment sensors **224**, a UIS location sensor **222** may be in communication with the mechanical elevation solution **112** to monitor and/or control a positioning of the solution **112** relative to the UIS **300** of a landed UAV **108**. Also, a MPB state monitor system **226** may be in communication with the MPB status monitor **216** so as to monitor a status of the modular power bay **700**. The RPS system state sensors **228** within the sensor systems **220** may be in communication with the RPS environment control system **232**.

[0049] While the RPS **100** may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver **106** within the RPS central processor **218** with a remotely located system through a communication network **234** for transmitting and/or receiving data as well as instructions.

[0050] Within the RPS **100** system, schematic diagrams of some of the sub-systems are shown in FIG. **2***b*. With reference to the UIS **246** which is secured to the UAV, retains the SC **110**, and interacts with the RPS **100**, the UIS **246** may generally include an SC detainment tool **248** for retaining or securing the SC **110** during flight. A mission data storage medium **250**, PC adaptor tools **252**, RPS communication system **254**, as well as flight sensors **256** may also be incorporated.

[0051] The dynamic terminal landing platform **212** may include a platform mobility system **258** which controls and

6

monitors the retrieval of the SC **110**. As part of the platform mobility system **258**, a UAV retaining features **260** may be incorporated, as described herein, as well as location sensors **262** for locating the position and orientation of the UAV. This may include a physical platform tag **264** as well as electro-optical arrangement **266** for determining the position and orientation.

[0052] The power system **274** may include the power distribution **278** which in turn includes the external power distributor **276** and internal power storage solution **280** for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor **276**, for instance, may be in communication with the dynamic terminal landing platform **212** for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution **278** may also power the various mechanical system controllers **284**, RPS system controllers **286**, as well as the MPB replenishment systems **282**.

[0053] The mechanical elevation solution **112** may also include a vertical elevator system **268** for lifting and/or lowering the SC **110** from or to the modular power bay **700**. This may include a swap cartridge transport solution **270** as well as the UIS location system **272** for also locating the position and orientation of the UIS upon the UAV.

[0054] The MPB support structure **238** may include the modular power bays **700** which includes the swap cartridge connections **240** and environmental control system **244**. The swap cartridge connections may include the one or more SC **110** as well as the SC status tool **242**.

[0055] Additionally, the RPS system door **288** may also be seen which includes a door actuation system **290**. The RPS system door **288** may be opened when swapping out the SC **110** from a landed UAV or closed when not in use or after a UAV has departed the RPS.

[0056] The schematic diagram of FIG. **4**a, in accordance with some or all aforementioned components, illustrates one example of a method of SC **110** exchange for with an embodiment of an RPS **100**. A UAV **108** may utilize an RPS **100** for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV **108**, via some predetermined (external to the RPS **100** system) conditions, the UAV **108** may request for permission **400** to land onto an RPS **100**, where the request is transmitted via the USP **1102**. When approved by the RPS-CP in the RPS **100**, the active UAV **108** is assigned a position in the landing queue **402**. When an RPS **100** is available, said RPS **100** provides permission **404** to land to the appropriate UAV USP **1102**. The USP **1102** then guides the landing UAV **108** onto an RPS **100** utilizing the DTL system **410**.

[0057] After the successful landing of a UAV **108** onto the RPS **100**, the RPS **100** may begin to access and download **408** mission and/or payload data from the landed UAV **108** via the USP **1102**. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission **406**.

[0058] The landed UAV **108** may also establish **412** an electrical and/or mechanical link **600** with the RPS **100**. The RPS **100** may now begin a search **414** for the UIS **300** which may be adapted to the landed UAV **108**. Upon location of the UIS **300** of the landed UAV **108**, the RPS **100** may position the UIS **300** into a nominal position **424** for removal of one

or more SCs **110** from the stationary UAV **108** via the SC swapping adapter **302**. After removal **422** of desired SC or SCs **110**, the depleted SC or SCs **110**, may be allocated **420** to an available MPB SCR **702** for replenishment or storage. The RPS **100** may return **418** an energized SC, or SCs **110**, compatible to the UIS **300** of the stationary UAV **108** and then install the "fully energized" PC into the UAV **416**. Dependent on an external power source **428** supplied to a RPS **100**, said depleted SC **110** is capable of being energized **430**.

[0059] Once the RPS **100** has replenished the UIS **300** of the stationary UAV **108**, said UAV **108** may be cleared **426** to leave the RPS **100**. In consideration, before a UAV **108** is cleared to launch from an RPS **100**, environmental conditions **236** may be assessed to confirm safe flight possible for the UAV **108** based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV **108**.

[0060] FIG. **4**b illustrates another variation for a method of SC **110** exchange with an embodiment of an RPS **100**. When the UAV **108** is in use, it may transmit telemetry to an RPS **100** system **432** and the RPS **100** may receive the telemetry and requested action by the UAV **434**. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

[0061] In the event that the UAV **108** wants to download sensor or telemetry data only, the UAV **108** may begin downloading the data via wireless transmission **436**, as previously described, and the RPS **100** may store the data for retrieval at a later time or it may upload the data **438** to a communications network **234**, as previously described.

[0062] In the event that the SC **110** needs to be replaced, the RPS **100** may determine which replacement SC from the MPB **700** is to be queued and the UAV **108** is then placed in a landing queue **440** (depending on whether other UAVs are queued for landing). Once the UAV **108** has landed **442** on the landing zone **102** of the RPS **100**, the mechanical and/or electrical link may be established **444** with the UAV **108**, as previously described. The SC **110** may be removed **446** from the UAV **108** and a new SC may be loaded **448** into the UAV **108**. The UAV **108** may then be cleared for take-off **450** from the landing zone **102**.

[0063] The RPS **100** may make a determination as to whether the RPS **100** is connected to an external power source **454** in which case the depleted SC **110** may be charged **452** accordingly. Otherwise, if the RPS **100** is not connected to an external power source, the depleted SC **110** may be stored in a queue **456** within the MPB **700** or it may be charged by an internal power source.

[0064] The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

US 2022/0227253 A1

Jul. 21, 2022

7

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

receiving the UAV upon the landing zone;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim 1 further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim 2 wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim 3 further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim 1 further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim 5 further comprising establishing an electrical link with the UAV.

7. The method of claim 1 further comprising determining an orientation of the UAV upon the landing zone.

8. The method of claim 1 wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

9. The method of claim 8 wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

10. The method of claim 1 wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV.

12. The method of claim 11 further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

13. The method of claim 12 wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

14. The method of claim 13 further comprising receiving mission or payload data from the UAV via the processor.

15. The method of claim 11 further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

16. The method of claim 15 further comprising establishing an electrical link with the UAV.

17. The method of claim 11 wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

18. The method of claim 17 wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

19. The method of claim 11 further comprising providing clearance for take-off to the UAV.

20. The method of claim 19 wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

* * * * *

# EXHIBIT H

| | |
|---|---|
| **From:** | Curtis Lary <Curt@hextronics.tech> |
| **Sent:** | Wednesday, January 31, 2024 1:04 PM |
| **To:** | Johney Han |
| **Cc:** | Todd Lary; Shaun Sengupta |
| **Subject:** | Re: Notice letter |
| **Attachments:** | Aslyon-Han January 31 2024.pdf |

Hello Mr. Han,

Please see the attached letter regarding the Notice.

Best regards,
Curtis Lary


On Tue, Jan 23, 2024 at 7:39 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,


Please see the attached letter regarding Hextronics' technology.


Best regards,

Johney Han


Johney U. Han | Partner | jhan@lbhip.com

**LEVINE BAGADE HAN LLP**

2400 Geng Road, Suite 120

Palo Alto, CA 94303

650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax


www.LBHIP.com

1

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.



12194 SW 128ᵗʰ Street

Maimi, FL 33186

305.600.9013

www.hextronics.tech

***VIA EMAIL***

**Johney U. Han**
**Levine/Bagade/Han LLP**
2400 Geng Road
Suite 120
Palo Alto, CA 94303
jhan@lbhip.com

Re: Notification letter received via email on January 24ᵗʰ, 2024

Dear Mr. Han,

Hextronics LLC confirms receipt of your letter and attachments.

Please provide a Claim Chart outlining which claims covered in the referred to "Patents" that Asylon believes Hextronics is incorporating.

Please let us know when we can expect to receive the Claim Chart so we can further conduct our analysis accordingly.

We can continue communications from there with a good-faith, mutual, and equivalent understanding.

Best regards,
Curtis P. Lary
CEO Hextronics, LLC
curt@hextronics.tech
CC Todd Lary
P.S. – please note our new address above.


Aslyon-Han January 31ˢᵗ ,2024

# EXHIBIT I

| | |
|---|---|
| **From:** | Johney Han |
| **Sent:** | Tuesday, January 23, 2024 4:39 PM |
| **To:** | todd@hextronics.tech |
| **Cc:** | curt@hextronics.tech |
| **Subject:** | Notice letter |
| **Attachments:** | 20240123 Ltr - Hextronics.pdf |

Dear Mr. Lary,

Please see the attached letter regarding Hextronics' technology.

Best regards,
Johney Han

Johney U. Han | Partner | jhan@lbhip.com
**LEVINE BAGADE HAN LLP**
2400 Geng Road, Suite 120
Palo Alto, CA 94303
650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax

www.LBHIP.com

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.

1

# EXHIBIT J



# LEVINE
# BAGADE
# HAN LLP

2479 E. Bayshore Road
Suite 195
Palo Alto, CA  94303
Main:  650.242.4210
Fax:  650.284.2180
www.LBHIP.com

August 18, 2025

***VIA EMAIL***

Curtis P. Lary, CEO
Hextronics LLC
12194 SW 128th Street
Miami, FL  33186

***Curt@hextronics.tech***

    **Re:**  Asylon, Inc. Patents

Dear Mr. Lary:

Thank you for your letter of January 31, 2024 in response to the notice letter from Asylon, Inc. ("Asylon").

We would like to draw your attention to U.S. Pat. 11,318,859 specifically to claims 1 and 11.  We would also like to draw your attention to U.S. Pat. 12,030,403 specifically to claims 1 and 11.  These two patents are attached herewith for your reference.  Of course, other patents owned by Asylon may be relevant but we would like to initially discuss these two patents.

