**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ASYLON, INC., | |
| Plaintiff, | **Civil Action No.: 1:26-cv-22128** |
| vs. | **JURY TRIAL DEMANDED** |
| HEXTRONICS, LLC. | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Asylon, Inc. is an individual private company, is not a publicly-traded company, and no publicly-held corporation owns 10% or more of its stock.

Dated: March 30, 2026

THOMPSON HINE LLP

*/s/ John C. Allerding*
John C. Allerding
Florida Bar No. 1052628
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Telephone:  404-541-2900
Facsimile:  404-541-2905
*John.Allerding@ThompsonHine.com*

*Attorney for Plaintiff
Asylon, Inc.*

1