**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-22128-AHS**

ASYLON, INC.

     Plaintiff,

v.

HEXTRONICS, LLC

     Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jesse Jenike-Godshalk of the law firm of Thompson Hine LLP, 312 Walnut Street, Suite 2000, Cincinnati, Ohio 45202, Telephone: 513-352-6702, for purposes of appearance as co-counsel on behalf of Plaintiff Asylon, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jesse Jenike-Godshalk to receive electronic filings in this case, and in support thereof states as follows:

1. Jesse Jenike-Godshalk is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of Ohio.

2. Movant, John C. Allerding, Esquire, of the law firm of Thompson Hine LLP, 3560 Lenox Road NE, Suite 1600, Atlanta, Georgia 30326, Telephone: 404-541-2900, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to

be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.       In accordance with the local rules of this Court, Jesse Jenike-Godshalk has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.       Jesse Jenike-Godshalk, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jesse Jenike-Godshalk at email address: Jesse.Godshalk@ThompsonHine.com.

WHEREFORE, John C. Allerding moves this Court to enter an Order for Jesse Jenike-Godshalk to appear before this Court on behalf of Asylon, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jesse Jenike-Godshalk.

Date: April 9, 2026                     Respectfully submitted,


        /s/ John C. Allerding

John C. Allerding
Florida Bar No. 1052628
John.Allerding@ThompsonHine.com
THOMPSON HINE LLP
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326

Telephone: 404-541-2900

*Attorney for Asylon, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-22128-AHS**

ASYLON, INC.

     Plaintiff,

v.

HEXTRONICS, LLC

     Defendant.

_____/

## <u>CERTIFICATION OF JESSE JENIKE-GODSHALK</u>

Jesse Jenike-Godshalk, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the bar of the State of Ohio; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                             */s/ Jesse Jenike-Godshalk*

                             Jesse Jenike-Godshalk
                             Ohio Bar No. 0087964
                             Jesse.Godshalk@ThompsonHine.com
                             THOMPSON HINE LLP
                             312 Walnut Street, Suite 2000
                             Cincinnati, Ohio 45202
                             Telephone: 513-352-6702

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-22128-AHS**

ASYLON, INC.

     Plaintiff,

vs.

HEXTRONICS, LLC

     Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jesse Jenike-Godshalk, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Jesse Jenike-Godshalk, may appear and participate in this action on behalf of Plaintiff Asylon, Inc.  The Clerk shall provide electronic notification of all electronic filings to Jesse Jenike-Godshalk, at Jesse.Godshalk@ThompsonHine.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record