Please review these patents and the specified claims and let me know if you would like to discuss specific details in person (over phone or online).

Nothing contained in this letter should be considered as a waiver of any rights and claims of Asylon.  We hereby reserve all such rights and remedies under both law and equity.  Moreover, this letter is not intended to be an exhaustive recitation of our client's rights and/or claims including, without limitation, seeking damages and penalties.

We look forward to your timely response.

Best regards,

Johney U. Han

Attachments



US011318859B2

(12) **United States Patent**
Henry et al.

(10) **Patent No.:** US 11,318,859 B2
(45) **Date of Patent:** May 3, 2022

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Wilmington, DE (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, Thornton, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 63 days.

(21) Appl. No.: **15/943,581**

(22) Filed: **Apr. 2, 2018**

(65) **Prior Publication Data**

US 2018/0222339 A1 Aug. 9, 2018

**Related U.S. Application Data**

(62) Division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *B60L 53/80* | (2019.01) |
| *B64F 1/00* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B60L 53/36* | (2019.01) |
| *B60L 53/35* | (2019.01) |
| *B64C 39/02* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC ............... *B60L 53/80* (2019.02); *B60L 53/35* (2019.02); *B60L 53/36* (2019.02); *B64C 39/024* (2013.01); *B64D 45/08* (2013.01); *B64F 1/007* (2013.01); *B64F 1/12* (2013.01); *B64F 1/20* (2013.01); *B64F 1/362* (2013.01); *G05D 1/0027* (2013.01); *G05D 1/0676* (2013.01); *B60L 2200/10* (2013.01); *B64C 2201/042* (2013.01); *B64C 2201/066* (2013.01); *B64C 2201/141* (2013.01); *B64C 2201/18* (2013.01); *Y02T 10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(58) **Field of Classification Search**
CPC ...... B60L 11/1822; B60L 53/35; B60L 53/36; B60L 53/80
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 | B2 | 6/2011 | Anderson |
| 8,511,606 | B1 | 8/2013 | Lutke et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



**US 11,318,859 B2**

Page 2

### Related U.S. Application Data

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *B64D 45/08* | (2006.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/36* | (2017.01) |
| *G05D 1/06* | (2006.01) |
| *G05D 1/00* | (2006.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 | B2 | 10/2014 | Vavrina et al. |
| 8,899,903 | B1 | 12/2014 | Saad et al. |
| 9,139,310 | B1 * | 9/2015 | Wang ........................ B64F 1/36 |
| 9,174,747 | B2 | 11/2015 | Kang |
| 9,481,458 | B2 | 11/2016 | Casado et al. |
| 9,764,836 | B1 * | 9/2017 | Elzinga .................. B64C 39/024 |
| 9,783,075 | B2 | 10/2017 | Henry et al. |
| 9,969,285 | B2 | 5/2018 | Henry et al. |
| 2013/0104361 | A1 | 5/2013 | Corfitsen |
| 2014/0035736 | A1 | 2/2014 | Weddle et al. |
| 2014/0129059 | A1 | 5/2014 | Scarlatti et al. |
| 2014/0303814 | A1 | 10/2014 | Burema et al. |
| 2014/0319272 | A1 | 10/2014 | Magana et al. |
| 2015/0069968 | A1 | 3/2015 | Pounds |
| 2015/0097530 | A1 | 4/2015 | Scarlatti et al. |
| 2016/0011592 | A1 * | 1/2016 | Zhang .................... G05D 1/102 701/2 |
| 2016/0039542 | A1 * | 2/2016 | Wang ........................ B64F 1/18 701/2 |
| 2016/0122038 | A1 | 5/2016 | Fleischman et al. |
| 2017/0096075 | A1 | 4/2017 | Henry et al. |
| 2017/0120763 | A1 | 5/2017 | Henry et al. |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B



400 — UAV requests landing permission from RPS via UPP

402 — RPS assigns UAV to landing queue

404 — When available, RPS provides permission to UPP on drone to land

406 — RPS stores data for retrieval or uploads to network via wired or wireless transmission

408 — RPS begins wireless download of mission/payload data from UAV via UPP

410 — UPP lands UAV on RPS utilizing dynamic terminal landing system

412 — Mechanical and electrical link established with UAV

414 — RPS engages search for UC2PS

424 — UC2PS located, RPS positions PC into a nominal position

422 — RPS removes depleted PC from UAV

420 — RPS installs depleted PC into available MPB PCR

428 — External Power Available?

430 — RPS recharges depleted PC

418 — RPS retrieves available, "fully energized" PC from MPB PCR

416 — RPS installs "fully energized" PC into UAV

426 — RPS grants clearance to UAV to resume mission

FIG. 4A



FIG. 4B



FIG. 5A          FIG. 5B

FIG. 5C          FIG. 5D          FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 192 of 238



FIG. 8A          FIG. 8B

FIG. 9A          FIG. 9B

FIG. 10A          FIG. 10B



FIG. 11

US 11,318,859 B2

**1**

## METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

### SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer

**2**

system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 11,318,859 B2

3

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. 1a is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. 1b is a perspective view of another embodiment of the RPS.

FIGS. 2a-2b are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. 3a-3b are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. 4a-4b are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. 5a-5b are perspective views of the dynamic terminal landing system in accordance with embodiments.

4

FIGS. 5c-5e are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. 7a-7b are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. 8a-8b are perspective views of example embodiments of an assembled SC.

FIGS. 9a-9b are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. 10a-10b are exploded views of example embodiments of an SC.

FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

DETAILED DESCRIPTION OF THE
INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS 100 system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. 1a, is intended to extend effective flight range and flight time of a desired UAV 108 by offering a universal system in which UAVs 108 are capable of exchanging depleted universal Swap Cartridges (SCs) 110 for energized cartridges. One variation of a SC 110 may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC 110 are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) 100 is intended to be a fully autonomous solution for SC 110 exchange. The RPS, which is capable of communications with the UAV 108 via the Universal Integrated Swappable system (UIS) 300 installed aboard the UAV 108, may be contained within a housing or an environment enclosure 104 and will detect whether the user or mission control of said UAV 108 determines the desire for exchange of a SC 110 and will engage the UAV 108 into the SC 110 exchange protocol.

In the considered embodiment of the RPS 100, one can be comprised of, but not limited to, a UAV landing zone 102 configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed 600 (as described in further detail in FIG. 6 herein), a modular power bay (MPB) 700 which may house multiple SCs 110, a universal SC swapping mechanism 112 to advance the exchange of multiple SCs 110, a central processor 218, and associated sensors 222 allowing appropriate tracking/detecting of the UIS 300 aboard the UAV 108, as described in further detail

US 11,318,859 B2

5

below. The swapping mechanism 112 may be contained within the environment enclosure 104 when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV 108 when swapping the SC 110. An RPS 100 may be deployed in any number of environments 200 of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS 100 may be controlled directly in close physical proximity or remotely. A transmitter and receiver 106 may be integrated with the RPS 100 to facilitate wireless communications, e.g., with the UAV 108 or with a remotely located controller or interface. An internal power source 206 allows for operations without an external power source 202 for a set period of time. RPS 100 may have provisions for various types of external power 202 including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. 1b illustrates a perspective view of another embodiment of an RPS 100' which may also incorporate the housing or environment enclosure 104'. The UAV landing zone 102' may be positioned atop the enclosure 104', as above, and the enclosure 104' may also incorporate a transmitter and receiver 106 to facilitate wireless communications. While the RPS 100 described above incorporates a landing zone 102 and a swapping mechanism 112 deployable from within the enclosure 104, the RPS 100' embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone 102'.

The aforementioned UIS 300, which is illustrated as an assembly in FIG. 11, is adaptable or otherwise securable to the independent frame of the UAV 108 utilizing the capabilities of the RPS 100. The assembly of the UIS 300, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. 3a and 3b. As shown in FIG. 3a, the UIS 300 is illustrated in an assembly view relative to the UAV 108 and multiple SCs 110 are also shown as being insertable or attachable within the UIS 300. As illustrated in the assembly view of FIG. 3b, the UIS 300 (shown detached from the UAV 108 for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) 1104 which may have one or more receiving guides defined. A SC swapping adapter 302 (and described in further detail below) may be deployed from the RPS 100 while carrying a SC 110. When the UAV 108 has landed upon the platform 102 and is ready to receive a SC 110, the SC swapping adapter 302 and SC 110 may be aligned with the receiving channel of the UIS 300 which may then receive the SC 110 for electrical coupling.

Included as part of the UIS 300 assembly may be a Universal Swap Processor (USP) 1102, one or more SCRs 1104, one or more SCs 110, and an external marker 1114 for identification and tracking of the UIS 300, as further shown in FIG. 11. A UIS 300 may be directly integrated into a given UAV 108 structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV 108 structure. An example embodiment of a directly integrated UIS 300 may have the SCR 1104 merged with the primary structure, the UPP 1102 part of the flight controller board, and the optical sensor 1108 integrated directly into the exterior of the vehicle. A UIS 300 is utilized by the UAV 108 for interaction and SC 110 swapping with an RPS 100. Furthermore, the USP 1102 may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone 102. Within a UIS 300, SCR(s) 1104 may be electrically connected to the

6

USP 1102 to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP 1102 while SC(s) 110 are not installed in the system.

The aforementioned universal Swap Cartridge (SC) 110, which is illustrated in the variations of FIGS. 8a and 8b, is compatible with the associated UIS 300 and provides power or payload to the equipped UAV 108. The variation shown in FIG. 8a may incorporate a housing or external sleeve 1010 having a tapered portion while the variation shown in FIG. 8b may have a housing or external sleeve 1010' which is non-tapered. The SC 110 is designed, but is not limited, to provide power to the equipped UAV 108 propulsion system. An embodiment as shown in FIGS. 8a and 8b could include one or more power and/or signal connectors 1000, programmable storage and data mediums 1002, desired power storage medium, desired payload, paired tracks 1008 for mating with and removal from the UIS 300, unique identifiable marker 900, and mechanical locking mechanism 1006. The end views of FIGS. 9a and 9b illustrate the unique identifiable markers 900, 900' (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks 1008 which are positioned along the sides of the housing or sleeve 1010 and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) 1104 of the UIS 300.

Primary construction of a SC 110 is defined as a housing or an external sleeve 1010 that houses the desired medium 1004, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIGS. 10a and 10b. Additionally, SCs 110 may contain more than one power medium 1004 within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors 1000 integrated into the SC 110 is electrically connectable to the electrical connectors 1106 positioned within the UIS 300 (as shown in FIG. 11) and when connected will be able to transfer power or applicable data that is unique to the individual SC 110. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC 110 may contain a unique marker 900 which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC 110. Furthermore, the marker 900 may assist in the location of one or more SCs 110 and removal of said SCs 110 from the landed UAV 108. The SC 110 may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker 900. Data pulled from the SC 110 may be stored locally at the RPS 100 and may be used internally by the RPS 100 system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks 1008, are implemented to allow facilitation of installation, storage, and removal of said SCs 110. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs 110 within the UIS 300 during flight of a UAV 108, landing of a UAV 108, UAV 108 resting on stationary or mobile platform, or storage within a modular power bay. A SC 110 may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS 100, a SC 110

US 11,318,859 B2

7

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as

8

large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7***b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 11,318,859 B2

9

ment of a SC 110 with the motion of a rotary system. This system allows for the removal and loading of a SC 110 into a UIS 300 and a MPB 700. The RPS 100 that the swapping mechanism 112 is housed within is capable of facilitating SC exchange of the UAV 108 while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) 218 is utilized within the RPS 100 to facilitate the system functions of the RPS 100, as shown in the schematic diagram of FIG. 2a. These functions may include, but are not limited to, external/internal environmental monitoring 224, environmental control system (ECS) control 232, UIS data transfer, RPS data storage 230, safety systems control, and MPB and SC state monitoring 226. RPS-CP primary function is to coordinate and execute the swapping of SCs 110 for a UAV 108 as described in FIG. 4.

During normal operations of an RPS 100, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS 100 and conditions about/around the RPS 100. The conditions around the deployed RPS 100 that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV 108, may determine the flight readiness of the UAV 108 for a mission at any given time. The conditions detected by the RPS 100 and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV 108, the RPS 100, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV 108 or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS 100, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS 100.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium 230. This data storage medium may be located within the RPS 100 or in communication of the RPS 100. Communications with the RPS 100, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver 106 on board the RPS 100. This transmitter and receiver 106 may be controlled via the RPS-CP to access desired information from the RPS 100 and all its associated systems.

Generally, the RPS 100 can be seen in the schematic illustration of FIG. 2a showing an example of the RPS 100 within a deployed environment 200. The RPS 100 may be in electrical communication with an external energy source 202 which may charge or power an internally contained energy storage system 206 which is contained within the power system 204. The energy storage system 206 may distribute power via a power distribution system 208 to the various components within the RPS 100 such as the dynamic terminal landing platform 210 as well as the mechanical elevation solution 112. The dynamic terminal landing platform 210 may include a mechanical and/or electrical connection 212 which may temporarily couple to the UAV 108 after landing on the UAV landing zone 102 in reference to the electrical and/or mechanical link 600 shown in FIG. 6.

The mechanical elevation solution 112 may facilitate the transport of the SC 110 from one of the preselected modular power bay 700 (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

214 which may charge the one or more SC 110 contained within the modular power bay 700. The MPB status monitor 216 may also be incorporated within the modular power bay 700 for obtaining a status of each of the SC 100.

As described above, the RPS central processor 218 may incorporate a RPS data storage 230 module and one or more sensor systems 220 which monitor the status of the various components within the RPS 100. For instance, aside from the external environment sensors 224, a UIS location sensor 222 may be in communication with the mechanical elevation solution 112 to monitor and/or control a positioning of the solution 112 relative to the UIS 300 of a landed UAV 108. Also, a MPB state monitor system 226 may be in communication with the MPB status monitor 216 so as to monitor a status of the modular power bay 700. The RPS system state sensors 228 within the sensor systems 220 may be in communication with the RPS environment control system 232.

While the RPS 100 may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver 106 within the RPS central processor 218 with a remotely located system through a communication network 234 for transmitting and/or receiving data as well as instructions.

Within the RPS 100 system, schematic diagrams of some of the sub-systems are shown in FIG. 2b. With reference to the UIS 246 which is secured to the UAV, retains the SC 110, and interacts with the RPS 100, the UIS 246 may generally include an SC detainment tool 248 for retaining or securing the SC 110 during flight. A mission data storage medium 250, PC adaptor tools 252, RPS communication system 254, as well as flight sensors 256 may also be incorporated.

The dynamic terminal landing platform 212 may include a platform mobility system 258 which controls and monitors the retrieval of the SC 110. As part of the platform mobility system 258, a UAV retaining features 260 may be incorporated, as described herein, as well as location sensors 262 for locating the position and orientation of the UAV. This may include a physical platform tag 264 as well as electro-optical arrangement 266 for determining the position and orientation.

The power system 274 may include the power distribution 278 which in turn includes the external power distributor 276 and internal power storage solution 280 for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor 276, for instance, may be in communication with the dynamic terminal landing platform 212 for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution 278 may also power the various mechanical system controllers 284, RPS system controllers 286, as well as the MPB replenishment systems 282.

The mechanical elevation solution 112 may also include a vertical elevator system 268 for lifting and/or lowering the SC 110 from or to the modular power bay 700. This may include a swap cartridge transport solution 270 as well as the UIS location system 272 for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure 238 may include the modular power bays 700 which includes the swap cartridge connections 240 and environmental control system 244. The swap cartridge connections may include the one or more SC 110 as well as the SC status tool 242.

Additionally, the RPS system door 288 may also be seen which includes a door actuation system 290. The RPS

US 11,318,859 B2

**11**

system door **288** may be opened when swapping out the SC **110** from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. **4***a*, in accordance with some or all aforementioned components, illustrates one example of a method of SC **110** exchange for with an embodiment of an RPS **100**. A UAV **108** may utilize an RPS **100** for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV **108**, via some predetermined (external to the RPS **100** system) conditions, the UAV **108** may request for permission **400** to land onto an RPS **100**, where the request is transmitted via the USP **1102**. When approved by the RPS-CP in the RPS **100**, the active UAV **108** is assigned a position in the landing queue **402**. When an RPS **100** is available, said RPS **100** provides permission **404** to land to the appropriate UAV USP **1102**. The USP **1102** then guides the landing UAV **108** onto an RPS **100** utilizing the DTL system **410**.

After the successful landing of a UAV **108** onto the RPS **100**, the RPS **100** may begin to access and download **408** mission and/or payload data from the landed UAV **108** via the USP **1102**. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission **406**.

The landed UAV **108** may also establish **412** an electrical and/or mechanical link **600** with the RPS **100**. The RPS **100** may now begin a search **414** for the UIS **300** which may be adapted to the landed UAV **108**. Upon location of the UIS **300** of the landed UAV **108**, the RPS **100** may position the UIS **300** into a nominal position **424** for removal of one or more SCs **110** from the stationary UAV **108** via the SC swapping adapter **302**. After removal **422** of desired SC or SCs **110**, the depleted SC or SCs **110**, may be allocated **420** to an available MPB SCR **702** for replenishment or storage. The RPS **100** may return **418** an energized SC, or SCs **110**, compatible to the UIS **300** of the stationary UAV **108** and then install the "fully energerized" PC into the UAV **416**. Dependent on an external power source **428** supplied to a RPS **100**, said depleted SC **110** is capable of being energized **430**.

Once the RPS **100** has replenished the UIS **300** of the stationary UAV **108**, said UAV **108** may be cleared **426** to leave the RPS **100**. In consideration, before a UAV **108** is cleared to launch from an RPS **100**, environmental conditions **236** may be assessed to confirm safe flight possible for the UAV **108** based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV **108**.

FIG. **4***b* illustrates another variation for a method of SC **110** exchange with an embodiment of an RPS **100**. When the UAV **108** is in use, it may transmit telemetry to an RPS **100** system **432** and the RPS **100** may receive the telemetry and requested action by the UAV **434**. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV **108** wants to download sensor or telemetry data only, the UAV **108** may begin downloading the data via wireless transmission **436**, as previously described, and the RPS **100** may store the data for retrieval at a later time or it may upload the data **438** to a communications network **234**, as previously described.

In the event that the SC **110** needs to be replaced, the RPS **100** may determine which replacement SC from the MPB **700** is to be queued and the UAV **108** is then placed in a landing queue **440** (depending on whether other UAVs are

**12**

queued for landing). Once the UAV **108** has landed **442** on the landing zone **102** of the RPS **100**, the mechanical and/or electrical link may be established **444** with the UAV **108**, as previously described. The SC **110** may be removed **446** from the UAV **108** and a new SC may be loaded **448** into the UAV **108**. The UAV **108** may then be cleared for take-off **450** from the landing zone **102**.

The RPS **100** may make a determination as to whether the RPS **100** is connected to an external power source **454** in which case the depleted SC **110** may be charged **452** accordingly. Otherwise, if the RPS **100** is not connected to an external power source, the depleted SC **110** may be stored in a queue **456** within the MPB **700** or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

determining an orientation of the UAV relative to the landing zone after the UAV has landed;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim **1** further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim **2** wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim **3** further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim **1** further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim **5** further comprising establishing an electrical link with the UAV.

US 11,318,859 B2

13

7. The method of claim 1 wherein determining an orientation of the UAV comprises optically determining the orientation.

8. The method of claim 1 wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

9. The method of claim 8 wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

10. The method of claim 1 wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and

clearing the UAV for take-off from the power station.

12. The method of claim 11 further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

13. The method of claim 12 wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

14. The method of claim 13 further comprising receiving mission or payload data from the UAV via the processor.

15. The method of claim 11 further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

16. The method of claim 15 further comprising establishing an electrical link with the UAV.

17. The method of claim 11 wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

18. The method of claim 17 wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

19. The method of claim 11 wherein providing clearance for take-off to the UAV comprises providing the clearance upon completion of a preflight check of the UAV.

20. The method of claim 19 wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

*   *   *   *   *

US012030403B2

## (12) United States Patent
### Henry et al.

(10) **Patent No.:** **US 12,030,403 B2**
(45) **Date of Patent:** ***Jul. 9, 2024**

(54) **METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES**

(71) Applicant: **Asylon, Inc.**, Philadelphia, PA (US)

(72) Inventors: **Damon C. Henry**, Philadelphia, PA (US); **Adam I. Mohamed**, Philadelphia, PA (US); **Brent McLaughlin**, Savage, MD (US); **David Dones**, West Chester, PA (US)

(73) Assignee: **Asylon, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 95 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/657,776**

(22) Filed: **Apr. 4, 2022**

(65) **Prior Publication Data**

US 2022/0227253 A1 Jul. 21, 2022

**Related U.S. Application Data**

(60) Continuation of application No. 15/943,581, filed on Apr. 2, 2018, now Pat. No. 11,318,859, which is a
(Continued)

(51) **Int. Cl.**
**B60L 53/80** (2019.01)
**B60L 53/35** (2019.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. **B60L 53/80** (2019.02); **B60L 53/35** (2019.02); **B60L 53/36** (2019.02); **B64C 39/024** (2013.01); **B64D 45/08** (2013.01);

**B64F 1/007** (2013.01); **B64F 1/12** (2013.01); **B64F 1/20** (2013.01); **B64F 1/362** (2013.01); **G05D 1/0027** (2013.01); **G05D 1/0676** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... B60L 53/80; B60L 53/35; B60L 53/36; B64C 39/024; B64D 45/08; B64F 1/007; B64F 1/12; B64F 1/20; B64F 1/362; G05D 1/0027; G05D 1/0676
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,957,850 B2 | 6/2011 | Anderson | |
| 8,511,606 B1 | 8/2013 | Lutke et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10 2013 004 881 A1 | 9/2014 |
| WO | WO 2017/062418 | 4/2017 |

*Primary Examiner* — Michael D Lang
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

A reconfigurable system capable of autonomously exchanging material from unmanned vehicles of various types and sizes. The system comprises an environmental enclosure, a landing area, a universal mechanical system to load and unload material from the unmanned vehicle, and a central processor that manages the aforementioned tasks. The landing area may comprise a one or more visible or non-visible markers/emitters capable of generating composite images to assist in landing the unmanned vehicle upon the reconfigurable, autonomous system.

**20 Claims, 11 Drawing Sheets**



**US 12,030,403 B2**

Page 2

### Related U.S. Application Data

division of application No. 15/285,820, filed on Oct. 5, 2016, now Pat. No. 9,969,285.

(60) Provisional application No. 62/265,703, filed on Dec. 10, 2015, provisional application No. 62/237,245, filed on Oct. 5, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *B60L 53/36* | (2019.01) |
| *B64C 39/02* | (2023.01) |
| *B64D 45/08* | (2006.01) |
| *B64F 1/00* | (2024.01) |
| *B64F 1/12* | (2006.01) |
| *B64F 1/20* | (2006.01) |
| *B64F 1/36* | (2024.01) |
| *G05D 1/00* | (2024.01) |
| *B64U 50/19* | (2023.01) |
| *B64U 50/34* | (2023.01) |
| *B64U 70/00* | (2023.01) |

(52) **U.S. Cl.**
CPC ........... *B60L 2200/10* (2013.01); *B64U 50/19* (2023.01); *B64U 50/34* (2023.01); *B64U 70/00* (2023.01); *B64U 2201/10* (2023.01); *Y02T* *10/70* (2013.01); *Y02T 10/7072* (2013.01); *Y02T 90/12* (2013.01); *Y02T 90/14* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,862,288 | B2 | 10/2014 | Vavrina et al. |
| 8,899,903 | B1 | 12/2014 | Saad et al. |
| 9,139,310 | B1 * | 9/2015 | Wang ...................... B60L 53/31 |
| 9,174,747 | B2 | 11/2015 | Kang |
| 9,481,458 | B2 | 11/2016 | Casado et al. |
| 9,764,836 | B1 | 9/2017 | Elzinga et al. |
| 9,783,075 | B2 | 10/2017 | Henry et al. |
| 9,969,285 | B2 | 5/2018 | Henry et al. |
| 2013/0104361 | A1 | 5/2013 | Corfitsen |
| 2014/0035736 | A1 | 2/2014 | Weddle et al. |
| 2014/0129059 | A1 | 5/2014 | Scarlatti et al. |
| 2014/0303814 | A1 | 10/2014 | Burema et al. |
| 2014/0319272 | A1 | 10/2014 | Magana et al. |
| 2015/0069968 | A1 | 3/2015 | Pounds |
| 2015/0097530 | A1 | 4/2015 | Scarlatti et al. |
| 2016/0011592 | A1 * | 1/2016 | Zhang ..................... B60L 53/80 244/114 R |
| 2016/0039542 | A1 | 2/2016 | Wang |
| 2016/0122038 | A1 | 5/2016 | Fleischman et al. |
| 2017/0096075 | A1 | 4/2017 | Henry et al. |
| 2017/0120763 | A1 | 5/2017 | Henry et al. |
| 2018/0222339 | A1 | 8/2018 | Henry et al. |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A



FIG. 3B

Case 1:26-cv-22128-AHS   Document 4-1   Entered on FLSD Docket 03/30/2026   Page 207 of 238



FIG. 4A

U.S. Patent      Jul. 9, 2024      Sheet 6 of 11      US 12,030,403 B2



FIG. 4B



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D

FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8A

FIG. 8B

FIG. 9A

FIG. 9B

FIG. 10A

FIG. 10B



FIG. 11

US 12,030,403 B2

## METHODS FOR RECONFIGURABLE POWER EXCHANGE FOR MULTIPLE UAV TYPES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/943,581 filed Apr. 2, 2018, which is a divisional of U.S. patent application Ser. No. 15/285,820 filed Oct. 5, 2016 (now U.S. Pat. No. 9,969,285), which claims the benefit of priority to U.S. Prov. Apps. 62/237,245 filed Oct. 5, 2015, and 62/265,703 filed Dec. 10, 2015, each of which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

Unmanned Aerial Vehicles (UAVs) are increasingly being used for commercial applications. Examples include, but are not limited to, inspections of railway lines, inspection of electrical power lines, monitoring of quarry sites and construction sites. Larger than consumer UAVs, commercial UAVs are commonly powered by, but not limited to, batteries. Currently, the primary limitation of the range and capabilities for commercial UAVs is battery technology. With the latest breakthroughs and higher power densities, UAVs are capable of up to around 30 minutes of flight with a useable payload. Current UAVs require manual exchange of said power systems, requiring a man in the loop for every flight. While rendering the UAV effective for consumer use, battery technology and the automation of exchanging them is the key limiting factor to the commercial realization and wide-spread use of UAVs.

### SUMMARY OF THE INVENTION

The Reconfigurable Power Station (RPS) for Multiple UAVs is designed to extend the range and capabilities of multiple, and possibly disparate, unmanned systems. In this embodiment we discuss in detail the RPS system when interfacing with UAVs. The RPS system will detect a signal from a UAV requiring a new Swap Cartridge (SC), and using identifiers, including vehicle type, vehicle SC, status of SC, and vehicle location, will make a determination for landing. As the vehicle closes to within a threshold distance of the RPS, which may include, but are not limited to 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station, the UAV will be guided to the RPS utilizing sensors embedded into the Universal Integrated Swap system (UIS) onboard the vehicle and a series of visible or non-visible illuminators embedded into the landing zone deck to make final approach and land. Once landed, the RPS will deploy a landing gear retention system to mechanically and electrically connect to it. This is but one embodiment of the RPS as this problem is not limited to UAVs, but to many forms of unmanned systems, including, but not limited to, ground vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The RPS System is designed to house multiple power cartridges, in one or multiple modular power bays. These modular power bays are designed to be self-contained housing and replenishment units. Modular Power Bays (MPBs) are capable of housing multiple types and sizes of SCs, and may include, but not limited to, electric batteries, hydrogen fuel-cells, or fossil fuels. The data the RPS received prior to the UAV landing may enable the onboard processing system to make a determination and select the appropriate type and quantity of SCs. Utilizing a transfer system coupled with an elevator, SCs are transferred from the MPBs to the landing zone. An example embodiment of the described system is: The SC transfer mechanism moves to locate the UIS on the landed UAV. Once located, the swapping mechanism withdraws the depleted SC from the system and moves the SC to an available MPB, inserting it for replenishment. Following the transfer of the SC, the swapping mechanism moves to a bay with the appropriate replacement SC for the UAV, as directed by the onboard processing system, and retrieves a fully energized SC. From there it will be elevated to the landing zone via an elevator or other mechanical actuation system. Once the swapping mechanism locates the UIS, it inserts the energized SC into the Swap Cartridge Receptacle (SCR) onboard the UAV. With the SC swap complete and the swapping mechanism stored below the landing zone deck, the UAV departs the RPS and resumes its flight.

In one embodiment, a power station for unmanned aerial vehicles may generally comprise an enclosure defining a surface and an interior, and a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone.

In another embodiment, the reconfigurable power station for unmanned aerial vehicles may generally comprise a housing defining a surface, a modular power bay positioned within the housing, the modular power bay defining one or more receiving bays for retaining a corresponding power cartridge, a landing zone positioned upon the surface and sized to receive one or more UAV types, wherein the landing zone has one or more markers or emitters configured to generate one or more composite images when a UAV is in proximity to the landing zone, and a central processor in communication with the one or more markers or emitters.

One method of swapping a power supply in an unmanned aerial vehicle may generally comprise emitting one or more composite images to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS), determining an orientation of the UAV relative to the landing zone after the UAV has landed, removing a first swap cartridge from the UAV via a swapping mechanism within the RPS, and installing a second swap cartridge from the RPS and into the UAV.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a dynamic terminal landing system (DTL) configured to support autonomous landing of a UAVs on a landing zone, wherein the DTL comprises a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and a sensor positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker

US 12,030,403 B2

**3**

positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

In yet another embodiment, a UAV reconfigurable power station (RPS) may generally comprise a UAV landing zone that is reconfigurable for multiple UAV types and sizes and is further configured to support landing, exchanging a swap cartridge, and take-off operations; a dynamic terminal landing system (DTL) configured to support autonomous landing of UAVs on a landing zone; a power source capable of powering a UAV flight system once on the landing zone; one or more modular power bays (MPBs) capable of housing multiple instances of a given universal swap cartridge (SC); a universal swap cartridge swapping mechanism configured for manipulating multiple SC types and sizes; a RPS central processor (CP) configured to support operations of the RPS; and sensors positioned within the RPS.

Additionally, the RPS may further comprise a universal swap cartridge processor (USP) configured to interact with the RPS; one or more universal swap cartridge receptacles (SCRs) configured to mechanically and electrically connect a SC to a UAV; one or more SCs; and an external marker positioned on the SC that allows the RPS to determine a position of the SC after the UAV has landed to allow for swapping of a depleted SC.

Additionally, the RPS may also further comprise a landing zone having visible or non-visible markers to create a composite image to aid in the landing of the UAV; and a composite image utilizing visible or non-visible illuminators on or embedded in the landing zone which are configured to form scalable composite images in response to a UAV type and altitude above the RPS landing zone.

In yet another embodiment a Universal Swap Cartridge Processor (USP) may generally comprise a housing configured to be integrated into a UAV flight controller or airframe; a processor within the housing and configured to control an automated landing and launch of a UAV from an RPS; an external transmitter capable of wirelessly transmitting a power source health and identifying data of an SC to the RPS, other UAVs in proximity, or other ground stations; an external receiver capable of wirelessly receiving data from the RPS, other UAVs in proximity, or other ground stations, wherein the USP is configured to relay data to a UAV or UAV flight controller; and one or more cameras configured to capture visible and/or non-visible data from a landing zone located on an RPS.

### BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is described with reference to the accompanying figures.

FIG. 1*a* is a perspective view of one embodiment of the Reconfigurable Power Station (RPS) including an unmanned aerial vehicle (UAV) in use of the station.

FIG. 1*b* is a perspective view of another embodiment of the RPS.

FIGS. 2*a*-2*b* are schematic illustrations of a block diagram of subsystems that constitute an example embodiment of a RPS.

FIGS. 3*a*-3*b* are illustrations of an embodiment of a Universal Integrated Swap System (UIS) for an unmanned aerial vehicle embodiment.

FIGS. 4*a*-4*b* are schematic illustrations of a block diagram of the methodology for a swap cartridge (SC) exchange on an embodiment of an RPS.

FIGS. 5*a*-5*b* are perspective views of the dynamic terminal landing system in accordance with embodiments.

**4**

FIGS. 5*c*-5*e* are perspective views of another variation of the dynamic terminal landing system (DTL).

FIG. 6 is a side view of a shore power system supplying power to a landed UAV in accordance with embodiments.

FIGS. 7*a*-7*b* are perspective views of example embodiments of a modular power bay and associated SCs.

FIGS. 8*a*-8*b* are perspective views of example embodiments of an assembled SC.

FIGS. 9*a*-9*b* are rear views of example embodiments of an external marker fixed to the surface of an SC.

FIGS. 10*a*-10*b* are exploded views of example embodiments of an SC.

FIG. 11 is a perspective view of a Universal Integrated Swap system (UIS) and associated features in accordance with embodiments.

### DETAILED DESCRIPTION OF THE INVENTION

The following is a detailed description of an embodiment of the invention, as well as the systems and methods utilized in order to provide extended capabilities to UAVs. It is understood that the various embodiments of said invention are considerate of the functional capabilities of various UAV scales and frames. An example would include proportionally smaller aerial vehicles that have varied acceptable flight conditions for safe operation. In consideration of the device having universal applications, the parts and complexity of the associated system may vary depending upon the applied platform. Other embodiments of the RPS **100** system may be able to fulfill a similar role to the embodiment described here with respect to other unmanned systems, including but not limited to, surface vehicles, underground vehicles, water surface vehicles, underwater vehicles, and space vehicles.

The utilization of a reconfigurable power system in this embodiment, as shown in the perspective view of FIG. 1*a*, is intended to extend effective flight range and flight time of a desired UAV **108** by offering a universal system in which UAVs **108** are capable of exchanging depleted universal Swap Cartridges (SCs) **110** for energized cartridges. One variation of a SC **110** may comprise a power supply or power cartridge in which a depleted power cartridge may be exchanged for an energized power cartridge. The various embodiments of SC **110** are not intended to be limiting as various other types of payloads may be utilized as swappable cartridges. The Reconfigurable Power System (RPS) **100** is intended to be a fully autonomous solution for SC **110** exchange. The RPS, which is capable of communications with the UAV **108** via the Universal Integrated Swappable system (UIS) **300** installed aboard the UAV **108**, may be contained within a housing or an environment enclosure **104** and will detect whether the user or mission control of said UAV **108** determines the desire for exchange of a SC **110** and will engage the UAV **108** into the SC **110** exchange protocol.

In the considered embodiment of the RPS **100**, one can be comprised of, but not limited to, a UAV landing zone **102** configurable for a multitude of UAV types and sizes, a dynamic terminal landing system (DTL) for autonomous UAV landing, a power source capable of powering the UAV flight control system when landed **600** (as described in further detail in FIG. 6 herein), a modular power bay (MPB) **700** which may house multiple SCs **110**, a universal SC swapping mechanism **112** to advance the exchange of multiple SCs **110**, a central processor **218**, and associated sensors **222** allowing appropriate tracking/detecting of the UIS **300** aboard the UAV **108**, as described in further detail

US 12,030,403 B2

5 6

below. The swapping mechanism 112 may be contained within the environment enclosure 104 when not in use but may be deployed through an opening door or mechanism and automatically positioned into proximity to the UAV 108 when swapping the SC 110. An RPS 100 may be deployed in any number of environments 200 of which include, but are not limited to, farms, fields, deserts, industrial plants, water banks, and urban zones. The RPS 100 may be controlled directly in close physical proximity or remotely. A transmitter and receiver 106 may be integrated with the RPS 100 to facilitate wireless communications, e.g., with the UAV 108 or with a remotely located controller or interface. An internal power source 206 allows for operations without an external power source 202 for a set period of time. RPS 100 may have provisions for various types of external power 202 including, but not limited to: electrical grid, hydrocarbon generator, or solar power.

FIG. 1b illustrates a perspective view of another embodiment of an RPS 100' which may also incorporate the housing or environment enclosure 104'. The UAV landing zone 102' may be positioned atop the enclosure 104', as above, and the enclosure 104' may also incorporate a transmitter and receiver 106 to facilitate wireless communications. While the RPS 100 described above incorporates a landing zone 102 and a swapping mechanism 112 deployable from within the enclosure 104, the RPS 100' embodiment may incorporate the swapping mechanism in a housing which is positioned or positionable adjacent to the UAV landing zone 102'.

The aforementioned UIS 300, which is illustrated as an assembly in FIG. 11, is adaptable or otherwise securable to the independent frame of the UAV 108 utilizing the capabilities of the RPS 100. The assembly of the UIS 300, in one embodiment, may be implemented as illustrated in the perspective views of FIGS. 3a and 3b. As shown in FIG. 3a, the UIS 300 is illustrated in an assembly view relative to the UAV 108 and multiple SCs 110 are also shown as being insertable or attachable within the UIS 300. As illustrated in the assembly view of FIG. 3b, the UIS 300 (shown detached from the UAV 108 for illustrative purposes), generally forms a receiving structure having a universal Swap Cartridge Receptacle (SCR) 1104 which may have one or more receiving guides defined. A SC swapping adapter 302 (and described in further detail below) may be deployed from the RPS 100 while carrying a SC 110. When the UAV 108 has landed upon the platform 102 and is ready to receive a SC 110, the SC swapping adapter 302 and SC 110 may be aligned with the receiving channel of the UIS 300 which may then receive the SC 110 for electrical coupling.

Included as part of the UIS 300 assembly may be a Universal Swap Processor (USP) 1102, one or more SCRs 1104, one or more SCs 110, and an external marker 1114 for identification and tracking of the UIS 300, as further shown in FIG. 11. A UIS 300 may be directly integrated into a given UAV 108 structure by an Original Engineering Manufacturer (OEM) or adapted to an existing UAV 108 structure. An example embodiment of a directly integrated UIS 300 may have the SCR 1104 merged with the primary structure, the UPP 1102 part of the flight controller board, and the optical sensor 1108 integrated directly into the exterior of the vehicle. A UIS 300 is utilized by the UAV 108 for interaction and SC 110 swapping with an RPS 100. Furthermore, the USP 1102 may comprise one or more cameras which are configured to capture the visible and/or non-visible data (e.g., one or more composite images which are scalable) transmitted from the landing zone 102. Within a UIS 300, SCR(s) 1104 may be electrically connected to the

USP 1102 to provide SC data including, but not limited to, SC health, SC power status, SC payload status, and SC type. The previous embodiment is capable of being powered by the embedded battery that is a part of the USP 1102 while SC(s) 110 are not installed in the system.

The aforementioned universal Swap Cartridge (SC) 110, which is illustrated in the variations of FIGS. 8a and 8b, is compatible with the associated UIS 300 and provides power or payload to the equipped UAV 108. The variation shown in FIG. 8a may incorporate a housing or external sleeve 1010 having a tapered portion while the variation shown in FIG. 8b may have a housing or external sleeve 1010' which is non-tapered. The SC 110 is designed, but is not limited, to provide power to the equipped UAV 108 propulsion system. An embodiment as shown in FIGS. 8a and 8b could include one or more power and/or signal connectors 1000, programmable storage and data mediums 1002, desired power storage medium, desired payload, paired tracks 1008 for mating with and removal from the UIS 300, unique identifiable marker 900, and mechanical locking mechanism 1006. The end views of FIGS. 9a and 9b illustrate the unique identifiable markers 900, 900' (e.g., 2-dimensional or 3-dimensional barcodes, etc.) positionable upon the external housing for optical reading and recognition. The paired tracks 1008 which are positioned along the sides of the housing or sleeve 1010 and extend longitudinally may be comprised of one or more projections (such as a rack gear) for providing traction when received by the SCR(s) 1104 of the UIS 300.

Primary construction of a SC 110 is defined as a housing or an external sleeve 1010 that houses the desired medium 1004, which includes but is not limited to, battery, fossil fuel, fuel cell, or payload, as shown in the exploded assembly view of FIG. 10a and 10b. Additionally, SCs 110 may contain more than one power medium 1004 within the case to be able to facilitate more alternative systems, including but not limited to, hybrid propulsion systems. The connectors 1000 integrated into the SC 110 is electrically connectable to the electrical connectors 1106 positioned within the UIS 300 (as shown in FIG. 11) and when connected will be able to transfer power or applicable data that is unique to the individual SC 110. This information may include: power source data, power sources specification, power sources health data, payload status, payload data, UAV type, compatibility type, serial numbers, product numbers, and/or owner. The SC 110 may contain a unique marker 900 which stores pre-programmed information. This pre-programmed information may assist identifying the type and compatibility of the observed SC 110. Furthermore, the marker 900 may assist in the location of one or more SCs 110 and removal of said SCs 110 from the landed UAV 108. The SC 110 may alternatively house internal markers, such as RFID tags, acting similarly to the aforementioned unique external marker 900. Data pulled from the SC 110 may be stored locally at the RPS 100 and may be used internally by the RPS 100 system in operation and/or accessed remotely by an operator or external system.

Unique external features, such as smooth rails or racks 1008, are implemented to allow facilitation of installation, storage, and removal of said SCs 110. In order to ensure proper containment, provisions, such as, but not limited to, a physical interface may be implemented for mechanical locking of individual SCs 110 within the UIS 300 during flight of a UAV 108, landing of a UAV 108, UAV 108 resting on stationary or mobile platform, or storage within a modular power bay. A SC 110 may be a variety of sizes to accommodate the variety of UAV designs and types. Upon an external power source supplied to a RPS 100, a SC 110

US 12,030,403 B2

7

housed in a MPB **700** will be energized to nominal conditions. Said energized SC **110** may remain physically constrained and may be stored in nominal conditions. The embodiment in FIG. **10***b* shows components which are numbered similarly with corresponding components as shown in FIG. **10***a*.

The aforementioned universal Swap Cartridge Receptacle (SCR) **1104**, which is illustrated in FIG. **11**, is compatible with all proposed SC **110**, MPB **700**, and UIS **300** components. The SCR **1104** may be comprised of, but is not limited to, a positive mechanical solution for mechanical containment of SCs **1112**, electrical connectors **1106** for transmission of power and/or signal transmissions of associated SCs **110**, and physical features to accommodate various UAV styles and sizes. A SCR **1104** may be responsible for supplying power from a connected SC **110** to a UAV **108**. A SCR **1104** is responsible for mechanically retaining a SC **110** during all modes of flight. A single or multiple instances of a SCR **1104** may be used on a single UAV **108**.

The aforementioned USP **1102**, which is illustrated in FIG. **11**, is compatible with associated UISs **300** and SCs **110**. A USP **1102** may be composed of, but is not limited to, a processor to facilitate communication between RPS **100** and UAV **108**, an external electromagnetic transmitter **1110** capable of system and SC data transfer, an external receiver **1110** capable of communication with one or more RPSs **100**, UAVs **108***s* in proximity, and/or other stations, a relay for commands from pilot to flight controls and vice versa, one or multiple sensors for visible and/or non-visible data from RPS **100** or environment, and an embedded battery to facilitate system functions independent of the SC **110**. A USP **1102** utilizes a wireless protocol to communicate with an RPS **100**, and is designed to transmit data, which may include SC health data, SC type, and payload data. The USP **1102** may act as a pass-through for flight input data between external sources and the flight controller on a UAV **108**. A UPP **1102** system may be designed to be installed on multiple UAV **108** types and multiple UAV **108** sizes. These installations may be directly integrated into the UAV **108** frames.

The aforementioned Landing Zone **102**, which is illustrated in the side view of FIG. **6**, is designed for the purpose of physically supporting and restraining a UAV **108** while landed at an RPS **100** during a SC **110** exchange. It may be designed to secure a UAV **108** for a period of time via one or more mechanical retaining mechanisms which may temporarily attach or otherwise secure the UAV **108** during swapping of the SC **110**, e.g., via securement with the landing gear of the UAV **108**. The landing zone **102** is designed to supply power to the UAV **108** during the SC **110** exchange, including but not limited to, powering flight control systems and payloads via the UIS **300** which may be done through an electrical and/or mechanical engagement mechanism **600**. The landing zone **102** may accommodate one or more UAVs **108***s* simultaneously. The RPS **100** may have one or more landing zones **102**.

The aforementioned Dynamic Terminal Landing system (DTL), which is illustrated in FIGS. **5***a* to **5***e*, may be comprised of, but not limited to, landing deck(s) **102** and one or more visible or non-visible markers/emitters **500**, **502**, **504** capable of generating composite images. This system of markers may be arranged in patterns or arrays that allow the system to create identifiable imagery. The composite imagery can be superficial or embedded into the landing deck **102**, of which may or may not be a smooth or textured surface to aide in landing. The composite imagery size are scalable and may vary from, e.g., 1 inch by 1 inch and be as

8

large as 26 inches by 26 inches, or larger. For example, a composite image may be a QR barcode or AprilTag. Depending upon a UAV's **108** location above a RPS **100**, the composite image may change its size (e.g., in real-time) to aide in the landing of the UAV **108** depending on the distance to the UAV **108**, as shown in the perspective view of FIGS. **5***a* and **5***b*, which shows a predetermined pattern upon the landing zone **102** which may be reduced in size in a corresponding manner as the UAV **108** approaches the landing zone **102**. These distances may include, but are not limited to, e.g., 1 foot, 3 feet, 6, feet, 10 feet, 20 feet, etc. above the station. Dependent upon the drone type and size, the image displayed for landing may change to optimize the landing of said vehicle. Dependent upon the height of the system, the composite images may move in addition to vary in size in aiding in the landing of the UAV **108**. The DTL is capable of operating on the internal power of the RPS **100**. Similarly, FIGS. **5***c* to **5***e* illustrate how the visible or non-visible markers/emitters **500**, **502**, **504** may change its pattern and/or change in size as the UAV **108** approaches the landing zone **102**.

The aforementioned Modular Power Bay (MPB) **700**, which is illustrated in FIGS. **7***a* and **7***b*, is capable of housing multiple instances of SCs **110** within itself for storage or replenishment and is stored within the RPS **100**. Universal Swap Cartridge Receptacle (SCR) **1104** installations within the MPB **700** allow for SCs **110** to be utilized similarly as the UIS **300**. A MPB **700** may contain a homogenous or heterogeneous mixture of SC types and may contain one or more SCs **110** at any point in time. MPBs **700** are defined as line replaceable units (LRUs), which allow for one or more MPBs **700** to be transported, installed, or utilized within one or more RPS **100***s*. With the MPB **700** being an LRU, it allows for variable SC **110** storage within a RPS **100**, thus providing the possibility of servicing a multitude of UAV **108** types and sizes from the same or joined network of RPS **100***s*. Utilization of a MPB **700** separate from the box can allow for standalone transportation and servicing of SCs **110** or MPBs **700**. Furthermore, the MPB **700** may be configured to store the one or more SCs **110** in various configurations. For instance, FIG. **7***a* shows one variation where the MPB **700** may be configured to store the SCs **110** in a stacked manner where the individual receiving bays **703** may be positioned atop one another. FIG. **7***b* shows a perspective view of another arrangement where the receiving bays **703** of the MPB **700** may be aligned in a symmetric arrangement, for example, in a two-by-two arrangement as shown. Depending on the positioning of the receiving bays **703**, the SC swapping adapter **302** may be positioned in proximity to the appropriate bay **703** for storage or retrieval of an SC **110**.

The aforementioned SC Swapping Mechanism **112**, which is illustrated in FIG. **1**, may be adjustable to receive a multitude of SCs **110**, which may be used with a multitude of UAV **108** sizes and types. The swapping mechanism **112** may be implemented with an array of sensors or detectors to allow for the determination of the UIS **300** location. The capabilities of said mechanism **112** permit the exchange of one or more SCs **110**. The exchange of SCs **110**, via the swapping mechanism **112**, is facilitated between one or more depleted SCs **110** of a UAV **108**. Said depleted SCs **110** may be exchanged with one or more of any desired replacement SCs **110**, of which are stored within the MPBs **700** of the RPS **100**. The swapping mechanism **112** may facilitate motion for transfer with inertia of a depleted SC **110**. The swapping mechanism **112** is also capable of facilitating SC swap via an elevating system or another mechanical solution. The swapping mechanism **112** may facilitate advance-

US 12,030,403 B2

9

ment of a SC **110** with the motion of a rotary system. This system allows for the removal and loading of a SC **110** into a UIS **300** and a MPB **700**. The RPS **100** that the swapping mechanism **112** is housed within is capable of facilitating SC exchange of the UAV **108** while it is positioned and at rest on an associated DTL.

The aforementioned Reconfigurable Power System Central Processor (RPS-CP) **218** is utilized within the RPS **100** to facilitate the system functions of the RPS **100**, as shown in the schematic diagram of FIG. **2***a*. These functions may include, but are not limited to, external/internal environmental monitoring **224**, environmental control system (ECS) control **232**, UIS data transfer, RPS data storage **230**, safety systems control, and MPB and SC state monitoring **226**. RPS-CP primary function is to coordinate and execute the swapping of SCs **110** for a UAV **108** as described in FIG. **4**.

During normal operations of an RPS **100**, the RPS-CP may be observing environmental conditions. These conditions include both conditions within/on the RPS **100** and conditions about/around the RPS **100**. The conditions around the deployed RPS **100** that may be monitored could include, but are not limited to, ambient temperature, ambient pressure, ambient wind speed, ambient wind direction, ambient humidity, and visibility. These conditions, in accordance with predetermined limitations for the UAV **108**, may determine the flight readiness of the UAV **108** for a mission at any given time. The conditions detected by the RPS **100** and the vehicle of which is to be deployed or stationed may be communicated via the RPS-CP to the UAV **108**, the RPS **100**, and/or a command center determined preferred by the user. The flightworthiness determination of any specific UAV **108** or its mission may be communicated via the RPS-CP to a mission planner or a central command center. Within the RPS **100**, the RPS-CP will be observing various environmental conditions in order to provide ideal operating and storage conditions of all the functioning systems that may be enclosed within an RPS **100**.

In accordance with all aforementioned, and any more appropriate installed systems, the system observed data monitored by the RPS-SC may be retained in an internal storage medium **230**. This data storage medium may be located within the RPS **100** or in communication of the RPS **100**. Communications with the RPS **100**, with any form of desired data network or any connected device, wired or wireless, may be conducted via a transmitter and receiver **106** on board the RPS **100**. This transmitter and receiver **106** may be controlled via the RPS-CP to access desired information from the RPS **100** and all its associated systems.

Generally, the RPS **100** can be seen in the schematic illustration of FIG. **2***a* showing an example of the RPS **100** within a deployed environment **200**. The RPS **100** may be in electrical communication with an external energy source **202** which may charge or power an internally contained energy storage system **206** which is contained within the power system **204**. The energy storage system **206** may distribute power via a power distribution system **208** to the various components within the RPS **100** such as the dynamic terminal landing platform **210** as well as the mechanical elevation solution **112**. The dynamic terminal landing platform **210** may include a mechanical and/or electrical connection **212** which may temporarily couple to the UAV **108** after landing on the UAV landing zone **102** in reference to the electrical and/or mechanical link **600** shown in FIG. **6**.

The mechanical elevation solution **112** may facilitate the transport of the SC **110** from one of the preselected modular power bay **700** (e.g., N modular power bays) which may also be in communication with an energy replenishment system

10

**214** which may charge the one or more SC **110** contained within the modular power bay **700**. The MPB status monitor **216** may also be incorporated within the modular power bay **700** for obtaining a status of each of the SC **100**.

As described above, the RPS central processor **218** may incorporate a RPS data storage **230** module and one or more sensor systems **220** which monitor the status of the various components within the RPS **100**. For instance, aside from the external environment sensors **224**, a UIS location sensor **222** may be in communication with the mechanical elevation solution **112** to monitor and/or control a positioning of the solution **112** relative to the UIS **300** of a landed UAV **108**. Also, a MPB state monitor system **226** may be in communication with the MPB status monitor **216** so as to monitor a status of the modular power bay **700**. The RPS system state sensors **228** within the sensor systems **220** may be in communication with the RPS environment control system **232**.

While the RPS **100** may be self-contained, the RPS system may be in wired or wireless communication through the transmitter and receiver **106** within the RPS central processor **218** with a remotely located system through a communication network **234** for transmitting and/or receiving data as well as instructions.

Within the RPS **100** system, schematic diagrams of some of the sub-systems are shown in FIG. **2***b*. With reference to the UIS **246** which is secured to the UAV, retains the SC **110**, and interacts with the RPS **100**, the UIS **246** may generally include an SC detainment tool **248** for retaining or securing the SC **110** during flight. A mission data storage medium **250**, PC adaptor tools **252**, RPS communication system **254**, as well as flight sensors **256** may also be incorporated.

The dynamic terminal landing platform **212** may include a platform mobility system **258** which controls and monitors the retrieval of the SC **110**. As part of the platform mobility system **258**, a UAV retaining features **260** may be incorporated, as described herein, as well as location sensors **262** for locating the position and orientation of the UAV. This may include a physical platform tag **264** as well as electro-optical arrangement **266** for determining the position and orientation.

The power system **274** may include the power distribution **278** which in turn includes the external power distributor **276** and internal power storage solution **280** for controlling and/or monitoring the power when receiving from or delivering to an external source and/or when charging or powering the internal systems. The external power distributor **276**, for instance, may be in communication with the dynamic terminal landing platform **212** for controlling and/or monitoring the charging of the UAV systems when landed. The power distribution **278** may also power the various mechanical system controllers **284**, RPS system controllers **286**, as well as the MPB replenishment systems **282**.

The mechanical elevation solution **112** may also include a vertical elevator system **268** for lifting and/or lowering the SC **110** from or to the modular power bay **700**. This may include a swap cartridge transport solution **270** as well as the UIS location system **272** for also locating the position and orientation of the UIS upon the UAV.

The MPB support structure **238** may include the modular power bays **700** which includes the swap cartridge connections **240** and environmental control system **244**. The swap cartridge connections may include the one or more SC **110** as well as the SC status tool **242**.

Additionally, the RPS system door **288** may also be seen which includes a door actuation system **290**. The RPS

US 12,030,403 B2

11

system door 288 may be opened when swapping out the SC 110 from a landed UAV or closed when not in use or after a UAV has departed the RPS.

The schematic diagram of FIG. 4a, in accordance with some or all aforementioned components, illustrates one example of a method of SC 110 exchange for with an embodiment of an RPS 100. A UAV 108 may utilize an RPS 100 for the purposes of, but not limited to, SC replenishment, safe stowing, and/or data transmission, etc. A UAV 108, via some predetermined (external to the RPS 100 system) conditions, the UAV 108 may request for permission 400 to land onto an RPS 100, where the request is transmitted via the USP 1102. When approved by the RPS-CP in the RPS 100, the active UAV 108 is assigned a position in the landing queue 402. When an RPS 100 is available, said RPS 100 provides permission 404 to land to the appropriate UAV USP 1102. The USP 1102 then guides the landing UAV 108 onto an RPS 100 utilizing the DTL system 410.

After the successful landing of a UAV 108 onto the RPS 100, the RPS 100 may begin to access and download 408 mission and/or payload data from the landed UAV 108 via the USP 1102. The data may be stored within the RPS data storage or transmitted to a separate location via a wired or wireless transmission 406.

The landed UAV 108 may also establish 412 an electrical and/or mechanical link 600 with the RPS 100. The RPS 100 may now begin a search 414 for the UIS 300 which may be adapted to the landed UAV 108. Upon location of the UIS 300 of the landed UAV 108, the RPS 100 may position the UIS 300 into a nominal position 424 for removal of one or more SCs 110 from the stationary UAV 108 via the SC swapping adapter 302. After removal 422 of desired SC or SCs 110, the depleted SC or SCs 110, may be allocated 420 to an available MPB SCR 702 for replenishment or storage. The RPS 100 may return 418 an energized SC, or SCs 110, compatible to the UIS 300 of the stationary UAV 108 and then install the "fully energerized" PC into the UAV 416. Dependent on an external power source 428 supplied to a RPS 100, said depleted SC 110 is capable of being energized 430.

Once the RPS 100 has replenished the UIS 300 of the stationary UAV 108, said UAV 108 may be cleared 426 to leave the RPS 100. In consideration, before a UAV 108 is cleared to launch from an RPS 100, environmental conditions 236 may be assessed to confirm safe flight possible for the UAV 108 based on inherent flight capabilities and may involve a primary systems check and preflight check of the UAV 108.

FIG. 4b illustrates another variation for a method of SC 110 exchange with an embodiment of an RPS 100. When the UAV 108 is in use, it may transmit telemetry to an RPS 100 system 432 and the RPS 100 may receive the telemetry and requested action by the UAV 434. This action may occur multiple times in any given time period during UAV flight and may also be repeated for multiple UAVs which may be in use simultaneously.

In the event that the UAV 108 wants to download sensor or telemetry data only, the UAV 108 may begin downloading the data via wireless transmission 436, as previously described, and the RPS 100 may store the data for retrieval at a later time or it may upload the data 438 to a communications network 234, as previously described.

In the event that the SC 110 needs to be replaced, the RPS 100 may determine which replacement SC from the MPB 700 is to be queued and the UAV 108 is then placed in a landing queue 440 (depending on whether other UAVs are

12

queued for landing). Once the UAV 108 has landed 442 on the landing zone 102 of the RPS 100, the mechanical and/or electrical link may be established 444 with the UAV 108, as previously described. The SC 110 may be removed 446 from the UAV 108 and a new SC may be loaded 448 into the UAV 108. The UAV 108 may then be cleared for take-off 450 from the landing zone 102.

The RPS 100 may make a determination as to whether the RPS 100 is connected to an external power source 454 in which case the depleted SC 110 may be charged 452 accordingly. Otherwise, if the RPS 100 is not connected to an external power source, the depleted SC 110 may be stored in a queue 456 within the MPB 700 or it may be charged by an internal power source.

The applications of the disclosed invention discussed above are not limited to the embodiments described, but may include any number of other non-flight applications and uses. Modification of the above-described methods and devices for carrying out the invention, and variations of aspects of the invention that are obvious to those of skill in the arts are intended to be within the scope of this disclosure. Moreover, various combinations of aspects between examples are also contemplated and are considered to be within the scope of this disclosure as well.

What is claimed is:

1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);

receiving the UAV upon the landing zone;

removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;

obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;

advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and

transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.

2. The method of claim 1 further comprising receiving a request from the UAV by the RPS prior to transmitting one or more signals to the UAV.

3. The method of claim 2 wherein receiving a request comprises transmitting the request via a universal swap cartridge processor positioned within or upon the UAV.

4. The method of claim 3 further comprising receiving mission or payload data from the UAV via the universal swap cartridge.

5. The method of claim 1 further comprising establishing a mechanical link with the UAV prior to removing a first swap cartridge.

6. The method of claim 5 further comprising establishing an electrical link with the UAV.

7. The method of claim 1 further comprising determining an orientation of the UAV upon the landing zone.

US 12,030,403 B2

13

**8**. The method of claim **1** wherein removing a first swap cartridge comprises removing a depleted swap cartridge from the UAV.

**9**. The method of claim **8** wherein advancing the second swap cartridge comprises installing an energized swap cartridge from the RPS and into the UAV.

**10**. The method of claim **1** wherein transmitting the clearance signal for take-off to the UAV via the RPS further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

**11**. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:

receiving a UAV upon a landing zone located on a housing of a power station;

removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station;

obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;

14

advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV.

**12**. The method of claim **11** further comprising receiving a request from the UAV prior to receiving the UAV upon the landing zone.

**13**. The method of claim **12** wherein receiving a request comprises transmitting the request via a processor positioned within or upon the UAV.

**14**. The method of claim **13** further comprising receiving mission or payload data from the UAV via the processor.

**15**. The method of claim **11** further comprising establishing a mechanical link with the UAV prior to removing the first cartridge.

**16**. The method of claim **15** further comprising establishing an electrical link with the UAV.

**17**. The method of claim **11** wherein removing the first cartridge comprises removing a depleted cartridge from the UAV.

**18**. The method of claim **17** wherein advancing the second cartridge comprises installing an energized cartridge from the power station and into the UAV.

**19**. The method of claim **11** further comprising providing clearance for take-off to the UAV.

**20**. The method of claim **19** wherein clearing the UAV further comprises assessing an environmental condition to confirm a flight possibility based on inherent flight capabilities of the UAV.

\*   \*   \*   \*   \*

# EXHIBIT K



12194 SW 128th Street
Miami, FL 33186
305.600.9013
www.hextronics.com

**<u>VIA EMAIL</u>**

**Johney U. Han**
**Levine/Bagade/Han LLP**
2400 Geng Road
Suite 120
Palo Alto, CA 94303
jhan@lbhip.com

Re: Notification letter received via email on August 18th, 2025

Dear Mr. Han,

Hextronics confirms receipt of your letter and attachments.

We do not intend to infringe nor believe our existing technology infringes on any of the claims in the submitted patents due to the nature of our mechanisms possessing a significant difference than the methods mentioned in the Patent.

Namely the verbiage described in the methods and claims of the submitted patents are clearly different from the way in which our system operates with a moving landing pad in which the aircraft lands within and then brought into the station.

If there are other apparent mechanisms or methods that are of concern please do not hesitate to reach out.

Best regards,

Curtis P. Lary
CEO Hextronics
curt@hextronics.com
CC Todd Lary
Aslyon-Han September 25th, 2025

# EXHIBIT L

| | |
|---|---|
| **From:** | Johney Han |
| **Sent:** | Friday, November 21, 2025 4:19 PM |
| **To:** | Curt Lary |
| **Cc:** | Curtis Lary; Todd Lary; Shaun Sengupta |
| **Subject:** | RE: Notice letter |

Hi Curt,

Thanks for your note below.

My client is looking more to define how Hextronics and Asylon can work together in the same technology area since both companies appear to have some overlapping technologies.  My understanding is that Hextronics is marketing and developing its technology primarily to first responders while Asylon is marketing and developing its technology in security applications.

Generally, our offer is to provide an exclusive license of Asylon's patent portfolio to Hextronics in the field of use (FOU) for first responders.  To that end, Hextronics can continue to develop and market within this FOU while also preventing any other competitor from entering the first responder market space through legal means via Asylon's patents.

Hope this helps to clarify.  Let me know if you would like to discuss over the phone.

Thanks,
Johney

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Thursday, November 13, 2025 1:54 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hi Johney,

Thanks for the message. We are still reviewing the claims on our end, but in the meantime, does your client have an expectation on how we would build a strong relationship together into the future?

Let us know!
Curt

On Wed, Nov 05, 2025 at 2:18 PM, Johney Han <jhan@lbhip.com> wrote:

> Dear Curt,
>
> Following up again from my previous email regarding Hextronics' response.

1

Thank you,

Johney

---

**From:** Johney Han
**Sent:** Monday, October 27, 2025 9:24 AM
**To:** 'Curt Lary' <curt@hextronics.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Dear Curt,

I trust you are well.  I am following up from our previous conversation of Oct 9, 2025 to see if you wanted to move forward and discuss terms for a potential licensing deal.

I look forward to hearing from you.

Best regards,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Wednesday, October 1, 2025 9:00 AM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Sounds good,

Talk then!

Curt

2

On Tue, Sep 30, 2025 at 7:01 PM, Johney Han <jhan@lbhip.com> wrote:

Hi Curt,

Next Thu at 1pm (ET) works for me.  I just sent you a zoom link for the call.

I would like to walk you through our claims and claim interpretation and discuss my client's position.  Looking forward to speaking with you all.

Thank you,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Monday, September 29, 2025 11:24 AM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Mr. Han,

Sure thing how does next Thursday 1pm ET on Oct 9th work for you?

Let me know!

Curt

On Fri, Sep 26, 2025 at 11:55 AM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

Thank you for your letter.  I would like to propose a video call to walk through the claim language with respect to Hextronics' devices.

Please provide some dates/times over the next few weeks that are convenient for you to meet.

Thank you,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Thursday, September 25, 2025 12:58 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hello Mr. Han,

Apologies for the delay, this was flagged improperly in my inbox and slipped my mind.

Please see the attached letter regarding the Notice.

Best regards,

Curtis Lary

4

On Thu, Sep 18, 2025 at 1:14 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

I am writing to follow up from my previous letter.  I look forward to your reply.

Best regards,

Johney

---

**From:** Johney Han
**Sent:** Monday, August 18, 2025 10:12 AM
**To:** Curtis Lary <Curt@hextronics.tech>
**Cc:** Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Dear Mr. Lary,

Please see the attached response letter for your review and consideration.

Best regards,

Johney

---

**From:** Curtis Lary <Curt@hextronics.tech>
**Sent:** Wednesday, January 31, 2024 1:04 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** Re: Notice letter

Hello Mr. Han,

Please see the attached letter regarding the Notice.

Best regards,

Curtis Lary

On Tue, Jan 23, 2024 at 7:39 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

Please see the attached letter regarding Hextronics' technology.

Best regards,

Johney Han

Johney U. Han | Partner | jhan@lbhip.com

**LEVINE BAGADE HAN LLP**

2400 Geng Road, Suite 120

Palo Alto, CA 94303

650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax

www.LBHIP.com

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.

# EXHIBIT M

| | |
|---|---|
| **From:** | Johney Han |
| **Sent:** | Monday, January 12, 2026 1:31 PM |
| **To:** | Curt Lary |
| **Cc:** | Curtis Lary; Todd Lary; Shaun Sengupta |
| **Subject:** | RE: Notice letter |

Hi Curt, just following up as I have not heard back from you.  Please let me know if you have time for a quick call this week or next to discuss.

Thanks,
Johney

**From:** Johney Han
**Sent:** Friday, December 5, 2025 9:11 AM
**To:** Curt Lary <curt@hextronics.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hi Curt,

Just following up to my email below.  Let me know if you have any questions in the meantime.

Thanks,
Johney

**From:** Johney Han
**Sent:** Friday, November 21, 2025 4:19 PM
**To:** Curt Lary <curt@hextronics.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hi Curt,

Thanks for your note below.

My client is looking more to define how Hextronics and Asylon can work together in the same technology area since both companies appear to have some overlapping technologies.  My understanding is that Hextronics is marketing and developing its technology primarily to first responders while Asylon is marketing and developing its technology in security applications.

Generally, our offer is to provide an exclusive license of Asylon's patent portfolio to Hextronics in the field of use (FOU) for first responders.  To that end, Hextronics can continue to develop and market within this FOU while also preventing any other competitor from entering the first responder market space through legal means via Asylon's patents.

Hope this helps to clarify.  Let me know if you would like to discuss over the phone.

Thanks,
Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Thursday, November 13, 2025 1:54 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hi Johney,

Thanks for the message. We are still reviewing the claims on our end, but in the meantime, does your client have an expectation on how we would build a strong relationship together into the future?

Let us know!
Curt

On Wed, Nov 05, 2025 at 2:18 PM, Johney Han <jhan@lbhip.com> wrote:

> Dear Curt,
>
> Following up again from my previous email regarding Hextronics' response.
>
> Thank you,
>
> Johney

---

**From:** Johney Han
**Sent:** Monday, October 27, 2025 9:24 AM
**To:** 'Curt Lary' <curt@hextronics.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Dear Curt,

I trust you are well.  I am following up from our previous conversation of Oct 9, 2025 to see if you wanted to move forward and discuss terms for a potential licensing deal.

2

I look forward to hearing from you.

Best regards,

Johney

---

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Wednesday, October 1, 2025 9:00 AM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Sounds good,

Talk then!

Curt

On Tue, Sep 30, 2025 at 7:01 PM, Johney Han <jhan@lbhip.com> wrote:

Hi Curt,

Next Thu at 1pm (ET) works for me.  I just sent you a zoom link for the call.

I would like to walk you through our claims and claim interpretation and discuss my client's position.  Looking forward to speaking with you all.

Thank you,

Johney

3

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Monday, September 29, 2025 11:24 AM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Mr. Han,

Sure thing how does next Thursday 1pm ET on Oct 9th work for you?

Let me know!

Curt

On Fri, Sep 26, 2025 at 11:55 AM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

Thank you for your letter.  I would like to propose a video call to walk through the claim language with respect to Hextronics' devices.

Please provide some dates/times over the next few weeks that are convenient for you to meet.

Thank you,

Johney

**From:** Curt Lary <curt@hextronics.com>
**Sent:** Thursday, September 25, 2025 12:58 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Curtis Lary <Curt@hextronics.tech>; Todd Lary <todd@hextronics.tech>; Shaun Sengupta

<Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Hello Mr. Han,

Apologies for the delay, this was flagged improperly in my inbox and slipped my mind.

Please see the attached letter regarding the Notice.

Best regards,

Curtis Lary

On Thu, Sep 18, 2025 at 1:14 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

I am writing to follow up from my previous letter.  I look forward to your reply.

Best regards,

Johney

**From:** Johney Han
**Sent:** Monday, August 18, 2025 10:12 AM
**To:** Curtis Lary <Curt@hextronics.tech>
**Cc:** Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** RE: Notice letter

Dear Mr. Lary,

5

Please see the attached response letter for your review and consideration.

Best regards,

Johney

---

**From:** Curtis Lary <Curt@hextronics.tech>
**Sent:** Wednesday, January 31, 2024 1:04 PM
**To:** Johney Han <jhan@lbhip.com>
**Cc:** Todd Lary <todd@hextronics.tech>; Shaun Sengupta <Shaun@hextronics.tech>
**Subject:** Re: Notice letter

Hello Mr. Han,

Please see the attached letter regarding the Notice.

Best regards,

Curtis Lary

On Tue, Jan 23, 2024 at 7:39 PM, Johney Han <jhan@lbhip.com> wrote:

Dear Mr. Lary,

Please see the attached letter regarding Hextronics' technology.

Best regards,

Johney Han

Johney U. Han | Partner | jhan@lbhip.com

**LEVINE BAGADE HAN LLP**

2400 Geng Road, Suite 120

Palo Alto, CA 94303

650.242.4217 Direct | 650.242.4210 Main | 650.284.2180 Fax

www.LBHIP.com

This email and any attachments thereto may contain private, confidential, and/or privileged material for the use of the intended recipient. If the reader of this message is not an intended recipient, then any review, copying, or distribution of this email (or any attachments thereto) by others is prohibited. If you are not the intended recipient, please contact me immediately and please delete the original and any copies of this email and any attachments.  Thank you.

7